MICHAEL BAILEY
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Ave., Suite 1800
Phoenix, Arizona 85004-4408
Telephone:  602-514-7500
Facsimile:   602-514-7760
Email:  Laurence.Tinsley@usdoj.gov
*Attorneys for Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L. Stephenson,<br><br>Plaintiff,<br><br>v.<br><br>Brian Drapeaux,<br><br>Defendant. | **Case No.:** _____<br><br>**NOTICE OF REMOVAL**<br><br>(***Formerly* Flagstaff Justice Court, Cause No. J0301PO2019000269**) |

TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.

The United States of America, on behalf of Defendant Brian Drapeaux, pursuant to 28 U.S.C. § 1442(a), gives notice of the removal of this action, originally filed in the Flagstaff Justice Court, to the United States District Court for the District of Arizona, for the following reasons:

1.    Plaintiff filed a Complaint in the Flagstaff Justice Court, Case No. J0301PO2019000269, naming Brian Drapeaux, a Federal employee with the United States

1  National Park Service, as the sole Defendant.  A copy of the Complaint and all process and

2  proceedings filed in Justice Court are attached as Exhibit A.

3          2.      Plaintiff's Complaint alleges that Drapeaux,Plaintiff's supervisor, the Deputy

4  Superintendent of Grand Canyon National Park, stalked Plaintiff by (1) asking other

5  coworkers to monitor his conduct at work and (2) driving near his home, during a time when

6  their employer, the United States National Park Service, investigated the propriety of

7  Plaintiff's use of a Federal Government vehicle, and other potential violations of his job

8  duties. *See* Complaint, attached as Exhibit A.  Defendant denies Plaintiff's allegations.

9          4.      Under 28 U.S.C. § 1442(a)(1), any civil action commenced in a State

10  court against or directed to any Federal Officer or Federal employee may be removed to the

11  United States District Court for actions falling within the District or Division where the

12  action is currently pending, when the civil action involves any act under the color of the

13  Federal employee's office.

14          5.      Plaintiff's action, which was commenced in the Flagstaff Justice Court, falls

15  within 28 U.S.C. § 1442 and is properly removed to Federal Court.

16          6.      Defendant Drapeaux is the only defendant in the matter.

17          7.      A copy of the Notice of Removal will be sent for filing with the Clerk of the

18  Flagstaff Justice Court, from which the action has been removed, under Local R.Civ.P.

19  3.7(b), upon issuance of a District Court docket number,

20          8.      Under separate cover, a true and complete copy of the Justice Court record

21  and accompanying verification are being filed with this Notice under Local R.Civ.P. 3.7(b).

22          RESPECTFULLY SUBMITTED this 18th day of September 2019.

23

24                         MICHAEL BAILEY
                       United States Attorney

25                         District of Arizona

26

27                         *s/ Laurence G. Tinsley, Jr.*
                       LAURENCE G. TINSLEY, JR.

28                           Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

 I hereby certify that on September 18, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record in this matter.  Further, I have mailed copies of the attached documents to the following parties:

 Elston LeMans Stephenson
1616 Barry Hance Circle
Grand Canyon, AZ 86023
*Plaintiff*


*s/Irene Millsaps*
U.S. Attorney's Office