UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Defendant(s): |
|---|---|
| County of Residence: Coconino | County of Residence: Coconino |
| County Where Claim For Relief Arose: Coconino | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Elston L. Stephenson , Pro Se**<br>**1616 Barry Hance Circle**<br>**Grand Canyon, Arizona  86023**<br>**928-255-8727** | **Laurence G. Tinsley Jr., AUSA**<br>**United States Attorney's Office**<br>**40 N. Central Ave., Suite 1800**<br>**Phoenix, Arizona  85004-4408**<br>**620-514-7500** |

**REMOVAL FROM COCONINO COUNTY, CASE #J0301PO2019000269**

II. Basis of Jurisdiction:    **2. U.S. Government Defendant**

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff:- **1 Citizen of This State**
Defendant:- **N/A**

IV. Origin :    **2. Removed From State Court**

V. Nature of Suit:    **890 Other Statutory Actions**

VI. Cause of Action:    **Plaintiff's Complaint alleges that Drapeaux, Plaintiff's supervisor, the Deputy Superintendent of Grand Canyon National Park, stalked Plaintiff - 28 U.S.C. § 1442(a)**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature: s/Laurence G. Tinsley, Jr.**

**Date: 9/18/2019**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

**Revised: 01/2014**