**VERIFICATION**

The undersigned Assistant United States Attorney, pursuant to L.R.Civ. 3.7(b), states that the attached documents are true and correct copies of the court file for the matter captioned *Elston L. Stephenson v. Brian Drapeaux,* Flagstaff Justice Court Case No.: **J0301PO2019000269**, received from the clerk of that court, in response to the request of the United States Attorney's Office for a complete copy of the file.

DATED this 18th day of September, 2019.

> *s/Laurence G. Tinsley, Jr.*
> LAURENCE G. TINSLEY, JR.
> Assistant United States Attorney
> District of Arizona

-1-