Case: 3:19-cv-08268-DLR

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    SEP 3 0 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Elston L Stephenson

1616 Barry Hance Circle
Grand Canyon, AZ 86023

Doc 516

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

NEOPOST    FIRST-CLASS MAIL
09/19/2019
US POSTAGE $001.30⁰

ZIP 85003
041M11297591

RECEIVED
SEP 3 0 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE        860  SE 1       8609/26/19
        RETURN TO SENDER
        NO MAIL RECEPTACLE
        UNABLE TO FORWARD

BC: 85003213099   *0614-08383-19-45

BE02080137
85003>2118