# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston Stephenson,<br><br>Plaintiff,<br><br>vs.<br><br>Brian Drapeaux<br><br>Defendant. | **CV-19-08268-PCT-DLR**<br><br>**ORDER** |

Having considered the United States of America's Motion to Intervene and good cause appearing,

IT IS HEREBY ORDERED granting the Motion as follows:

The United States will be allowed to intervene to allow it to develop the factual record the Court will need to reach a fair determination of this matter and to protect its legal defenses.