MICHAEL BAILEY
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Ave., Suite 1800
Phoenix, Arizona 85004-4408
Telephone: 602-514-7500
Facsimile: 602-514-7760
Email: Laurence.Tinsley@usdoj.gov

*Attorneys for United States of America and Defendant Drapeaux*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston Stephenson, | **CV-19-08268-PCT-DLR** |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| Brian Drapeaux | |
| Defendant. | |

Defendant United States gives notice that it filed United States of America's Motion to Intervene and Exhibits A and B were advertently not filed with the document. The correct complete document is attached.

RESPECTFULLY SUBMITTED this 8th day of October 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Laurence G. Tinsley, Jr.*
Laurence G. Tinsley, Jr.
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing. Further, I have mailed a copy of the attached documents, by first class U.S. mail, to the following:

Elston LeMans Stephenson
1616 Barry Hance Circle
Grand Canyon, AZ 86023
*Plaintiff*

*s/Irene Millsaps*
U.S. Attorney's Office