```
_✓_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    OCT 0 7 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Elston L  Stephenson

1616 Barry Hance Circle
Grand Canyon, AZ 86023

Doc 2,3,4

----------------------------------------------------



NEOPOST      FIRST-CLASS MAIL
09/18/2019
US POSTAGE  $001.60⁰

ZIP 85701
041M11277628

RECEIVED

OCT 0 7 2019

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

-R-T-S-   860232062-1N    10/03/19
    RETURN TO SENDER
    UNABLE TO FORWARD
    UNABLE TO FORWARD
    RETURN TO SENDER