WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson,<br><br>  Plaintiff,<br><br>v.<br><br>Brian Drapeaux,<br><br>  Defendant. | No. CV-19-08268-PCT-DLR<br><br>**ORDER** |

Before the Court is the United States of America's motion to intervene. (Doc. 8.) Neither party has filed any objection. *See* LRCiv 7.2(i) (Failure to respond "may be deemed a consent to the . . . granting of the motion and the Court may dispose of the motion summarily.").

**IT IS THEREFORE ORDERED** that the United States' motion to intervene (Doc. 8) is **GRANTED**. Pursuant to Rule 24(a)(2), the United States may intervene as a matter of right. Fed. R. Civ. P. 24(a)(2).

Dated this 5th day of November, 2019.

Douglas L. Rayes
United States District Judge