1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Elston Stephenson,

    Plaintiff,

 vs.

Brian Drapeaux,

    Defendant.

**CV-19-08268-PCT-DLR**

**ORDER RE:**
**UNITED STATES' MOTION FOR RELIEF FROM MANDATORY INITIAL DISCOVERY PILOT (MIDP) REQUIREMENTS AND MOTION TO VACATE RULE 16 CONFERENCE AND ASSOCIATED DEADLINES.**

**(Request for Expedited Ruling)**

Having considered United States' Motion for Relief from Mandatory Initial Discovery Pilot (MIDP) Requirements and Motion to Vacate Rule 16 Conference and Associated Deadlines , and good cause appearing,

IT IS HEREBY ORDERED as follows:

The Court excuses the Parties from the MIDP requirements and vacates the Rule 16 conference currently scheduled for November 22, 2019 at 10:30 a.m. as well as the associated deadlines tied to the Rule 16 Conference.