*Elston Stephenson, Plaintiff*
*v.*
*Brian Drapeaux, Defendant*

---

Court No. CV-19-08268-PCT-DLR

# Index of Exhibits
# Intervenor United States'
# Motion to Dismiss

| Exh. | Description |
|---|---|
| A | Personnel Bulletin 18-01 |
| B | Approval of Proposed Suspension, dated July 10, 2019 |
| C | Declaration of Brian Drapeaux in Support of Defendant's Motion to Dismiss |
|  |  |