MICHAEL BAILEY
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Ave., Suite 1800
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
Facsimile:   602-514-7760
Email:  Laurence.Tinsley@usdoj.gov

*Attorneys for United States of America*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elston Stephenson, | CV-19-08268-PCT-DLR |
| Plaintiff, | **UNITED STATES' CERTIFICATION OF CONSULTATION** |
| vs. | |
| Brian Drapeaux, | |
| Defendant. | |

Counsel for the United States certifies that prior to filing the Motion to Dismiss, he consulted with Plaintiff by both email and by phone beginning on October 17, 2019, regarding the deficiencies in Plaintiff's cause of action that are outlined in the United States' motion to dismiss.  The parties were unable to agree that the issues raised in the motion are curable by amendment or by stipulated dismissal.

RESPECTFULLY SUBMITTED this 14th day of November 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Laurence G. Tinsley, Jr.*
Laurence G. Tinsley, Jr.
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy, via first-class mail, postage prepaid, of the document to the following recipient who is not a CM/ECF registrant:

Elston LeMans Stephenson
P.O. Box 129
Grand Canyon, AZ 86023
*Plaintiff*

*s/Irene Millsaps*
U.S. Attorney's Office

- 2 -