IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson,<br><br>    Plaintiff,<br><br>v.<br><br>Brian Drapeaux,<br><br>    Defendant. | No. CV-19-08268-PCT-DLR<br><br>**ORDER** |

The Court has reviewed United States' Motion for Relief from Mandatory Initial Discovery Pilot (MIDP) Requirements and Motion to Vacate Rule 16 Conference and Associated Deadlines. (Doc. 12.) For good cause shown,

**IT IS ORDERED** as follows:

The Court excuses the Parties from the MIDP requirements and vacates the Rule 16 Scheduling Conference set for November 22, 2019 at 10:30 a.m. as well as the associated deadlines tied to the Rule 16 Conference.

Dated this 14th day of November, 2019.

Douglas L. Rayes
United States District Judge