IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson, | No. CV-19-08268-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Brian Drapeaux, | |
| Defendant. | |

The Court has reviewed Plaintiff's Motion for Extension of Time to Respond to the Motion to Dismiss. (Doc. 16.) For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion for Extension is **GRANTED**.

**IT IS FURTHER ORDERED** extending the deadline for Plaintiff to file his Response to Defendant's Motion to Dismiss (Doc. 13), through and including **January 13, 2020**.

Dated this 5th day of December, 2019.

Douglas L. Rayes
United States District Judge