Elston L Stephenson (Plaintiff, Pro Se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
January 18, 2020

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 1 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Dear Court,                                          CV-19-8268-PHX-DLR *by hla*

Please receive, consider, and admit these additional Exhibits into the record of STEPHENSON V

DRAPEAUX. The Court will find both relevant as predicate and Motive for Defendant's and others'

retaliation campaign against Plaintiff. These add to establish NPS 'Culture of Fraud' and intimidating workers

into silence that Plaintiff would not go along with. The Court will find that Exhibit P-1 is evidence of Fraud as

case of worker injured (facial burns) as a result for being separated and entrapped during wildland fire was

deleted from DOI/NPS injury/Workers' Compensation system (SMIS) after Plaintiff raised serious concerns

about her 'Yarnell-like' separation and injury. GRCA and others sought to fraudulently make the June 14, 2019

incident 'disappear' after it was entered and the injured worker sought medical care. The Court will find that

Exhibit is Grand Canyon workers being ordered not to cooperate with Arizona Department of Health Services-

Bureau of Radiation Control (ADHS-BRC) as they investigated uranium exposure.

Thank You Your Honor.

Respectfully Submitted,

*Elston L Stephenson signature*

Elston L Stephenson/ OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727



U.S. DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE
GRAND CANYON NATIONAL PARK

ELSTON "SWEDE" STEPHENSON, OHST
SAFETY HEALTH & WELLNESS MANAGER

P.O. BOX 129
GRAND CANYON, ARIZONA 86023

elston_stephenson@nps.gov                TEL: (928) 255-8727

1         ○

# EXHIBIT O-1



Stephenson, Elston <elston_stephenson@nps.gov>

---

# IMPORTANT HEADS UP: GRCA uranium ore matter

**Carrico, Lisa** <lisa_carrico@nps.gov>          Mon, Apr 8, 2019 at 10:01 AM
To: NPS GRCA Executive Team <grca_executive_team@nps.gov>
Cc: Michael Williams <michael.williams@sol.doi.gov>

Good morning, PSET--

Solicitors are coordinating with the State of Arizona regarding the uranium ore samples and access to the Orphan Mine site. Until this matter is clarified it is important for you to be aware that GRCA employees are ***not*** to speak State officials regarding the ore samples nor are we to provide access to the site.

Please make sure that your staffs are aware of this.

If you or members of your staff are approached by the State about interviews or a site visit, please let me know. If you have any questions, please don't hesitate to ask.

Thanks in advance-- Lisa
Lisa Carrico
Deputy Superintendent - Operations & Resources
Grand Canyon National Park
Office: (928) 638-7076
Cell:    (928) 606-7448

***SHARLA BAILEY***
Administrative Support Assistant
*928-638-7443*
sharla_bailey@nps.gov



Stephenson, Elston <elston_stephenson@nps.gov>

## IMPORTANT HEADS UP: GRCA uranium ore matter

**Stephenson, Elston** <elston_stephenson@nps.gov>                    Mon, Apr 8, 2019 at 7:27 PM
To: "Carrico, Lisa" <lisa_carrico@nps.gov>, "Creachbaum, Sarah" <sarah_creachbaum@nps.gov>, NPS GRCA Executive Team <grca_executive_team@nps.gov>
Cc: Michael Williams <michael.williams@sol.doi.gov>

Good Evening PSET,

Forgive me for 'busting curfew'.

I just saw this and felt it important enough to raise concerns.

I believe the part about ordering our people not to talk to Arizona Department of Health Services - Bureau of Radiation Control (ADHS-BRC) is a violation of DOI Whistleblower, NRC Whistleblower, and DO/RM 50B.

As Arizona is a 'state program' and NRC referred ADHS-BRC to investigate the uranium issue; ADHS-BRC is an extension of the NRC. And because it is in 29 CFR 1910.1096(i)(2) there is an OSHA tangent.

At the very least, this directly violates DO/RM 50B. (Chapt 1, page 3, #2)(attached)

The access in to the 'controlled area' is a different matter. However, it is against the law to restrict our people from reaching out to Inspectors General, regulators, or investigatory bodies regarding safety matters. (Which is why each page reads exactly the same). Rhetorically; why would we want to do it?

It will look and feel to our workers as if we are hiding something and muzzling them.

There is an open NRC/ADHS-BRC complaint and investigation. The investigators have already interviewed our people.

Respectfully, restricting people from talking about safety related matters feels bad because it is bad---culturally and legally.

Respectfully recommend we rethink.

Recommend we keep the 'controlled area' portion and leave the rest alone.

Thank You.


Sincerely,

Elston
928-255-8727


References

1. U.S. Department of Labor (2019). Occupational Safety and Health Administration, 29 CFR 1910.1096 *Toxic and hazardous substances, ionizing radiation*. Retrieved from https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.1096

2. U.S. Nuclear Regulatory Commission (2019). *Whistleblower protection*. Retrieved from https://www.nrc.gov/insp-gen/whistleblower.html

3. U.S. Department of Interior (2019). *Whistleblower protection*. Retrieved from https://www.doioig.gov/complaints/whistleblower-protection

# EXHIBIT P-1



Stephenson, Elston <elston_stephenson@nps.gov>

## Meeting to discuss outcomes of OIG OI-HQ-19-0668-R

**Stephenson, Elston** <elston_stephenson@nps.gov>　　　　　　　　Tue, Jan 7, 2020 at 3:09 PM
To: Mary Risser <Mary_Risser@nps.gov>

Mary,

Good Afternoon,

Here is the 'package' regarding the Wildland Firefighter who was separated from her crew on an ATV during a control burn, cut off and forced to drive through the burn to save her own life.

Reading her supervisor's description; she was in a very desperate and dangerous situation which should never have happened.

Respectfully, the passage by Mr. Rowe is vacant and seeks to minimize the fact that we literally put her in a situation where she felt it necessary to drive through fire to save her life.

Smeck said that he would run down the Lessons Learned. He never got back to me.

Kacie is Ours. And she is still 'open' in SMIS.

As we spoke this morning, it would be Horrible and Inexcusable if we 'repeated' this.

Had this been a fatality, we would be having an entirely different conversation. It appears that it was only Luck which prevented this from being worse.

Thank You.


Sincerely,

Elston
928-255-8727



---------- Forwarded message ---------
From: **Stephenson, Elston** <elston_stephenson@nps.gov>
Date: Tue, Aug 20, 2019 at 7:49 AM
Subject: Re: Meeting to discuss outcomes of OIG OI-HQ-19-0668-R
To: Drapeaux, Brian <brian_drapeaux@nps.gov>
Cc: Woody Smeck <woody_smeck@nps.gov>

[Quoted text hidden]



**GRCA Wildland Firefighter Burn Incident  June 4, 2019.pdf**
694K



**Stephenson, Elston <elston_stephenson@nps.gov>**

## Meeting to discuss outcomes of OIG OI-HQ-19-0668-R

**Smeck, Woody** <woody_smeck@nps.gov>
To: "Stephenson, Elston" <elston_stephenson@nps.gov>
Cc: "Drapeaux, Brian" <brian_drapeaux@nps.gov>

Tue, Aug 20, 2019 at 8:59 AM

Elston,

Thank you.  Let me obtain a copy of the Final Lessons Learned Report from the Wildland Fire Center and we can go from there.

Woody Smeck
Acting Superintendent
Grand Canyon National Park
P.O. Box 129
Grand Canyon, AZ 86023
---
(928) 638-7945 office
(559) 788-9247 mobile

[Quoted text hidden]



Stephenson, Elston <elston_stephenson@nps.gov>

## Meeting to discuss outcomes of OIG OI-HQ-19-0668-R

**Stephenson, Elston** <elston_stephenson@nps.gov>           Tue, Aug 20, 2019 at 7:49 AM
To: "Drapeaux, Brian" <brian_drapeaux@nps.gov>
Cc: Woody Smeck <woody_smeck@nps.gov>

Woody, Brian, Lisa,

Good Morning.

Please let's take a look at this to review, in particular, the 'jurisdictional issues', and what actually happened,

She still remain open in my SMIS.

I must answer questions to close out the SMIS entry.

Please take another look at what the supervisor sent to me. Clearly this, by his description is/was an entrapment. She was overrun by the fire in his description. The reason that she drove through the fire is clearly because she felt trapped.

Clearly, in 50B it says that a SAIT can be done. National Fire Director's call.

By the supervisor's description there were many---at least 7 things that went horribly wrong.

I have yet to see an 'investigation'.

I understand that there were 'Lessons Learned'. I would like to see what happened. We would have to reverse engineer the Lessons Learned to understand exactly what happened. Seeing the investigation would be more meaningful.

This sounds like it can happen during wildland firefighting on GRCA

Please see that the entire point of the safety investigation is to determine what happened and apply it to Our operations.

Respectfully, We must decide as a matter of policy, of jurisdiction, of Our Identity how much care for Our People we abdicate to others.

Respectfully, she's Ours.

We put her in that situation.

At the very least we owe her, her Parents, her Family, her Husband, her Wife, her Sister, her Brother, her Friends our best determination of what happened so we do not put her in that situation again---or other 'hers'/'hims' in the future.

Thank You.


Elston
928-255-8727


On Thu, Jul 25, 2019 at 11:25 AM Drapeaux, Brian <brian_drapeaux@nps.gov> wrote:
[Quoted text hidden]

 **GRCA Wildland Firefighter Burn Incident  June 4, 2019.pdf**
694K

**From:** "Rowe, Louis" <louis_rowe@nps.gov>
**Date:** July 25, 2019 at 8:58:33 AM EDT
**To:** Woodrow Smeck <woody_smeck@nps.gov>
**Cc:** Aaron Roth <aaron_roth@nps.gov>, Michael May
<Michael_May@nps.gov>, Palmer Jenkins <chip_jenkins@nps.gov>, Malia Bruyneel
<malia_bruyneel@nps.gov>, William Kaage <william_kaage@nps.gov>
**Subject: OIG OI-HQ-19-0668-R**

Woody, Chip:
I received the subject line OIG yesterday. This was filed by GRCA Safety Manager
Elston Stephenson and requested that an SAIT should be called out, or that an
immediate Safety Standdown of the GRCA Wildland Fire program should occur as a
result of an injured FF on the Coldwater fire on the Coconino National Forest on June 4.
2019.

This was an ember burn on the cheek of a FF while on an ATV checking fire line. First
aid was rendered by an EMT on the engine, Medics looked at it at the Div level, and the
FF was accompanied by the Forest Hospital Liaison to get checked at Flagstaff Hospital
to ensure FF burn protocols were followed. FF was sent back to the fire on full duty by
the Physician that same day.

A Lessons Learned Report was generated on the Wildfire Lessons Learned Center with
information on what occurred and recommendations to prevent recurrence. GRCA
AFMO confirms the GRCA south rim FF personnel met and talked about the lessons
learned.

Elston states this evoke "Yarnell" and that he reviewed DOI/NPS Serious Accident
Course material and "can find no SOP, jurisdictional, or investigative
guidance". RM50B provides a definition for serious accidents, and when an SAIT is
called out: *Serious accidents: A work related fatality of an employee (NPS, other
agency under NPS jurisdiction, or contractors and volunteers directly supervised by
NPS), overnight hospitalization of three or more employees from a single occurrence:
and/or incidental damage to NPS property of $250,000 or more.*

Please refer Elston to the RM50B for guidance so that he can address these incidents
effectively and appropriately in the future. Elston also states that "I don't know a darn
thing about wildland firefighting" so perhaps this can be added to his IDP so he can
learn about this subject next spring when the "S" classes take place there at GRCA

I have closed this OIG, and no response is necessary from IMR.

Louis Rowe
Associate Director (A)
Visitor and Resource Protection
National Park Service
Office 202 513-7082
Cell 703 994-5816

"Entrapment"
DO/RM 50B
Chapter 1 Serious Accident
Investigations
Pg 47, D(3)



Stephenson, Elston <elston_stephenson@nps.gov>

# [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Burn Injury 6/4/2019

Elston Stephenson <theswedepilot64@hotmail.com>                 Sat, Jun 8, 2019 at 8:45 AM
To: "elston_stephenson@nps.gov" <elston_stephenson@nps.gov>

---------- Forwarded message ----------
From: **Stephenson, Elston** <elston_stephenson@nps.gov>
Date: Sat, Jun 8, 2019 at 6:51 AM
Subject: Re: SMIS Entry 6/4/2019
To: Daniel Pearson <daniel_pearson@nps.gov>

Thank You Dan!

Sincerely,

Elston
928-255-8727

On Fri, Jun 7, 2019 at 7:54 PM Daniel Pearson <daniel_pearson@nps.gov> wrote:
Elston,

1. My understanding is Kacie was operating a UTV equipped with a small
pump. She was tasked to scout a two-track road as a potential holding
line in the northeast flank of the fire perimeter. She assessed the
road, found it dead-ended, and was returning to the main road.
Apparently, the fire had hit the two-track and spotted across it while
she was down the road. Kacie noted this, also noted that there was no
egress due to the dead-end, and drove past the burning area after
covering her mouth and side of face with her arm.

2. She was following legal (and normal) orders to use a more nimble
piece of equipment to scout an area to gain intel. She was trained in
the operation of the UTV, she was wearing all appropriate PPE, and was
wearing her seatbelt and DOT approved helmet.

3. The fire was approximately 400 acres at the time and not tied in to
any of the main roads which had been identified as a planning area.
The fire management organization was still in the initial phase of the
fire where they are gaining onsite intel. If I had to make an
educated guess, there were multiple people scouting different roads at
the same time while the majority of the firefighters were prepping the
main roads. I think nobody was assigned as a lookout on the two-track
she was scouting as the fire wasn't there yet and no aviation assets
were yet assigned. Additionally, if she had been on foot or on an
engine/chase truck, she'd have been wearing her regular helmet which
has a shroud attached. DOT helmets are required for ATV/UTV operation
and they are not designed to have shrouds attached. This was intended
to be a scouting mission, not an active firefighting mission.

*(handwritten annotation in right margin:)*
= "Entrapment"
DO/RM 50B
Chapter 1 Serious Accident
Investigations
Pg. 47 D(3)

Hope this explained what I know adequately, I believe the Coconino is asking the SOF assigned to the incident to investigate further to find correctable opportunities. I'm in Texas right now and will be back on Sunday if you have further questions.

-Dan

Sent from my iPad

> On Jun 7, 2019, at 15:02, Stephenson, Elston <elston_stephenson@nps.gov> wrote:
>
> Dan,
>
> Hey.
>
> Glad to hear that Kacie was returned back to the line in such short order.
>
> Please help me to understand (as a guy who knows nothing about fire fighting) what she was doing right before she was burned?
>
> and
>
> what she was doing right when she got burned?
>
> And how was the fire able to get so close to her?
>
> Thank You.
>
>
> Sincerely,
>
> Elston
> 928-255-8727

September 2008

# NATIONAL PARK SERVICE OCCUPATIONAL SAFETY AND HEALTH PROGRAM




NATIONAL PARK SERVICE

**REFERENCE MANUAL 50B**

D. Investigation of Specific Types of Accidents:

1. *Aircraft Accidents*: All aviation accidents will be investigated by the Office of Aircraft Services in accordance with 352 DM-6. However, a SMIS accident report still needs to be filed for aircraft accidents.

2. *Wildland Fire-Related Accidents*: For wildland fire-related serious accidents, the NPS will follow the procedures in this Director's Order, but will assure that the investigation satisfies the terms of the agreement established for such events in the "Interdepartmental Memorandum of Understanding between the USDI and the USDA, October 26, 1995," and the Letter of Direction received 1/29/97 from both Departments. These requirements are summarized in the Interagency Standards for Fire and Fire Aviation Operations.

3. *Wildland Fire Entrapments and Shelter Deployments*: All entrapments and deployments will be investigated. The level of investigation required will be determined by the National Fire Director (NFD), and may include a SAIT.

4. *Concession Accidents/Incidents*: Concessionaire employee accidents on Concession-owned and/or controlled facilities will be the responsibility of the concessionaire to investigate and report to OSHA as required by 29 CFR 1904. However, a SAIT/TI may be convened if deemed necessary by the NPS DASHO, Regional Director, or as requested by the affected unit Superintendent.

5. *Regulatory Agency Investigations:* Occasionally, the NPS may be involved in investigations that include other agencies, such as the National Transportation Safety Board, the Occupational Safety and Health Administration, the US Coast Guard, the Chemical Safety Investigation Board, etc. In these instances, the ARD-O/NFD and SAI Team Leader shall confer with the NPS DASHO on team composition, jurisdiction, procedures and timelines.

E. ACTIONS AND NOTIFICATIONS TIMELINE (Calendar days from date of incident)

1. Immediately

   i. Park
      1. Dispatch initial response personnel to scene- Site manager ensures aid to injured persons and secures scene to prevent further injuries.
      2. Preserve the scene and evidence that may reveal the direct and contributory causes of the event-or take photographs and identify witnesses to the event if the scene cannot be preserved intact.
      3. Initiate a Line-Of-Duty Death (LODD) protocol (Appendix H).

8/11/2019   DEPARTMENT OF THE INTERIOR Mail - [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Bu...

Case 3:19-cv-08268-DLR   Document 21   Filed 01/21/20   Page 14 of 31



Stephenson, Elston <elston_stephenson@nps.gov>

---

## [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Burn Injury 6/4/2019

Stephenson, Elston <elston_stephenson@nps.gov>                     Sat, Jun 8, 2019 at 8:52 AM
To: Woody Smeck <woody_smeck@nps.gov>, Lisa Carrico <lisa_carrico@nps.gov>, Brian Drapeaux
<brian_drapeaux@nps.gov>

Superintendents,

Good Morning.

Please forgive me for busting 'curfew', but I hope You will agree that this is 'one of those times'.

Respectfully, I would like to recommend a SAIT and an immediate Safety StandDown in regards to the 6/4/2019 Coconino Forest Coldwater wildland fire accident injury. At the very least, an immediate Safety StandDown with the entire GRCA wildland fire force led by the senior-most Wildland Fire team leader and invocation by the GRCA Superintendent.

Please let me begin and end by sharing that I don't know a darned thing about wildland firefighting.

But the SMIS entry raised my 'Columbo' and what I've found since scares me. (attached and below).

This event evokes 'Yarnell'.

Respectfully, we, as leaders, owe everything to our brave fire fighters to make sure that this---or anything like it does not come close to happening again.

This happened off-GRCA---in the Coconino Forest.

Admittedly I do not know what 'Coconino' is doing in regards to an investigation.

I have panned the Grand Canyon National Park Fire Management Plan and DOI/NPS Serious Accident Investigation Course material and can find no SOP, jurisdictional, or investigation guidance.

Without hyperbole; if I understand the picture that is being painted; we had a GRCA Firefighter resort to driving through flames (on an ATV) so close to her that she had to use her arms and hands to protect (unsuccessfully) her face from getting burned. This very easily could have ended in a fatality.

This is UNACCEPTABLE.

Irrespective of jurisdictional issues or actions being taken by Coconino; this brave Firefighter is 'Ours'.

Our Firefighters are likely still out there. And it is possible that we have not paused to gleam and implement Lessons Learned to prevent this or anything like it (or worse) from happening again.

Respectfully, we should not (we owe our Firefighters not) send our Firefighters back out until we have thoroughly examined this incident and implemented firm preventative measures which prevent this from ever coming close to happening again. Of course, thoroughly means someone who know what they are doing vis-a-vis wildland firefighting. That is not me.

Respectfully, I would like to recommend a SAIT and an immediate Safety Standdown in regards to the 6/4/2019 Coconino Forest Coldwater wildland fire accident injury. At the very least:  an immediate Safety StandDown with the entire GRCA wildland fire force led by the senior-most Wildland Fire team leader and invocation by the GRCA Superintendent.

Care must be taken to emphasize that this is not punitive in any way. That no one is placing blame. That this is what we owe our Team to learn from what happened and to make sure that it did not happen again.

I don't know a darned thing about wildland firefighting. This scares me.

I look forward to Your Thoughts.

Thank You.

Very Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

[Quoted text hidden]

**2 attachments**



**GRCA Notification Text Wildland Fire Injury 6-4-2019..png**
568K



**GRCA SMIS Entry Wildland Fire Injury 6-4-2019.pptx**
847K





**SMIS - US Dept of the Interior**

⚙ Site Options ▾

| Main Menu | ⓘ |
| SMIS Dashboard | ⏱ |
| SMIS Data Reports | ᵄ |
| Create-Edit Batches | 📁 |
| Near Miss/Hazard | ⓒ |
| Review Accident Rpts | ☰ |
| Perform Final Reviews | 🖒 |
| Edit Permanent Data | A |
| Hours/Mileage Data | A |
| Add Accident Reports | ✎ |
| Exposure Assessment | ⚡ |

### ☰ Safety Manager Review of Accident Reports

Results **4**

Filter Results    Clear    – Reports with Status –    ▾    – Accident Year – ▾

| Initiated | ⊕ Acc Date | ⊕ Zip | Incident Type / Person / Place | ⊕ Org Info | |
|---|---|---|---|---|---|
| CA1 | 2019-06-04 | 86024 | Person: DODDS, KACIE<br>COLDWATER FIRE DIVISON ZULU FOREST ROAD 141 HAPPY JACK AZ | IN10IM8227 | Pending Initial |
| CA1 | 2019-04-26 | 86023 | Person: BERRY, ETHAN<br>WORK SITE RIGHT ABOUT SKINNY HELI-SPOT GRAND CANYON ARIZONA | IN10IM8221 | Pending Initial |
| CA1 | 2019-02-21 | 86023 | Person: KOENIG, PAUL<br>CORNER OF ALBRIGHT AND COCONINO GRAND CANYON, AZ | IN10IM8221 | |
| Accident Report | 2018-10-11 | 86023 | Near Miss<br>Grand Canyon National Park<br>Grand Canyon Regional Communications Center | IN10IM8226 | Pending Initial |

| SMIS Home | DOI Safety Net | SMIS FAQ | Department of the Interior |

This is a United States Government computer system maintained by the Department of the Interior to provide official unclassified U.S. Government information only. Use of this system by any unauthorized or authorized user constitutes consent to monitoring, retrieval and disclosure by authorized personnel.

USERS HAVE NO REASONABLE EXPECTATION OF PRIVACY IN THE USE OF THIS SYSTEM
Unauthorized use may subject violators to criminal, civil, and/or disciplinary action











Sign In | Searc | Trump | Fwd: S | Re: SF | 1903 | Body | Trump | Fwd: C | OSHA | Plan | OSHA | Re | LII 18 U. | presc

https://www.smis.doi.gov/index.cfm?module=managerAccidents.edit&GUID_Incident=746E6114-8523-462D-A1D3-493CE8189ECF&component=1

Apps | Homeport: Inciden... | Instructor Certificati... | Defensive Driving S... | The Asbestos Instit... | Classroom – The As... | Serious Event Repo... | Home - Grand Can... | Winter Hiking - Gra...

SMIS - US Dept of the Interior

Site Options

- Main Menu
- SMIS Dashboard
- SMIS Data Reports
- Create-Edit Batches
- Near Miss/Hazard
- Review Accident Rpts
- Perform Final Reviews
- Edit Permanent Data
- Hours/Mileage Data
- Add Accident Reports
- Exposure Assessment

## Accident Report - Entered: 06/05/2019

Accident Report Actions

**Kick Back to Reporter for Clarification** — Kick Back Report

**Post to Final Review** — Posting Disabled — Save Changes

Each outcome reported for this accident is listed below. To review this accident report, click each outcome, perform a review of the outcome, and submit. After your review, a check appears next each outcome indicating that the review is done. When a check appears by all outcomes, the Post Review button will become active and you can post this accident report.

**Accident Outcomes**

CA1 KACIE DODDS — Review Needed — Review

**Identity of Accident Report**

**Accident Category:**
Firefighting, Wildland Fire — Change Category

**Incident Assigned to Org Code:**
IN10IM8227 FIRE MANAGEMENT OFFICE — Change Org Code

**Facility Where Incident Occurred:**
Not Facility Related — Select Facility / Property

**Date Accident Occurred**

Bloodborne_Path....pptx | Ergonomics_PPT_....pptx | Electrical_PPT_v-0...pptx | Ergonomics_PPT_...pptx Failed - Download error | Exits_EAP_FPP_Fir....pptx | Show all

Type here to search — 6:30 AM 6/6/2019

Sign In | Searc | Trump | Fwd: S | Re: SF | 1903 | Body | Trump | Fwd: | OSHA | Plan | OSHA | Re | LII 18 U | presc

https://www.smis.doi.gov/index.cfm?module=managerAccidents.edit&GUID_Incident=746E6114-B523-462D-A1D3-493CE81B9ECF&component=1

Apps | Homeport: Inciden... | Instructor Certificati... | Defensive Driving S... | The Asbestos Instit... | Classroom – The As... | Serious Event Repo... | Home - Grand Can... | Winter Hiking - Gra...

**Result / Accident Outcome**

Injury Illness Fatality Exposure - No Property Damage

**Place of Incident (Required to Post)**

COLDWATER FIRE DIVISON ZULU FOREST ROAD 141 HAPPY JACK AZ

**Teleworking Related?**

Yes **No**

**Fire-related Info About the Accident**

**Fire Number**

COF-0299

**Fire Name**

Coldwater

**Fire Location**

Coconino NF in Arizona

**IMT**

III

**Transfer of Cmd**

Yes **No**

Bloodborne_Path....pptx | Ergonomics_PPT_...pptx | Electrical_PPT_v-0....pptx | Ergonomics_PPT_....pptx Failed Download error | Exits_EAP_FPP_Fir....pptx | Show all

Type here to search

6:31 AM 6/8/2019

Sign In | Searc | Trump | Fwd: S | Re: SF | 1903.2 | Body | Trump | Fwd: | OSH | Plan | OSH | Re | LII 18 U.S | presc

https://www.smis.doi.gov/index.cfm?module=managerAccidents.edit&GUID_Incident=746E6114 B523-462D A1D3-493CE81B9ECF&component=1

Apps | Homeport: Inciden... | Instructor Certificati... | Defensive Driving S... | The Asbestos Instit... | Classroom The As... | Serious Event Repo... | Home - Grand Can... | Winter Hiking - Gra...

Transfer of Cmd

Yes | No

Vegetation

Timber | Brush | Grass | Slash

**Safety Review/Analysis**

**Activity Before Accident (Required to Post)**

Employee was assigned to zulu division on the Coldwater Fire on the Coconino NF Employee was assigned to an engine module and assisting fire management by scouting potential holding lines

**Activity Code (Required to Post)**

Miscellanous Activities Other

**What Happened - Narrative (Required to Post)**

RECIEVED BURNS DUE TO AN INCREASE IN FIRE BEHAVIOR THERMAL BURNS TO RIGHT SIDE OF FACE ON CHEEK AND NOSE

**Unsafe Act (Required to Post)**

Failure to Secure or Warn

**Unsafe Condition (Required to Post)**

Environmental Hazards NEC

**Management Factor (Required to Post)**

-- Please Select --

Bloodborne_Path....pptx | Ergonomics_PPT_....pptx | Electrical_PPT_v-0....pptx | Ergonomics_PPT_....pptx | Exits_EAP_FPP_Fir....pptx | Show all

Type here to search

6:31 AM
6/6/2019

C   https://www.smis.doi.gov/index.cfm?module=managerAccidents.edit&GUID_Incident=746E6114-B523-462D-A1D3-493CE81B9ECF&component=1

Apps   Homeport Inciden...   Instructor Certificati...   Defensive Driving S...   The Asbestos Instit...   Classroom – The As...   Serious Event Repo...   Home - Grand Can...   Winter Hiking - Gra...

❋ Unsafe Act (Required to Post)                                    ❋ Unsafe Condition (Required to Post)

Failure to Secure or Warn                              ▼           Environmental Hazards, NEC                           ▼

❋ Management Factor (Required to Post)

-- Please Select --                                                                                                    ▼

❋ Preventative Measures and/or Corrective Action (Required to Post)

Employee was outfitted with all appropriate PPE and had received training on UTV operations  Employee was certified for
the tasks she was assigned. Corrective actions include  ensuring personnel are assigned to monitor fire behavior to make
certain all personnel are kept aware of changing fire behavior/conditions/locations

Date Corrective Action Completed

06/05/2019

Reviewer's Notes

| Upload documents / photos for the Accident / Event: | Upload Policy | Section Help |
| --- | --- | --- |

Select File                                              Formats allowed:
Choose File  No file chosen                              jpg/ jpeg  png,  gif  pdf  doc(x),  ppt(x)  pps(x),  xds(x)

1. Select "Choose File" to attach your document.        Large file sizes will take a long time to upload. Keep images optimized and
2. Click the green "Save Changes" button to submit your file.   avoid filing a Word Doc with images

                                                         ** No images of body parts or injuries **

Bloodborne_Path....pptx  ^        Ergonomics_PPT_....pptx  ^        Electrical_PPT_v-0....pptx  ^        Ergonomics_PPT_....pptx  ^        Exits_EAP_FPP_Fir....pptx  ^        Show all
                                                                                                        Failed : Download error

6:32 AM

**SMIS**

**OSHA'S FORM 300 (DOI Facsimile)**
Log of Work-Related Injuries and Illnesses    Year: 2019

**Establishment Name: Grand Canyon National Park**
**City: Grand Canyon National Park    State: AZ**

| | | | | | | Classify the case | | | | Number of Days | | Injury or Illness Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Identify the person** | | | **Describe the case** | | | | | | | | | | | | | | | |
| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer/ Restr | IN | SD | RE | PO | HL | IL |
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | TRANSFER STATION IN THE GRAND CANYON | Laceration Sngle 1st finger Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000149 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Sngle 2nd finger Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Sngle 2nd finger Windows, Doors | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Sngle 1st finger Metal item, mineral | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2..5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working | | ✔ | | | 3 | ? | ✔ | | | | | |

| Case | Name | Title | Date | Location | Injury | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Surface (floor, street, etc.) | | | | | | |
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites Human (Communicable Disease) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000616 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON, SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✔ | 0 | 0 | ✔ | |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Single Intern Insufficient Data | ✔ | | 5 | 0 | ✔ | |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602, N36.4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✔ | 0 | 0 | ✔ | |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal item, mineral | | ✔ | 0 | 0 | ✔ | |
| Pending Case | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | | 9 | 4 | ✔ | |
| 2019-1000828 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | | ✔ | 0 | 0 | ✔ | |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | | ✔ | 0 | 0 | ✔ | |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✔ | 0 | 0 | | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | | 1 | 14 | ✔ | |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| Pending Case | KACIE DODDS | FORESTRY TECHNICIAN | Jun/4 | COLDWATER FIRE DIVISON ZULU | Burn, sunburn Face | | ✔ | 0 | 0 | ✔ | |

| Case | Name | Title | Date | Location | Injury | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FOREST R | Fire, Flame, Smoke (not Tobacco) | | | | | | |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✔ | | 3 | 0 | ✔ | |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✔ | 0 | 0 | ✔ | |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✔ | 0 | 0 | ✔ | |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Single Intern Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✔ | | 15 | 0 | ✔ | |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✔ | | 1 | 0 | ✔ | |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✔ | | 7 | ? | ✔ | |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 7 | ✔ | |
| Pending Case | VERN GARRISON | UTILITY SYS REPAIR-OPER | Jul/26 | 1622 BARRY HANCE CIR. GRAND CANYON | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD, AUTO SHOP GRAND | Obj in eye Eye Single Extern Liquid Chemical, Toxic | | ✔ | 0 | 0 | | ✔ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Single Intern Vehicle, Privately-Owned (Includes Rental) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✔ | | 8 | 8 | ✔ | |

| Case | Name | Title | Date | Location | Injury | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material Handling Equipment | | | | ✔ | 0 | 0 | ✔ | | | | |
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | | | 13 | 13 | ✔ | | | | |
| Pending Case | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kaibab Trail, 1. | Injured | | | | ✔ | 0 | 0 | ✔ | | | | |
| Pending Case | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj in eye Eye Sngle Extern Insect | ✔ | | | | 5 | 0 | ✔ | | | | |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Nati | Obj in eye Eye Sngle Intern Insect | | | | ✔ | 0 | 0 | ✔ | | | | |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj in eye Eye Sngle Extern Dust (Silica, Coal, etc. ) | | | | ✔ | 0 | 0 | ✔ | | | | |
| Pending Case | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | |
| Pending Case | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | | | ✔ | 0 | 0 | ✔ | | | | |
| Pending Case | HEATHER HADAWAY | | Oct/2 | Trail between Residential Housing an | Injured | | ✔ | | | 0 | 1 | ✔ | | | | |
| Pending Case | KENNETH GAYDUSEK | | Oct/28 | back of building of the auto shop bl | Injured | | | | ✔ | 0 | 0 | ✔ | | | | |
| Pending Case | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Injured | | | | ✔ | 0 | 0 | ✔ | | | | |
| | | | | | **Totals:** | 0 | 12 | 2 | 39 | 73 | 47 | 46 | 0 | 0 | 3 | 1 | 3 |

Duplicate

43

Previous Page

 **SMIS**

**OSHA'S FORM 300 (DOI Facsimile)**
**Log of Work-Related Injuries and Illnesses    Year: 2019**

**Establishment Name: Grand Canyon National Park**
**City: Grand Canyon National Park      State: AZ**

| | | | | | | Classify the case | | | | Number of Days | | Injury or Illness Classification | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Identify the person** | | | **Describe the case** | | | | | | | | | | | | | | | | |
| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer Restr | IN | SD | RE | PO | HL | IL | | |
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Hand tools (non-powered) | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Single 2nd finger Windows, Doors | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Single 1st finger Metal item, mineral | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | ✔ | | 0 | 0 | ✔ | | | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2.5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | | | |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites | | | ✔ | | 0 | 0 | | | | | ✔ | | | |

DOI: SMIS

| Case | Name | Job Title | Date | Location | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Human (Communicable Disease) | | | | | | |
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000616 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON, SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✔ | 0 | 0 | ✔ | |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Single Item Insufficient Data | ✔ | | 5 | 0 | ✔ | |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602, N36 4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✔ | 0 | 0 | ✔ | |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal item, mineral | | ✔ | 0 | 0 | ✔ | |
| 2019-1002898 | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | | 9 | 4 | ✔ | |
| 2019-1000828 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | | ✔ | 0 | 0 | ✔ | |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | | ✔ | 0 | 0 | ✔ | |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✔ | 0 | 0 | | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | | 1 | 14 | ✔ | |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✔ | | 3 | 0 | ✔ | |
| Pending Case | BRIAN ROBERTS | PARK MANAGEMENT | Jun/7 | | Injury - NEC Mlp Body Sites Physical Training -Tactical, | | | 0 | 0 | | |

1/11/2020

DOI: SMIS

| Case | Name | Job Title | Date | Location | Injury | | | | | | |
|------|------|-----------|------|----------|--------|---|---|---|---|---|---|
| | | | | | Exercising Pack Test, etc. | | | | | | |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✔ | 0 | 0 | ✔ | |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✔ | 0 | 0 | ✔ | |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Sngle Intern Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✔ | | 15 | 0 | ✔ | |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✔ | | 1 | 0 | ✔ | |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✔ | | 7 | ? | ✔ | |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 7 | ✔ | |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD, AUTO SHOP GRAND | Obj in eye Eye Sngle Extern Liquid Chemical, Toxic | | ✔ | 0 | 0 | | ✔ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Single Intern Vehicle, Privately-Owned (Includes Rental) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✔ | | 8 | 8 | ✔ | |
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | ✔ | |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material | | ✔ | 0 | 0 | ✔ | |

DOI: SMIS

| Case | Name | Job Title | Date | Location | Injury | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Handling Equipment | | | | | |
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | 13 | 13 | ✔ |
| 2019-1002803 | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kalbab Trail, 1. | Hearing Loss Ear Single Intern Welding Equipment | | ✔ | 0 | 0 | ✔ |
| 2019-1002806 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj In eye Eye Single Extern Insect | ✔ | | 5 | 0 | ✔ |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Natl | Obj In eye Eye Single Intern Insect | | ✔ | 0 | 0 | ✔ |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj In eye Eye Single Extern Dust (Silica, Coal, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002805 | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Tra ning -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | ✔ |
| 2019-1002801 | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002899 | HEATHER HADAWAY | VISITOR USE ASSISTANT | Oct/2 | Trail between Residential Housing an | Laceration Both hands Walking/Working Surface (floor, street, etc.) | ✔ | | 0 | 1 | ✔ |
| 2019-1002897 | RYAN MCDONALD O'LEAR | PARK RANGER (PROTECTION) | Oct/21 | Garden Creek Slot Canyon | Muscuskeletal NC Single leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002900 | KENNETH GAYDUSEK | HEAVY MOBILE EQUIPMENT MECHANIC | Oct/28 | back of building of the auto shop bl | Muscuskeletal NC Single Foot Walking/Working Surface (floor, street, etc ) | | ✔ | 0 | 0 | ✔ |
| 2019-1002902 | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Laceration Single hand Animal, Dog bite | | ✔ | 0 | 0 | ✔ |
| 2019-1002905 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Nov/14 | Grand Canyon National Park - Thunder | Diarrhea/Vomit Intestines Insect | | ✔ | 0 | 0 | | ✔ |
| 2019-1002906 | CAMDEN SHAKESPEARE | LABORER (MOTOR VEHICLE OPERATOR) | Nov/18 | Below oohah point, Grand Canyon Natl | Bruise Single hand Hand tools (non-powered) | | ✔ | 0 | 0 | ✔ |
| 2019-1002907 | NATHANIEL PHELPS | MAINTENANCE WORKER LEADER | Nov/19 | South Kaibab Trail, 2 switchbacks be | Laceration Single 4th finger Hand tools (non-powered) | | ✔ | 0 | 0 | ✔ |

| 2019-1002908 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Dec/6 | W-1 Road near the Intersection of W- | Pain/Swell Joint Arm or wrist Vehicle, Government-Owned | | ✔ | 0 | 0 | ✔ | | | | | | | | |
| 2019-1002977 | HANNAH ORFE | PARK RANGER (PROTECTION) | Dec/24 | Station One Women | Bruise Single Upper Arm Human (Violence) | | ✔ | 0 | 0 | ✔ | | | | | | | | |
| 2019-1002976 | CHARLES PARKER | MISC CLERK AND ASSISTANT | Dec/26 | Desert View Office Parking Lot | Muscuskeletal NC Single shoulder Vehicle, Government-Owned | | ✔ | 0 | 0 | ✔ | | | | | | | | |

Totals:   0    12   2    43   73   47    50   0   0   3   1   3