MICHAEL BAILEY
United States Attorney
District of Arizona
LAURENCE G. TINSLEY, JR.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Ave., Suite 1800
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
Facsimile:   602-514-7760
Email:  Laurence.Tinsley@usdoj.gov

*Attorneys for United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Elston Stephenson,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Brian Drapeaux,<br><br>　　　　　Defendant. | **CV-19-08268-PCT-DLR**<br><br>**NOTICE OF SUBSTITUTION OF UNITED STATES AS A DEFENDANT** |

　　　PLEASE TAKE NOTICE that pursuant to the Federal Employee's Liability Reform and Tort Compensation Act of 1988, 28 U.S.C. § 2679(d), the United States is hereby substituted for the individual Defendant Brian Drapeaux ("Defendant Drapeaux").  The grounds for this substitution are:

　　　1.　　The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680  ("FTCA"), provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment.  28 U.S.C. § 2679(b)(1).  To the extent Plaintiff is bringing a tort claim, the allegations of Plaintiffs' Complaint fall

within this provision.

2. The Federal Employee's Liability Reform and Tort Compensation Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a tort claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to those claims. 28 U.S.C. § 2679(d). The Attorney General has delegated certification authority to the United States Attorney for the District of Arizona. 28 C.F.R. § 15.4.

3. Michael Bailey, United States Attorney for the District of Arizona, through the Civil Division Chief, Michael Ambri, has certified that at the time of the conduct alleged in the Complaint, Defendant Drapeaux was acting within the scope of his employment. A copy of the Certification is attached as Exhibit 1.

4. As set forth in the Exhibit 1, the United States Attorney has certified that, based on information currently known, Defendant Drapeaux was acting within the scope of his employment, as an officer of the Department of the Interior, National Park Service, with respect to the allegations in Plaintiff's Complaint.

For the foregoing reasons, the United States has, by operation of law, been substituted for Defendant Drapeaux in the Complaint.

Accordingly, the Clerk should add the United States as a Defendant in the electronic docket, and terminate Defendant Drapeaux.

RESPECTFULLY SUBMITTED this 28th day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Laurence G. Tinsley, Jr.*
Laurence G. Tinsley, Jr.
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy, via first-class mail, postage prepaid, of the document to the following recipient who is not a CM/ECF registrant:

Elston LeMans Stephenson
P.O. Box 129
Grand Canyon, AZ 86023
*Plaintiff*

*s/Irene Millsaps*
U.S. Attorney's Office