# EXHIBIT A

# EXHIBIT A

MICHAEL BAILEY
United States Attorney
District of Arizona
Laurence G. Tinsley, Jr.
Assistant U.S. Attorney
Arizona State Bar No. 012581
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: Laurence.tinsley@usdoj.gov
*Attorneys for the Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Elston Stephenson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Brian Drapeaux<br><br>　　　　Defendant. | CV-19-08268<br><br>Formerly Cause No.<br>J0301PO2019000269, Flagstaff Justice Court)<br><br>**CERTIFICATION REGARDING SCOPE OF EMPLOYMENT OF DEFENDANT BRIAN DRAPEAUX** |

I, Michael Ambri, Chief, Civil Division for the United States Attorney's Office, District of Arizona, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(2), and by the virtue of the authority vested in the United States attorney by 28 C.F.R. § 15.4 and delegated to me, hereby certify that I have read the Complaint in CV 19-08268. On the basis of the information now available to me regarding the allegations contained in the Complaint, I find that at the time of the conduct complained of in the Complaint, Defendant Brian Drapeaux was acting within the scope of his employment as an employee of the United States, through its agency, the Department of the Interior, National Park Service.

MICHAEL BAILEY
United States Attorney
District of Arizona

_____
MICHAEL AMBRI
Chief, Civil Division