Elston L Stephenson (Plaintiff  Pro se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
January 25, 2019

FILED          LODGED
RECEIVED       COPY

JAN 2 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

Please receive and consider this MOTION FOR PRESERVATION ORDER to be issued to the
Department of the Interior in order to protect and preserve documents, communications, and
evidence in the case of STEPHENSON V DRAPEAUX.

Thank You


Sincerely,

Elston L Stephenson


# MOTION

Your Honor, respectfully, Plaintiff seeks an Order issued by this Court to the Department of Interior

(DOI), National Park Service (NPS), and non-DOI/NPS third-parties to protect and preserve all documents,

communications, and evidence relating to Plaintiff, and any safety related matters within the DOI.

This request for an Order is to protect and preserve documents, communications, and evidence

which will serve to demonstrate Defendant's Motive in this case and as part of upcoming formal RICO-like

'Culture of Fraud' complaint to the Department of Justice. This fraud fact pattern—already exemplified in

Exhibits before this Court and repeatedly, directly reported to the Secretary of the Interior and DOI Inspector

General with no apparent action taken to stop it reached its tipping point and demands action after DOI

and/or NPS (sometime after November 11, 2019) 'disappeared'—fraudulently deleted from the DOI/NPS

1

cyber Safety Management Information System (SMIS) the accident and injury of a wildland firefighter who suffered burns to her face after being forced to resort to driving her ATV through a 'controlled burn' fire to save her life on June 4, 2019. (Exhibit P-1, submitted January 18, 2020).

This fraud was detected by Plaintiff, Grand Canyon National Park Safety Manager, as he inventoried 2019 injuries in the course of his end-of-year tabulation, verification, and reporting duties (OSHA 300) to OSHA in compliance with the *OSH Act of 1970*. Plaintiff had recently renewed (with GRCA Superintendent 4) his insistence on facts (withheld by NPS) of clear failures which placed the worker the situation which led to her injuries and could have ended in her death, in order to close out her open SMIS case. He detected it by comparing the end-of-year compilation on January 11, 2020 to a periodic analysis compilation he conducted November 11, 2019. The Court should be aware that deleting SMIS entries must take place at the highest levels of NPS Headquarters, Washington DC. Plaintiff was neither consulted in nor notified of the deletion.

As the Court will recognize; the deleting/'disappearing' of a wildland firefighter from databases and records after she was alone, separated from her crew, and overrun by fire—forcing her to resort to driving her ATV through fire in order to save her own life (suffering burns to her face as she resorted to protecting it with her hands) was/were not just acts of deliberate corrupt intent. These represent several frauds; fraud in official DOI/NPS documents, fraud in submitting official OSHA 300 Logs and 300A Summary to OSHA and the DOI/NPS/GRCA employees to which they are posted, fraud to the Bureau of Labor Statistics to which they are reported, and quite possibly insurance fraud as the employee went to a hospital (Flagstaff Regional Medical Center) and was transacted through the Department of Labor's Office of Workers' Compensation Programs (OWCP). But most importantly, in 'disappearing' the worker's accident, injuries, and circumstances of those injuries; if that worker seeks follow-on care—for example complications from injuries or cosmetic care or trauma care for PTSD relate issues, they deleted her ability for coverage for future care as proof of her work-related accident and injuries no longer exists—fraudulently deleted. As this fraud apparently involved more than one person; felony conspiracy likely attaches. (18USC §1031, and 18USC §371 respectively)

Respectfully, the Court will recognize the DOI's/NPS' established, unmistakable fact pattern of unsafe and dangerous practices which could end in death being discovered and reported by Plaintiff, then the Department committing fraud to make it 'disappear' or create a favorable, fraudulent 'reality'. It is the exact same fact pattern of the uranium, AED, 16E, and recent helicopter frauds (Exhibits D thru D-3, C, K, and S thru S-3, respectively). The Court will also recognize that it is time to have the Department of Justice investigate.

Your Honor, these and other Exhibits already before this Court are felonies which are increasing in frequency, boldness, and severity even as this matter is before this federal bench. Each ultimately places Grand Canyon workers and visitors in danger as true investigations which can determine root causes and prevent 'repeats' are avoided. This latest, however, also ebbs into insurance fraud with OWCP—crossing a new threshold.

The Court will find that the urgency and import of this Order is that this latest fraud demonstrates that this DOI/NPS 'Culture of Fraud' protecting Defendant has been emboldened by the lack of action by DOI and NPS leadership and feels a sense of impunity. If they would so blatantly delete evidence of a worker burned in the face to make it disappear; they would surely delete/destroy evidence needed in Plaintiff's case.

Your Honor, in the interest of Plaintiff's right to a fair hearing/trial in this case before this Court and in future cases stemming from this case, and in the interest of public safety to workers and visitors to Grand Canyon National Park, please issue this Preservation Order to the Department of the Interior.

Respectfully Submitted

Elston L. Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

From: "Rowe, Louis" <louis_rowe@nps.gov>
Date: July 25, 2019 at 8:58:33 AM EDT
To: Woodrow Smeck <woody_smeck@nps.gov>
Cc: Aaron Roth <aaron_roth@nps.gov>, Michael May
<Michael_May@nps.gov>, Palmer Jenkins <chip_jenkins@nps.gov>, Malia Bruyneel
<malia_bruyneel@nps.gov>, William Kaage <william_kaage@nps.gov>
Subject: OIG OI-HQ-19-0668-R

Woody, Chip:
I received the subject line OIG yesterday. This was filed by GRCA Safety Manager
Elston Stephenson and requested that an SAIT should be called out, or that an
immediate Safety Standdown of the GRCA Wildland Fire program should occur as a
result of an injured FF on the Coldwater fire on the Coconino National Forest on June 4,
2019.

This was an ember burn on the cheek of a FF while on an ATV checking fire line. First
aid was rendered by an EMT on the engine, Medics looked at it at the Div level, and the
FF was accompanied by the Forest Hospital Liaison to get checked at Flagstaff Hospital
to ensure FF burn protocols were followed. FF was sent back to the fire on full duty by
the Physician that same day.

A Lessons Learned Report was generated on the Wildfire Lessons Learned Center with
information on what occurred and recommendations to prevent recurrence. GRCA
AFMO confirms the GRCA south rim FF personnel met and talked about the lessons
learned.

Elston states this evoke "Yarnell" and that he reviewed DOI/NPS Serious Accident
Course material and "can find no SOP, jurisdictional, or investigative
guidance". RM50B provides a definition for serious accidents, and when an SAIT is
called out: *Serious accidents: A work related fatality of an employee (NPS, other
agency under NPS jurisdiction, or contractors and volunteers directly supervised by
NPS), overnight hospitalization of three or more employees from a single occurrence;
and/or incidental damage to NPS property of $250,000 or more.*

Please refer Elston to the RM50B for guidance so that he can address these incidents
effectively and appropriately in the future. Elston also states that "I don't know a darn
thing about wildland firefighting" so perhaps this can be added to his IDP so he can
learn about this subject next spring when the "S" classes take place there at GRCA.

I have closed this OIG, and no response is necessary from IMR.

Louis Rowe
Associate Director (A)
Visitor and Resource Protection
National Park Service
Office 202 513-7082
Cell 703 994-5816

*(handwritten annotations)*
"Entrapment"
DO/RM 50B
Chapter 1 Serious Accident
Investigations
Pg 47, D(3)

8/11/2019                DEPARTMENT OF THE INTERIOR Mail - [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Bu...

Case 3:19-cv-08268-DLR   Document 24   Filed 01/28/20   Page 5 of 26



Stephenson, Elston <elston_stephenson@nps.gov>

## [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Burn Injury 6/4/2019

Elston Stephenson <theswedepilot64@hotmail.com>                    Sat, Jun 8, 2019 at 8:45 AM
To: "elston_stephenson@nps.gov" <elston_stephenson@nps.gov>

---------- Forwarded message ---------
From: **Stephenson, Elston** <elston_stephenson@nps.gov>
Date: Sat, Jun 8, 2019 at 6:51 AM
Subject: Re: SMIS Entry 6/4/2019
To: Daniel Pearson <daniel_pearson@nps.gov>

Thank You Dan!

Sincerely,

Elston
928-255-8727

On Fri, Jun 7, 2019 at 7:54 PM Daniel Pearson <daniel_pearson@nps.gov> wrote:
Elston,

1. My understanding is Kacie was operating a UTV equipped with a small pump. She was tasked to scout a two-track road as a potential holding line in the northeast flank of the fire perimeter. She assessed the road, found it dead-ended, and was returning to the main road. Apparently, the fire had hit the two-track and spotted across it while she was down the road. Kacie noted this, also noted that there was no egress due to the dead-end, and drove past the burning area after covering her mouth and side of face with her arm.



2. She was following legal (and normal) orders to use a more nimble piece of equipment to scout an area to gain intel. She was trained in the operation of the UTV, she was wearing all appropriate PPE, and was wearing her seatbelt and DOT approved helmet.

3. The fire was approximately 400 acres at the time and not tied in to any of the main roads which had been identified as a planning area. The fire management organization was still in the initial phase of the fire where they are gaining onsite intel. If I had to make an educated guess, there were multiple people scouting different roads at the same time while the majority of the firefighters were prepping the main roads. I think a lookout was assigned on the two-track she was scouting as the fire wasn't there yet and no aviation assets were yet assigned. Additionally, if she had been on foot or on an engine/chase truck, she'd have been wearing her regular helmet which has a shroud attached. DOT helmets are required for ATV/UTV operation and they are not designed to have shrouds attached. This was intended to be a scouting mission, not an active firefighting mission.

8/11/2019     DEPARTMENT OF THE INTERIOR Mail - [EXTERNAL] URGENT: Recommend SAfr and Safety StandDown re: Wildland Fire Fighter Bu...

Case 3:19-cv-08268-DLR   Document 24   Filed 01/28/20   Page 6 of 26

Hope this explained what I know adequately, I believe the Coconino is
asking the SOF assigned to the incident to investigate further to find
correctable opportunities.  I'm in Texas right now and will be back on
Sunday if you have further questions.

-Dan

Sent from my iPad

> On Jun 7, 2019, at 15:02, Stephenson, Elston <elston_stephenson@nps.gov> wrote:
>
> Dan,
>
> Hey.
>
> Glad to hear that Kacie was returned back to the line in such short order.
>
> Please help me to understand (as a guy who knows nothing about fire fighting) what she was doing right before she
was burned?
>
> and
>
> what she was doing right when she got burned?
>
> And how was the fire able to get so close to her?
>
> Thank You.
>
>
> Sincerely,
>
> Elston
> 928-255-8727

September 2008

# NATIONAL PARK SERVICE OCCUPATIONAL SAFETY AND HEALTH PROGRAM




NATIONAL PARK SERVICE

**REFERENCE MANUAL 50B**

D. Investigation of Specific Types of Accidents:

1. *Aircraft Accidents*: All aviation accidents will be investigated by the Office of Aircraft Services in accordance with 352 DM-6. However, a SMIS accident report still needs to be filed for aircraft accidents.

2. *Wildland Fire-Related Accidents*: For wildland fire-related serious accidents, the NPS will follow the procedures in this Director's Order, but will assure that the investigation satisfies the terms of the agreement established for such events in the "Interdepartmental Memorandum of Understanding between the USDI and the USDA, October 26, 1995," and the Letter of Direction received 1/29/97 from both Departments. These requirements are summarized in the Interagency Standards for Fire and Fire Aviation Operations.

3. *Wildland Fire Entrapments and Shelter Deployments*: All entrapments and deployments will be investigated. The level of investigation required will be determined by the National Fire Director (NFD), and may include a SAIT.

4. *Concession Accidents/Incidents*: Concessionaire employee accidents on Concession-owned and/or controlled facilities will be the responsibility of the concessionaire to investigate and report to OSHA as required by 29 CFR 1904. However, a SAIT/TI may be convened if deemed necessary by the NPS DASHO, Regional Director, or as requested by the affected unit Superintendent.

5. *Regulatory Agency Investigations*: Occasionally, the NPS may be involved in investigations that include other agencies, such as the National Transportation Safety Board, the Occupational Safety and Health Administration, the US Coast Guard, the Chemical Safety Investigation Board, etc. In these instances, the ARD-O/NFD and SAI Team Leader shall confer with the NPS DASHO on team composition, jurisdiction, procedures and timelines.

E. ACTIONS AND NOTIFICATIONS TIMELINE (Calendar days from date of incident)

1. <u>Immediately</u>

   i.  Park
       1. Dispatch initial response personnel to scene- Site manager ensures aid to injured persons and secures scene to prevent further injuries.
       2. Preserve the scene and evidence that may reveal the direct and contributory causes of the event-or take photographs and identify witnesses to the event if the scene cannot be preserved intact.
       3. Initiate a Line-Of-Duty Death (LODD) protocol (Appendix H).

8/11/2019                    DEPARTMENT OF THE INTERIOR Mail - [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Bu...

Case 3:19-cv-08268-DLR   Document 24   Filed 01/28/20   Page 9 of 26



Stephenson, Elston <elston_stephenson@nps.gov>

## [EXTERNAL] URGENT: Recommend SAIT and Safety StandDown re: Wildland Fire Fighter Burn Injury 6/4/2019

Stephenson, Elston <elston_stephenson@nps.gov>                    Sat, Jun 8, 2019 at 8:52 AM
To: Woody Smeck <woody_smeck@nps.gov>, Lisa Carrico <lisa_carrico@nps.gov>, Brian Drapeaux
<brian_drapeaux@nps.gov>

Superintendents,

Good Morning.

Please forgive me for busting 'curfew', but I hope You will agree that this is 'one of those times'.

Respectfully, I would like to recommend a SAIT and an immediate Safety StandDown in regards to the 6/4/2019 Coconino Forest Coldwater wildland fire accident injury. At the very least, an immediate Safety StandDown with the entire GRCA wildland fire force led by the senior-most Wildland Fire team leader and invocation by the GRCA Superintendent.

Please let me begin and end by sharing that I don't know a darned thing about wildland firefighting.

But the SMIS entry raised my 'Columbo' and what I've found since scares me. (attached and below).

This event evokes 'Yarnell'.

Respectfully, we, as leaders, owe everything to our brave fire fighters to make sure that this----or anything like it does not come close to happening again.

This happened off-GRCA---in the Coconino Forest.

Admittedly I do not know what 'Coconino' is doing in regards to an investigation.

I have panned the Grand Canyon National Park Fire Management Plan and DOI/NPS Serious Accident Investigation Course material and can find no SOP, jurisdictional, or investigation guidance.

Without hyperbole; if I understand the picture that is being painted; we had a GRCA Firefighter resort to driving through flames (on an ATV) so close to her that she had to use her arms and hands to protect (unsuccessfully) her face from getting burned.  This very easily could have ended in a fatality.

This is UNACCEPTABLE.

Irrespective of jurisdictional issues or actions being taken by Coconino; this brave Firefighter is 'Ours'.

Our Firefighters are likely still out there. And it is possible that we have not paused to gleam and implement Lessons Learned to prevent this or anything like it (or worse) from happening again.

Respectfully, we should not (we owe our Firefighters not) send our Firefighters back out until we have thoroughly examined this incident and implemented firm preventative measures which prevent this from ever coming close to happening again. Of course, thoroughly means someone who know what they are doing vis-a-vis wildland firefighting. That is not me.

Respectfully, I would like to recommend a SAIT and an immediate Safety Standdown in regards to the 6/4/2019 Coconino Forest Coldwater wildland fire accident injury. At the very least:  an immediate Safety StandDown with the entire GRCA wildland fire force led by the senior-most Wildland Fire team leader and invocation by the GRCA Superintendent.

Care must be taken to emphasize that this is not punitive in any way. That no one is placing blame. That this is what we owe our Team to learn from what happened and to make sure that it did not happen again.

I don't know a darned thing about wildland firefighting.  This scares me.

I look forward to Your Thoughts.

Thank You.


Very Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

[Quoted text hidden]

---

**2 attachments**



**GRCA Notification Text Wildland Fire Injury 6-4-2019..png**
568K

**GRCA SMIS Entry Wildland Fire Injury 6-4-2019.pptx**
847K











**Date Accident Occurred**

06/04/2019

**Time Accident Occurred**                    **Zip Code**

10        10        AM                          86024

Blank fields use nearest City, Town's Zip Code

**Keywords**

Max length 512 chars, separate keywords by comma or semicolon

**Reporter Information**

❋ **Reporter's Name**

DANIEL W PEARSON                              [ Assign Reporter ]

❋ **Job Title of Reporter (Required to Post)**          ❋ **Phone Number of Reporter (Required to Post)**

DISTRICT FMO                                  928-638-7934

**Description of the Accident/Event**

❋ **Result / Accident Outcome**

Injury, Illness, Fatality, Exposure - No Property Damage

---

Bloodborne_Path....pptx ^   Ergonomics_PPT_...pptx ^   Electrical_PPT_v-0....pptx ^   Ergonomics_PPT_...pptx
Failed - Download error   Exits_EAP_FPP_Fir....pptx ^   Show all   ✕



https://www.smis.doi.gov/index.cfm?module=managerAccidents.edit&GUID_Incident=746E6114-B523-462D-A1D3-493CE81B9ECF&component=1

Apps | Homeport: Inciden... | Instructor Certificati... | Defensive Driving S... | The Asbestos Instit... | Classroom – The As... | Serious Event Repo... | Home - Grand Can... | Winter Hiking - Gra...

＊ Unsafe Act (Required to Post)

Failure to Secure or Warn ▾

＊ Unsafe Condition (Required to Post)

Environmental Hazards, NEC ▾

＊ Management Factor (Required to Post)

-- Please Select -- ▾

＊ Preventative Measures and/or Corrective Action (Required to Post)

Employee was outfitted with all appropriate PPE and had received training on UTV operations. Employee was certified for the tasks she was assigned. Corrective actions include: ensuring personnel are assigned to monitor fire behavior to make certain all personnel are kept aware of changing fire behavior/conditions/locations

**Date Corrective Action Completed**

06/05/2019

**Reviewer's Notes**

| Upload documents / photos for the Accident / Event: | Upload Policy | Section Help |

**Select File**

Choose File | No file chosen

1. Select "Choose File" to attach your document.
2. Click the green "Save Changes" button to submit your file.

**Formats allowed:**

jpg/ jpeg, png, gif, pdf, doc(x), ppt(x), pps(x), xls(x)

Large file sizes will take a long time to upload. Keep images optimized and avoid filling a Word Doc with images.

** No images of body parts or injuries **

Bloodborne_Path....pptx ^ | Ergonomics_PPT_....pptx ^ | · Electrical_PPT_v-0...pptx ^ | Ergonomics_PPT_....pptx ^ | Failed - Download error | Exits_EAP_FPP_Fir....pptx ^ | Show all

6:32 AM

1/11/2020

 **SMIS**

**OSHA'S FORM 300 (DOI Facsimile)**
Log of Work-Related Injuries and Illnesses    Year: 2019

**Establishment Name: Grand Canyon National Park**
**City: Grand Canyon National Park    State: AZ**

| | Identify the person | | | Describe the case | | Classify the case | | | | Number of Days | | Injury or Illness Classification | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer/ Restr | IN | SD | RE | PO | HL | IL |
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Single 2nd finger Windows, Doors | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Single 1st finger Metal item, mineral | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2.5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon. | Expo Chem/Toxin Mlp Body Sites | | | | ✔ | 0 | 0 | | | | | ✔ | |

*Kacie Dodds has been deleted*

| Case # | Name | Title | Date | Location | Injury | ✔ | ✔ | # | # | ✔ | ✔ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Human (Communicable Disease) | | | | | | |
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000516 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✔ | 0 | 0 | | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON. SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✔ | 0 | 0 | ✔ | |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Single Intern Insufficient Data | ✔ | | 5 | 0 | ✔ | |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602, N36.4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✔ | 0 | 0 | ✔ | |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal Item, mineral | | ✔ | 0 | 0 | ✔ | |
| 2019-1002898 | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | | 9 | 4 | ✔ | |
| 2019-1000828 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscusketal NC Single Wrist Machine or Tool | | ✔ | 0 | 0 | ✔ | |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscusketal NC Single knee Inanimate objects | | ✔ | 0 | 0 | ✔ | |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✔ | 0 | 0 | | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | | 1 | 14 | ✔ | |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✔ | | 3 | 0 | ✔ | |
| Pending Case | BRIAN ROBERTS | PARK MANAGEMENT | Jun/7 | | Injury - NEC Mlp Body Sites Physical Training -Tactical. | | | 0 | 0 | | |

| Case | Name | Title | Date | Location | Injury | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Exercising, Pack Test, etc. | | | | | |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✔ | 0 | 0 | ✔ | |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✔ | 0 | 0 | ✔ | |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Single Intern Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✔ | | 15 | 0 | ✔ | |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✔ | | 1 | 0 | ✔ | |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✔ | | 7 | ? | ✔ | |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 7 | ✔ | |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD. AUTO SHOP GRAND | Obj in eye Eye Single Extern Liquid Chemical, Toxic | | ✔ | 0 | 0 | | ✔ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Single Intern Vehicle, Privately-Owned (Includes Rental) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✔ | | 8 | 8 | ✔ | |
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | ✔ | |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material | | ✔ | 0 | 0 | ✔ | |

1/11/2020

DOI: SMIS

| Case | Name | Title | Date | Location | Injury | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Handling Equipment | | | | |
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | 13 | 13 | ✔ |
| 2019-1002803 | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kaibab Trail, 1. | Hearing Loss Ear Sngle Intern Welding Equipment | | ✔ | 0 | 0 | ✔ |
| 2019-1002806 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj in eye Eye Sngle Extern Insect | ✔ | | 5 | 0 | |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Nati | Obj in eye Eye Sngle Intern Insect | | ✔ | 0 | 0 | ✔ |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj in eye Eye Sngle Extern Dust (Silica, Coal, etc. ) | | ✔ | 0 | 0 | ✔ |
| 2019-1002805 | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | ✔ |
| 2019-1002801 | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002899 | HEATHER HADAWAY | VISITOR USE ASSISTANT | Oct/2 | Trail between Residential Housing an | Laceration Both hands Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 1 | ✔ |
| 2019-1002897 | RYAN MCDONALD O'LEAR | PARK RANGER (PROTECTION) | Oct/21 | Garden Creek Slot Canyon | Muscuskeletal NC Single leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002900 | KENNETH GAYDUSEK | HEAVY MOBILE EQUIPMENT MECHANIC | Oct/28 | back of building of the auto shop bl | Muscuskeletal NC Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002902 | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Laceration Single hand Animal, Dog bite | | ✔ | 0 | 0 | ✔ |
| 2019-1002905 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Nov/14 | Grand Canyon National Park - Thunder | Diarrhea/Vomit Intestines Insect | | ✔ | 0 | 0 | |
| 2019-1002906 | CAMDEN SHAKESPEARE | LABORER (MOTOR VEHICLE OPERATOR) | Nov/18 | Below oohah point, Grand Canyon Nati | Bruise Single hand Hand tools (non-powered) | | ✔ | 0 | 0 | ✔ |
| 2019-1002907 | NATHANIEL PHELPS | MAINTENANCE WORKER LEADER | Nov/19 | South Kaibab Trail, 2 switchbacks be | Laceration Sngle 4th finger Hand tools (non-powered) | | ✔ | 0 | 0 | ✔ |

1/11/2020

DOI: SMIS

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1002908 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Dec/6 | W-1 Road near the intersection of W- | Pain/Swell Joint Arm or wrist Vehicle, Government-Owned | | ✔ | 0 | 0 | ✔ | | | | | | |
| 2019-1002977 | HANNAH ORFE | PARK RANGER (PROTECTION) | Dec/24 | Station One, Women | Bruise Single Upper Arm Human (Violence) | | ✔ | 0 | 0 | ✔ | | | | | | |
| 2019-1002976 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Dec/26 | Desert View Office Parking Lot | Muscuskeletal NC Single shoulder Vehicle, Government-Owned | | ✔ | 0 | 0 | ✔ | | | | | | |
| | | | | | **Totals:** | 0 | 12 | 2 | 43 | 73 | 47 | 50 | 0 | 0 | 3 | 1 | 3 |

Previous Page

 SMIS

**OSHA'S FORM 300 (DOI Facsimile)**
Log of Work-Related Injuries and Illnesses  Year: 2019

**Establishment Name: Grand Canyon National Park**
**City: Grand Canyon National Park**  **State: AZ**

| | | | | | | Classify the case | | | | Number of Days | | Injury or Illness Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer/ Restr | IN | SO | RE | PO | HL | IL |
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | TRANSFER STATION IN THE GRAND CANYON | Laceration Sngle 1st finger Hand tools (non-powered) | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000149 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Sngle 2nd finger Hand tools (non-powered) | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Sngle 2nd finger Windows, Doors | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Sngle 1st finger Metal item, mineral | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | ✔ | | 0 | 0 | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2..5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working | | ✔ | | | 3 | ? | ✔ | | | | | |

| Case | Name | Title | Date | Location | Injury | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Surface (floor, street, etc.) | | | | |
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✔ 0 | 0 | ✔ |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites Human (Communicable Disease) | | ✔ 0 | 0 | ✔ |
| 2019-1000616 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✔ 0 | 0 | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON, SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✔ 0 | 0 | ✔ |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Sngle Intern Insufficient Data | ✔ | 5 | 0 | ✔ |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602, N36.4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✔ 0 | 0 | ✔ |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal item, mineral | | ✔ 0 | 0 | ✔ |
| Pending Case | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | 9 | 4 | ✔ |
| 2019-1000828 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | | ✔ 0 | 0 | ✔ |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | | ✔ 0 | 0 | ✔ |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✔ 0 | 0 | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✔ 0 | 0 | ✔ |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | 1 | 14 | ✔ |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ 0 | 0 | ✔ |
| Pending Case | KACIE DODDS | FORESTRY TECHNICIAN | Jun/4 | COLDWATER FIRE DIVISON ZULU | Burn, sunburn Face | | ✔ 0 | 0 | ✔ |

| Case | Name | Job Title | Date | Location | Injury | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FOREST R | Fire, Flame, Smoke (not Tobacco) | | | | | | |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✓ | | 3 | 0 | ✓ | |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✓ | 0 | 0 | ✓ | |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✓ | 0 | 0 | ✓ | |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✓ | 0 | 0 | ✓ | |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✓ | 0 | 0 | ✓ | |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Single Intern Walking/Working Surface (floor, street, etc.) | | ✓ | 0 | 0 | ✓ | |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✓ | | 15 | 0 | ✓ | |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✓ | | 1 | 0 | ✓ | |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✓ | | 7 | ? | ✓ | |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✓ | 0 | 7 | ✓ | |
| Pending Case | VERN GARRISON | UTILITY SYS REPAIR-OPER | Jul/26 | 1622 BARRY HANCE CIR. GRAND CANYON | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✓ | 0 | 0 | | ✓ |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD, AUTO SHOP GRAND | Obj in eye Eye Sngle Extern Liquid Chemical, Toxic | | ✓ | 0 | 0 | | ✓ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Single Intern Vehicle, Privately-Owned (Includes Rental) | | ✓ | 0 | 0 | | ✓ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✓ | | 8 | 8 | ✓ | |

| Case | Name | Job Title | Date | Location | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | 0 | 0 | ✔ |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material Handling Equipment | | | ✔ | 0 | 0 | ✔ |
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | | 13 | 13 | ✔ |
| Pending Case | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kaibab Trail, 1. | Injured | | | ✔ | 0 | 0 | ✔ |
| Pending Case | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj in eye Eye Sngle Extern Insect | ✔ | | | 5 | 0 | ✔ |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Nati | Obj in eye Eye Sngle Intern Insect | | | ✔ | 0 | 0 | ✔ |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj in eye Eye Sngle Extern Dust (Silica, Coal, etc. ) | | | ✔ | 0 | 0 | ✔ |
| Pending Case | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | 0 | 0 | ✔ |
| Pending Case | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | | ✔ | 0 | 0 | ✔ |
| Pending Case | HEATHER HADAWAY | | Oct/2 | Trail between Residential Housing an | Injured | | ✔ | | 0 | 1 | ✔ |
| Pending Case | KENNETH GAYDUSEK | | Oct/28 | back of building of the auto shop bl | Injured | | | ✔ | 0 | 0 | ✔ |
| Pending Case | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Injured | | | ✔ | 0 | 0 | ✔ |

Duplicate

Totals:  0   12   2   39   73   47   46  0   0   3   1   3

43