Elston L Stephenson (Plaintiff Pro se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
February 5, 2019

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

Please receive and consider this STIPULATION FOR EXTENSION (second request) in the case of

STEPHENSON V DRAPEAUX.

Thank You

Sincerely,

Elston L Stephenson

# MOTION

Your Honor, respectfully, Plaintiff seeks a Stipulation for Extension for 30 days. Plaintiff is currently in Florida (Florida Everglades National Park) attending training and has been away from Grand Canyon National Park (unable to receive or respond to the Court's rulings, orders, or communications) since January 11, 2020. Plaintiff will return to Grand Canyon National Park February 10, 2020.

This Extension is equal to time away and will allow Plaintiff to return, receive, process, and respond to the Court's rulings and orders, as well as any documents, Motions, or Stipulations submitted by Defendant.

Your Honor, in the interest of justice, Plaintiff's right to a fair hearing/trial in this case before this Court, please issue this 30-day Extension.

Thank You, Your Honor.

Respectfully Submitted

Elston L. Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727