Elston L Stephenson (Plaintiff, Pro se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
March 5, 2020

✓ FILED     ___ LODGED
___ RECEIVED   ___ COPY

MAR 0 9 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ✓              DEPUTY

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

CV-19-8268-PCT-DLR

Please receive and consider this correction to **MOTION FOR INJUNCTION OF PROTECTION AGAINST RETALIATION** to protect Plaintiff against retaliatory action for appearing before this Court in the case of **STEPHENSON V DRAPEAUX.** This is to supersede **MOTION** mistakenly dated February 5, 2020.

Thank You


Sincerely,

Elston L Stephenson


## MOTION


Your Honor, respectfully, Plaintiff seeks an Order issued by this Court to the Department of Interior (DOI) and National Park Service (NPS) protecting Plaintiff from retaliation to include pretextual disciplinary action and firing as a result of appearing before this Court.

The Court will appreciate that Exhibits Plaintiff has presented before this Court—particularly Exhibit X-2 map entitled "Surface Gamma Dose Rates" which depicts exposure of visitors on highly trafficked public footpaths and roads leading to the very popular Hermit's Rest venue are especially problematic and represent serious legal and civil jeopardy for the DOI/NPS. The marking "Not to Be Released. FOIA Protected Document" is clear intent to hide the uranium radiation exposures from the public and workers. Retaliating

1

against Plaintiff for bringing this to GRCA, NPS, DOI, and the Courts attention is foreseeable and preventable when considering not only the efforts to conceal and keep concealed the dangers and exposures of Grand Canyon's visitors, and other safety frauds, but also the context and essence of this case before this Court.

Respectfully, Plaintiff seeks an immediate Injunction ordering that no retaliation be taken.

As the fraud fact pattern already demonstrated before the Court (such as the 'disappearing of the firefighter burned in the face by deleting her from the DOI/NPS cyber SMIS reporting system, Exhibit P-1) of deleting—fraudulently 'disappearing' evidence shows; 'disappearing' Plaintiff for appearing before this Court and providing such demonstrative, indisputable evidence is the foreseeable next action.

The Court will recognize in Exhibit Y that upon returning from a recent training (through Miami International and San Diego International airports) Plaintiff noticed increased surgical mask wear and public anxiety because of the spread of the corona virus. At the next Park Senior Executive Team (PSET) meeting on 2-11-2020 Plaintiff recounted his observations and concern for Grand Canyon's workers—particularly those having "hands-on contact with the public", workers' concerns, workers' protection, and urged developing a strategy to address these. Defendant is in-charge of the PSET meetings and minutes kept and published from the meetings. The Court will notice that "Park Senior Executive Team Meeting Notes" (Exhibit Y) published and sent to 'All Employees'—while expansive and near 'total recall' in chronological detail of all presenters; lists "Nothing to report at this time. Just returned from training" for Plaintiff. This is despite an extended (approximately 15 minute) discussion with many different participants contributing concerns to the dialog raised by Plaintiff. Plaintiff's corona virus and safety concerns are the only remarks edited out.

Plaintiff was forced to send out a correction of the 'Notes' in an 'All Employee' email. (Exhibit Y). This correction, just as Plaintiffs warning workers about their uranium exposure, forced increased corona action.

The Court will appreciate that this is a continuation of the same fraudulent fact pattern regarding dangers to safety already exemplified in Exhibits before the Court. Plaintiff raising and reporting legitimate,

2

timely safety dangers, then others fraudulently deleting them to hide them from the public. The 'Map' goes even further. And as previously stated, these and not 'going along' are the Motivation for retaliation taken against Plaintiff by Defendant and others. These deletions, and Defendant's role are ripe for Finder of Fact.

But this is also a 'disappearing' of Plaintiff.  A 'disappearing' in retaliation which begs for remedy.

Plaintiff has already been confronted in the workplace regarding filings before this Court. This is prelude. Indications are that further retaliation is on the way as DOI/NPS will vigorously seek and even contrive opportunity to discredit, punish, or fire Plaintiff as evidence (Exhibits) against DOI/NPS is "voluminous" and undeniable. This is why Defendant caught by a co-worker stalking Plaintiff's home.

Plaintiff respectfully asks that the Court recognize that even as U.S. Attorney *intervened* and brought Plaintiff before this Court; *any* Plaintiff has a Constitutional right to appear before *any* Court without suffering intimidation or retaliation.

Respectfully, Plaintiff asks the Court to issue an Injunction protecting Plaintiff against contrived, pretextual retaliation by the DOI and NPS for appearing and vigorously participating in this case.

Your Honor, respectfully, this protective Injunction is in the interest of Plaintiff's Constitutional right to fair trail/hearing, in the interest of Justice, in the public interest, and in the Court's interest as well.

Thank You, Your Honor.


Respectfully Submitted

Elston L. Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

3

# EXHIBIT Y




# Park Senior Executive Team
# Meeting Notes

| Meeting Date | February 11, 2020 |
|---|---|
| Meeting Time | 9:30-11:30 |
| Meeting Location | SRM Conference Room |

| Notes | |
|---|---|
| Mary Risser<br>**Superintendent** | <ul><li>Since we are distributing the PSET weekly meeting notes, I probably won't send out as many updates as I had been doing, but I will continue to send out notes about things not necessarily covered in these PSET meeting notes.</li><li>I participated in the National Leadership Council conference call during which we talked about the 365 migration. Everyone is encouraged to be patient through the process.</li><li>Following are the secretary's priorities: fireworks on the National Mall in Washington and at Mount Rushmore; campground modernization; concessions regulations, deferred maintenance, forest management (acres treated); Yellowstone housing; and Wolf Trap.</li><li>NPSNext will lead us into the second century of service by providing a streamlined strategic planning process to set priorities, focus energy, and strengthen operations. WASO is working on the roll-out scheduled for mid-March. NPSNext will include new graphics.</li><li>Parks will develop strategic plans to identify steps to lead us to that second century of service. GRCA is already ahead of the game because of all the work that you did on the strategic plan last year. We will meld that work into whatever format is being requested by NPSNext.</li><li>The shut down on the use of drones is complete because most drones use parts that were manufactured in China. The only exceptions include wildland fire, national or state emergencies, SARs with a life at stake. There is a long list of things that a superintendent would have to fill out to get a waiver, and waivers aren't readily being approved.</li><li>White Sands has been re-designated as a national park. A parcel of land at the Arlington Cemetery has been transferred to the Army. Studies for Kentucky Wilderness and an Emancipation Historic Trail have been approved.</li><li>The President has submitted a $2.8 billion budget for FY21 to Congress. If we should get any questions about the budget, please refer them to newsmedia.gov.</li></ul> |

 

# Park Senior Executive Team
# Meeting Notes

| | |
|---|---|
| | |
| Brian Drapeaux<br>**Deputy Superintendent** | • Planning for the Strategic Focus Meeting coming up on February 18-19 in the Park. |
| Lisa Carrico<br>**Deputy Superintendent** | • A sincere thank you to all who attended the work sessions on Wed-Thurs related to the design of the transcanyon waterline. It was time well spent; the discussions and information sharing will assure that we make the best possible decisions about one of the largest projects currently underway in the NPS.<br>• A number of GRCA employees attended the Grand Canyon Conservancy (GCC) board meeting in Phoenix on Friday-Saturday.  A special shout out to Jenn O'Neill and Todd Stoeberl for their presentations during new board member orientation.  e also participated in an afternoon session for the development of a strategic plan for GCC. |
| Jill Lewis<br>**Administration** | • Jill will be out of the office on leave 2/14-18. Kim Spaulding will be acting on 2/14. Monica Brown will be acting on 2/18 and will call into PSET. |
| Elston Stephenson<br>**Safety, Health & Wellness** | • Nothing to report at this time. Just returned from training. |
| Sharon Ringsven (A)<br>**Commercial Services** | • Announcement for Permit Specialist (vice Ashley Dunbar) opened last Friday.<br>• Reminder:  Provide Sharon with GTS land-based on-duty participants.<br>• NOTE: There is a good chance that starting 2/24, there will be no regular staffing in the permits program for CUAs and SUPs. Intermittent staffing will occur when Betsy is able to come to work. Please expect extended delays to responses. If urgent issues come up--e.g. On-going significant incident, reach out to whomever is in the office and we'll figure it out. (Sharon, Christine, Laurie, Pam, Beth)<br>• Pre-con meeting next Thursday for the temporary comms tower in the Mission 66 Warehouse Area. |




# Park Senior Executive Team
# Meeting Notes

| | |
|---|---|
| John Chekan (A) **Planning, Environment and Projects** | • Jenn O'Neill attended the GCC Board Meeting in Phoenix this past weekend<br>• Shuttle bus maintenance facility schematic design meeting occurred 2/4 and 2/5<br><br>**New Project Initiation Forms (PIFs):**<br>• North Rim and Phantom Ranch Dark Sky Retrofits - Phase 4 (PEP)<br><br>**Projects out for IDT Review**<br>• PEPC 95530 Roads Workplan (due 2/21)<br>• PEPC 93561 Cyclic Exterior Painting of 5 Houses on the North Rim (2/21)<br><br>**Consultation in Progress**<br>• none<br><br>**Letters of Authorization Issued**<br>• PEPC 92906 North Rim Lodge Window Replacement and Log Oiling (2/10)<br><br>**External Reviews**<br>• Removing the Kanab Ambersnail From the List of Endangered and Threatened Wildlife (due 2/7)<br>• Reclassification of the Humpback Chub from Endangered to Threatened with a Section 4(d) Rule (due 2/14)<br>• Navajo Energy Storage Station Pumped Storage Project (due 2/21) |
| Todd Stoeberl **Interpretation and Education** | • Attended the GCC Board Meeting this past weekend. Five new board members were installed onto the board.<br>• With the passing of Ron Brown last week, everyone is invited to the GCVC at 8am on Wednesday Feb. 12 for a flag raising in honor of Ron. When his wife Pat passed, a flag was raised in her honor and he wished the same when he passed. We have the same flag that was flown when Pat passed.<br>• GCC Direct Aid has been approved and sent over to GCC.<br>• This Thursday Feb. 13 at 7:00pm, there will be a special presentation by Phyllis Kachinhongva, Hopi Elder, who will share Hopi stories at the Shrine of the Ages. Everyone is welcome.<br>• Starting on Friday Feb. 14, GCC Field Institute is holding their annual Guide Training Seminar. All staff are invited to the Shrine of the Ages. |

 

# Park Senior Executive Team
## Meeting Notes

| | |
|---|---|
| Donna Richardson<br>**Facility Management** | <ul><li>Attended ½ day of Shuttle Bus Workshop this past week to assist in planning</li><li>Attended 2 days for the TCWL Workshop</li><li>Pump 3 Design review and Plans in Hand review was held on Monday</li><li>Monday 2/10 we have a meeting Lake Mead Agreement/Project Meeting</li><li>March 2-6th, 2020 IMR is holding a Facility Management Workshop in north Phoenix. As part of IMAC I am assisting with the organization.</li><li>Waterline break at the Bus Parking Lot at Mather Point has been repaired and restrooms are open.</li></ul> |
| Mike Collins<br>**Employee and Organizational Development** | SHRO:<ul><li>New SHRO priority list additions are being prioritized and added to the priority list on Monday, 2/10/2020</li><li>Work is progressing on an agreement between GRCA and the SHRO to ensure we recognize and capture the funding GRCA provides to pay for SHRO staff. The agreement will also capture service level agreements and timelines, as well as needed input and timely response from GRCA supervisors.</li><li>PSET members please include any weekly hiring updates in the new section of these PSET notes, at the bottom.</li><li>Find out about the status of hiring actions in the GRCA SHRO priority sheet:<br>https://docs.google.com/spreadsheets/d/1isgqmkC5wxAnAFqudXYEwbGyobFGJdQayIO6IO9Eyrk/edit#gid=1793284485</li><li>If there is a position that has been in Classification for longer than two months, please don't assume it is being worked, as it may have been lost. Please let Mike Collins know of any classifications that haven't been completed after two months. Classification actions should be completed within three weeks, and can be inquired about after three weeks.</li><li>Please try to get your hiring packages completed prior to the point that the SHRO begins working the action. Incomplete hiring packages will slow the process down.</li><li>All hiring actions on the priority list should have a Request to Recruit form submitted in USA Staffing.</li><li>Great resource to checkout: **IMR's Personnel Operations Sharepoint site**: https://sites.google.com/a/nps.gov/imro-personnel-operations-shros-and-personnel-security/home</li></ul>Upcoming Training:<ul><li>March 18 - New Employee Orientation</li></ul> |




# Park Senior Executive Team
# Meeting Notes

| Matt Vandzura<br>**Visitor and Resource Protection** | • The Backcountry Information Center (backcountry and river permits) has been moved under the supervision of Katie Morris. A new Branch name is pending that will reflect both the common visitor education goals as well as the permitting and fee collection processes.<br>• Matt will be at IMR CRO training this week, Katie Morris is acting chief of VRP. |
|---|---|
| Jan Balsom<br>**Senior Advisor/ External and Tribal Programs** | • Out of the Office this week. |
| Jeanne Calhoun<br>**Science and Resource Management** | • Working with WASO Climate Change Response Program to do climate change modeling based on local precipitation and temperature data in GRCA area. This information will be used to assist TransCanyon Waterline planning and design.<br>• Mike Kearsley will lead a river mission Feb 18-21 (Pearce Ferry uprun) to deploy acoustic monitoring devices to measure background soundscape environment; similar surveys of soundscape background are being performed throughout GRCA.<br>• Brandon Holton will lead a river mission Feb 24-28 (Diamond down) to perform winter bat surveys as a followup to detection of fungus Pd on one bat in GRCA. He will lead another bat survey mission in May.<br>• Fire Archaeologist Jason Nez is assisting with pile burns at Indian Garden Feb 10-14.<br>• SRM staff are giving presentations at the Feb 14-15th GRCA Guide Training Seminar.<br>• Park is reinitiating conversations with AZGFD regarding bison management at GRCA. The PSET IDT determined that just one corralling event will be performed during CY 2020 on the North Rim, likely the first week of September. We don't anticipate hosting any lethal culling events during this calendar year.<br>• Formerly known as the SRM Fisheries Program, this key program has taken a new, more descriptive name: Native Fish Ecology & Conservation Program.<br>• 2019 LiDAR project data collection has been completed and planning for the next LiDAR segment to be flown is in the works with partners USFS and USGS.<br>• The Park completed two-day TCWL workshop Feb 5-6 with SRM and many other divisions participating, as well as Denver Service Center, RO staff, and consultant HDR. Evaluating new information and seeking final decisions regarding water treatment, pipeline materials, pipeline route, etc. Final determinations to be completed within one month. |

 

# Park Senior Executive Team
## Meeting Notes

| | |
|---|---|
| Lily Daniels<br>**Communications/ Public Affairs** | • Out of the Office this week. |
| **Hiring Updates** | • VRP<br>   ○ Announcement is out for Dispatchers<br>   ○ Selection packets are in for a couple more folks in Fee Branch<br>   ○ The announcement periods for a paramedic, seasonal PSAR Rangers, the PSAR seasonal supervisor, and seasonal paramedics closed on 12/22, we're eagerly awaiting the certificates of eligible candidates.<br><br>• FMD<br>   ○ Heavy Mobile Equipment Mechanic Helper WG-5803-05 opened on Friday 2/7/20<br>   ○ We have 10 Hiring Packets complete and uploaded to USA Staffing waiting to be worked for a total of 19 positions<br>   ○ USRO WG-4742-09 tentative offer made<br>   ○ Tentative Offers have been made for 2 Electricians - Buildings/Housing<br>   ○ Trails and N Rim are working on hiring seasonals<br>   ○ COB's - J. Bailey 2/29, C. Brothers 2/29, J Pattison 3/14<br>   ○ *Schadrey Rivera (Gerry) has given her resignation*<br><br>• SRM<br>   ○ § **Nursery Manager** GS-7/9 – recruitment package under development – need to update JA / QA to reflect GS-9 level. Lonnie/Santiago are hiring officials.<br>   ○ § **Seasonal Arch, Bio, GIS Techs** GS-5/7 – Currently being hired. Ellen, Greg, and Mark are hiring leads.<br>   ○ § **Hydro Tech GS-7 TERM** – 4 year work for TCP (waiver approved); PD submitted to HR. Ronda and Mark hiring co-lead team, with help from Jeanne.<br>   ○ § **Phy Sci GS-9 TERM** – 4 year work for TCP (waiver approved); PD submitted to HR. Ronda and Mark hiring co-lead team, with help from Jeanne. |