IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson, | No. CV-19-08268-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

    The Court dismissed this case on February 21, 2020, but since then Mr. Stephenson has continued to file documents with the Court. Most recently, he filed an amended motion for preliminary injunction (Doc. 32), which asks the Court to enjoin the Department of Interior and National Parks Service from retaliating against him for appearing before this Court. The motion procedurally is improper because this case is closed. If Mr. Stephenson wants to seek a preliminary injunction, he needs to bring a new case. Moreover, even if the Court were to entertain the motion, Mr. Stephenson has not articulated a basis for granting a preliminary injunction or adhered to the legal standards governing such relief. Accordingly,

//

//

//

//

**IT IS ORDERED** that Mr. Stephenson's amended motion for preliminary injunction (Doc. 32) is **DENIED**. Mr. Stephenson is reminded that this case has been terminated.

Dated this 1st day of April, 2020.

Douglas L. Rayes
United States District Judge