Case: 3:19-cv-08268-DLR

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
APR 2 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Elston L Stephenson
PO Box 129
Grand Canyon, AZ 86023

Doc #33

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
02 APR '20
PM 5 L
RECEIVED
APR 2 4 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NEOPOST
04/02/2020
US POSTAGE $000
FIRST-C
ZIP
041M1

**ANK**
RETURN TO SENDER
NOT AT THIS ADDRESS

NIXIE       850   DC 1           0004/22
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 85003213099        *2214-05556-0