Case: 3:19-cv-08268-DLR

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 2 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Elston L Stephenson
PO Box 129
Grand Canyon, AZ 86023

Doc #27

UNITED STATES DISTRICT COURT
O'CONNOR U.S. COURTHOUSE, SUITE 130
1 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
24 FEB '20
PM 5 L

NEOPOST  FIRST-CLASS MAIL
02/24/2020
US POSTAGE $000.65⁰
ZIP 85003
041M11297591

RECEIVED
APR 2 4 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

**ANK**
**RETURN TO SENDER**
NOT AT THIS ADDRESS

NIXIE     850   DC 1        0004/22/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 85003213099     *1914-02042-24-37