Elston L Stephenson (Plaintiff)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
June 2, 2020

FILED _____ LODGED
_____ RECEIVED _____ COPY

JUN 03 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Clerk of the Court,

Please receive and consider this request for STIPULATION FOR EXTENSION OF TIME TO RECEIVE

NOTICE AND COURT DOCUMENTS (Second Request) in the case of STEPHENSON V DRAPEAUX due

to COVID-19 pandemic disrupting Grand Canyon National Park mailroom delivery.

Please time stamp the attached page 1 copy and return to me via the pre-paid envelope enclosed.

Please receive page 1 of the filings listed in the Stipulation. The time-stamped first pages were

'returned to sender' by the Grand Canyon National Park mailroom. Please, once they are located,

please return to me, or provide the original date received time stamp in the additional pre-paid

envelope enclosed.

Thank You

Sincerely,

Elston L Stephenson

Elston L Stephenson (Plaintiff, Pro se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
March 8, 2020

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

Please receive and consider this correction to MOTION FOR INJUNCTION OF PROTECTION
AGAINST RETALIATION to protect Plaintiff against retaliatory action for appearing before this
Court in the case of STEPHENSON V DRAPEAUX. This is to supersede MOTION dated
March 5, 2020.

Thank You


Sincerely,

Elston L Stephenson

## MOTION

Your Honor, respectfully, Plaintiff seeks an Order issued by this Court to the Department of Interior

(DOI) and National Park Service (NPS) protecting Plaintiff from retaliation to include pretextual disciplinary

action and firing as a result of appearing before this Court.

The Court will appreciate that Exhibits Plaintiff has presented before this Court—particularly Exhibit

X-2 map entitled "Surface Gamma Dose Rates" which depicts exposure of visitors on highly trafficked public

footpaths and roads leading to the very popular Hermit's Rest venue are especially problematic and

represent serious legal and civil jeopardy for the DOI/NPS. The marking "Not to Be Released. FOIA Protected

Document" is clear intent to hide the uranium radiation exposures from the public and workers. Retaliating

Elston L Stephenson (Plaintiff, Pro Se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
February 22, 2020

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

Please receive and consider this correction to Plaintiff's REPLY to U.S. Attorney's REPLY to Plaintiff's RESPONSE TO MOTION TO DISMISS in the case of STEPHENSON V DRAPEAUX. This is to supersede Plaintiff's REPLY mistakenly dated January 21, 2020.

Thank You.


Sincerely,

Elston L Stephenson



REPLY

Your Honor, in U.S. Attorney's *Reply*, Counsel lists the Court's *jurisdictions*. Respectfully, the Court will notice that Counsel overlooks the fact that discerning whether or not a party or witness is lying before the Court is not only the jurisdiction of *all* courts and weighs on whether or not any or all of that party's or witness' testimony should be thrown out, but is an indispensable pillar of the entire 'third branch' and the American Justice System itself. Defendant's many demonstrated instances of materially lying to this Court—perjury (to which Counsel is now desperately trying to distract) is sufficient grounds to Deny *Motion to Dismiss.*

1

Elston L Stephenson (Plaintiff  Pro se)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
January 25, 2019

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

Please receive and consider this MOTION FOR PRESERVATION ORDER to be issued to the Department of the Interior in order to protect and preserve documents, communications, and evidence in the case of STEPHENSON V DRAPEAUX.

Thank You


Sincerely,

Elston L Stephenson

## MOTION

Your Honor, respectfully, Plaintiff seeks an Order issued by this Court to the Department of Interior (DOI), National Park Service (NPS), and non-DOI/NPS third-parties to protect and preserve all documents, communications, and evidence relating to Plaintiff, and any safety related matters within the DOI.

This request for an Order is to protect and preserve documents, communications, and evidence which will serve to demonstrate Defendant's Motive in this case and as part of upcoming formal RICO-like 'Culture of Fraud' complaint to the Department of Justice. This fraud fact pattern—already exemplified in Exhibits before this Court and repeatedly, directly reported to the Secretary of the Interior and DOI Inspector General with no apparent action taken to stop it reached its tipping point and demands action after DOI and/or NPS (sometime after November 11, 2019) 'disappeared'—fraudulently deleted from the DOI/NPS

1