# EXHIBIT Z-11

Re: Acting Status at Grand Canyon National Park

Risser, Mary V <Mary_Risser@nps.gov>
Thu 5/7/2020 3:06 PM
To: Burnette, Chris C <chris_burnette@nps.gov>; NPS GRCA Executive Team <grca_executive_team@nps.gov>
Cc: Roche, Michael A <Michael_Roche@nps.gov>; Reynolds, Michael T <Michael_Reynolds@nps.gov>

Good job, Chris. Thank you!

Mary Risser
Acting Superintendent
Grand Canyon National Park
P. O. Box 129
Grand Canyon, AZ 86023

928.638.7945

---

From: Burnette, Chris C <chris_burnette@nps.gov>
Sent: Thursday, May 7, 2020 3:02 PM
To: NPS GRCA Executive Team <grca_executive_team@nps.gov>
Cc: Roche, Michael A <Michael_Roche@nps.gov>; Reynolds, Michael T <Michael_Reynolds@nps.gov>
Subject: Acting Status at Grand Canyon National Park

24 Hour Notice of Change of Leadership at Grand Canyon National Park

Ed Keable will be arriving at the Grand Canyon tomorrow, Friday, May 8th, 2020. Mary Risser will remain the Acting Superintendent until COB that day. Ed will then take over.

To accommodate this, I'd like to request a document hold on documents that require the Superintendent's signature, until Ed is in the office on Monday.

As a reminder, going forward, please have your staff include Ed's name on documents as Superintendent, instead of using Mary's. Mary will remain the signing authority until tomorrow afternoon for any emergency items that may pop up before Ed is in the office.

If you have any questions, please feel free to contact me.

Thank you,

**Chris Burnette**
National Park Service
Executive Management Analyst
Office of the Superintendent
Grand Canyon National Park
P.O. Box 129

Grand Canyon, AZ 86023
Office: (928) 638-7075
Cell: (928) 864-7914

Keep updated on the current status of activities and closures in the Park due to COVID-19.



# EXHIBIT Z-12

## Re: [EXTERNAL] fire extinguisher report

**Stephenson, Elston L** <elston_stephenson@nps.gov>
Thu 1/2/2020 1:07 PM
To: Drapeaux, Brian J <brian_drapeaux@nps.gov>
Cc: Carrico, Lisa <Lisa_Carrico@nps.gov>; Risser, Mary V <Mary_Risser@nps.gov>

Brian,

Each of the pics is time-stamped December 23, 2019.

As of Monday December 30, 2019 the situation was unchanged.

If the fire extinguisher/sprinkler system defects (of David's text) are true, this is big trouble.

Thank You.

Sincerely,

Elston
928-255-8727

On Thu, Jan 2, 2020 at 11:48 AM Drapeaux, Brian <brian_drapeaux@nps.gov> wrote:
> Hello,
>
> Did you (Elston) personally review these issues you are highlighting recently? I received confirmation from our Administrative Officer Jill Lewis that the situations were resolved by the building owner by the end of the week of December 20, 2019. As our Administrative Officer and being stationed in Flagstaff, it has made sense for that GS-14 position to act as the liaison with the USFS and the building management. Up to this most recent situation, I have not heard of any other issues regarding the building management or issues related to the fire extinguishers.
>
> Jill is on A/L until next week. I will follow up with her today to review the situation.
>
> Thanks,
> Brian
>
>
>
> Brian Drapeaux
> Deputy Superintendent, Business Operations
> Grand Canyon National Park
> P.O. Box 129
> Grand Canyon AZ 86023
> 928-638-7945 Phone
> 928-638-7815 Fax
> Brian_Drapeaux@nps.gov

On Thu, Jan 2, 2020 at 8:24 AM Stephenson, Elston <elston_stephenson@nps.gov> wrote:

Lisa, Brian,

Good Morning and Happy New Year.

Unfortunately, whatever effort was taken to correct the safety violations in the Coconino/Flagstaff building has failed---or at least only completed 1/3 of the identified gigs. And marred our safety brand.

The expired fire extinguishers were inspected and tagged.

There was a failure (for the 5th time) to fix the Emergency Exit sign on the East end of office 270. (pic 9, 9A) even though it has been clearly marked with a 'Fix Me' sign for nearly a month.

There was a failure to unlock 3 of the fire extinguisher cases (pics 3, 3A, 6, 6A, 7, 7A). This not only creates apprehension by the workers, but also prevents monthly inspections.

The IT fire extinguisher was not inspected or renewed at all (pic 5)

Then there was the bizarre situation; on December 16, and December 17, 2019 all of the fire extinguishers were pulled from their cases and lined along the wall of the main hall. This not only created confusion and concern among the workers (several mentioned it to me), but, itself may have constituted several OSHA violations as there are actually accessibility distances---50ft max for Class B, based on Class of fire extinguisher per 29CFR 1910.157(d)(4).

Not only that, but this was not communicated to the workforce. Had someone in an emergency gone---particularly to one of the interior (non-hall) fire extinguisher cases (already programmed in their muscle memory) they would have come to an empty case.

Additionally, the 'repairs' are losing their discipline with regards to leaving clear paths for folks to emergency egress. (pic 10)

The contractor, David's, who last inspected the extinguishers and system left me with a concerning text (pic 11) which may contain more OSHA Willful violations regarding the sprinkler and alarm system. If true, this is especially concerning.

These are the seemingly disparate ingredients that you only read about (with a head scratch) in the aftermath of tragedies and must be corrected.

Respectfully, more importantly; the real damage to these failures is that Our workers are talking about them. This has become our brand and demonstration of how we care about our workers.

Please let's give my original suggestion a try and have a Deputy Superintendent have a high level discussion with either the Forestry Service or building owner rather than hand this off to others. And please, please let's not continue to abdicate the safety of Our Team to someone who Willfully let the extinguishers to expire in the first place and who needs at least 6 tries to find a broken Emergency Exit sign tagged with a 'Fix Me' banner.

Our workers are taking note.

Thank You.

Sincerely,

Elston
928-255-8727

Reference

1. U.S. Department of Labor (2019). OSHA. 29CFR 1910.157 *Fire protection. portable fire extinguishers.* Retrieved from https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.157

On Sat, Dec 14, 2019 at 3:01 PM Stephenson, Elston <elston_stephenson@nps.gov> wrote:
Lisa, Brian,

Good Afternoon.

This is a concerned follow-up from yesterday's "Fire Extinguisher/Emergency Exits CoCo Building" email.

Please receive this 'report' that Dave's Professional sent to me as I was on the phone with them in the Coconino building conducting inspections.

The concern---particularly after receiving this 'report' (I only opened it this morning) from Dave's Professional Extinguisher Servicing is that this is now an 'OSHA Willful' violation situation. I had a feeling as Dave was letting me know during yesterday's phone call that they had engaged Building Owner's Maint Tech several times some months ago. The date of the 'report', October 23, 2018 (attached) confirms this.

Another concern is that we immediately take action so that Coconino and Building Owner's 'Willful' does not become ours

And concerned that we look after our workers and best convey our commitment and seriousness by communicating and correcting this situation ASAP.

While the good news is that GRCA/NPS (upstairs) wasn't the only section with expired fire extinguishers; the bad news is that all of the fire extinguishers in the entire building are expired. The worst news is that somebody---at least Building Owner Maintenance Tech and likely Coconino knew (forewarned) of the upcoming expiration of the fire extinguishers and let them expire anyway: OSHA Willful violations (per extinguisher) IAW OSHA 29CFR 1910.157(e)(3) and likely 29CFR 1910.157(e)(4) (below)

Applying the OSHA 'multi-employer' differentiated liability model, GRCA/NPS is the 'Exposing' employer (for NPS employees). Depending on contractual obligations Building Owner or Coconino Forestry are 'Creating', 'Controlling' and 'Correcting'. Again, we should not allow their Willful become ours.

Also, I purchased some 'Post-It's to attach to the fire extinguishers to let out workers know of the hazard (OSHA requirement) only to find that several of the wall cases are locked shut with an inaccessible 'break glass' handle on the door.

Recommend that GRCA/NPS lets Coconino Forestry know verbally in writing of the violations with the expression that while this violation is several links away from an accident/injury; this exposure is unacceptable and requires immediate correction. And that this notification be someone higher in the authority chain than the Maintenance Tech.

Also recommend that GRCA/NPS request that the extinguishers be unlocked because this is not conducive to conducting and documenting required monthly checks, and that there is near-no possibility that our workers will engage in the theft or misuse that such measures are intended to prevent.

As we report our progress on Inspections to OSHA, OSHA will be looking for some sort of summary which list any defects/hazards discovered during the inspections. But they will also expect to see what corrective action was taken to fix those defects/hazards. This will be one of them. Respectfully, OSHA will be less impressed with our volume than action taken on identified hazards.

It is important that GRCA/NPS not let Coconino/Building Owner's Willful violation become our Willful violation. The best way to do this is to, again; make the senior-most persons aware of the extinguishers both verbally and in writing. And to get it fixed immediately.

I will attach pics of the 7 extinguishers that I inspected. According to the list there is likely 1 in the break room that I missed.

Please also receive the texts that I exchanged with Dave's Professional (extinguisher servicing).

Again, while I am uncomfortable with personally engaging with my limited knowledge of different contracting obligations and the relationships between the parties; I stand ready to assist in any way to fix this.

Looking forward to your thoughts.

Thank You.


Sincerely,

Elston
928-255-8727

1. U.S. Department of Labor (2019). OSHA. 29CFR 1910.157 *Fire protection. portable fire exgtinguishers.* Retrieved from https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.157

2. U.S. Department of Labor (2019). OSHA. CPL 2-0.124 *Multi-Employer Citation Policy.* Retrieved from https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=2024&p_table=DIRECTIVES#MULTI

---------- Forwarded message ---------
From: <david@halefire.net>
Date: Fri, Dec 13, 2019 at 2:44 PM
Subject: [EXTERNAL] fire extinguisher report
To: <elston_stephenson@nps.gov>


Elston

The report is attached

David W. Hale
David's Professional Fire Systems inc.
6210 North 10th Street
Phoenix, Arizona 85014
License: CR-16 269163
Ph: 602 622-7159
Fax: 602 279-9974
Email: david@halefire.net

## Fwd: Verify Fire Extinguishers/Exits Flag/Coco Building

Stephenson, Elston L <elston_stephenson@nps.gov>
Mon 12/23/2019 1:11 PM
To: Risser, Mary V <Mary_Risser@nps.gov>

Mary,

Good Afternoon.

I would like to make that run to the CoCo Building to verify that the Fire Extinguisher and Emergency Exit work was completed, before the building closes for Xmas.

Should be a quick down and back.

Thank You.

Sincerely,

Elston
928-255-8727

---------- Forwarded message ---------
From: **Stephenson, Elston** <elston_stephenson@nps.gov>
Date: Fri, Dec 20, 2019 at 2:49 PM
Subject: Re: Verify Fire Extinguishers/Exits Flag/Coco Building
To: Risser, Mary <mary_risser@nps.gov>

Mary,

I decided to stick around because we have not yet gotten a 'thumbs up' on Kate's hand injury ECOMP.

AJ has not yet received his ECOMP notice and 'fill ins'.....I have asked that Kate redo the profile to ensure that his contact info is correct.

She's Ours. I'll stick around until I get a good feeling that we have done good by her. As You know, trying to do the Admin piece during holiday week (next week) becomes arduous.

I will forward the email traffic for your awareness.

We'll catch the CoCo Building next week!

Thank You.

Sincerely,

Elston
928-255-8727

On Fri, Dec 20, 2019 at 12:38 PM Stephenson, Elston <elston_stephenson@nps.gov> wrote:
> Hi Mary,
>
> Yes I would like to go to the Flagstaff building before everyone checks out for the day.
>
> As I mentioned in the Quicktime email, I attempted to verify...it give me a notice that CompTime has not been approved (even though, of course, You have approved it), and a red-letter warning that I exceed the 40 hours per week. And give me a "UNV" status.
>
> This is where Sharla or Mitch would do something (that I do not understand) on their end to make it 'work'.
>
> Thank You.
>
> Sincerely,
>
> Elston
> 928-255-8727
>
> On Fri, Dec 20, 2019 at 12:00 PM Risser, Mary <mary_risser@nps.gov> wrote:
>> Does that mean that you want to go to Flagstaff or talk to the staff member who worked with the building manager?
>>
>> Did you verify your time?
>>
>> Mary
>>
>> On Fri, Dec 20, 2019 at 11:44 AM Stephenson, Elston <elston_stephenson@nps.gov> wrote:
>>> Mary,
>>>
>>> Good Morning.
>>>
>>> I would like to verify the work which was supposed to be done in the Flagstaff/Coconino building with the fire extinguishers and Emergency Exits.
>>>
>>> Thank You.
>>>
>>> Sincerely,
>>>
>>> Elston
>>> 928-255-8727

--
Mary Risser, Acting Superintendent
Grand Canyon National Park
P.O. Box 129
Grand Canyon, AZ 86023

928.638.7945 (office)
662.308.8829 (iPhone)

"Quotes found on the internet are not always accurate." Abraham Lincoln



## Re: Verify Fire Extinguishers/Exits Flag/Coco Building

Risser, Mary V <Mary_Risser@nps.gov>
Fri 12/20/2019 12:00 PM
To: Stephenson, Elston L <elston_stephenson@nps.gov>

Does that mean that you want to go to Flagstaff or talk to the staff member who worked with the building manager?

Did you verify your time?

Mary

On Fri, Dec 20, 2019 at 11:44 AM Stephenson, Elston <elston_stephenson@nps.gov> wrote:
> Mary,
>
> Good Morning.
>
> I would like to verify the work which was supposed to be done in the Flagstaff/Coconino building with the fire extinguishers and Emergency Exits.
>
> Thank You.
>
> Sincerely,
>
> Elston
> 928-255-8727

--
Mary Risser, Acting Superintendent
Grand Canyon National Park
P.O. Box 129
Grand Canyon, AZ 86023

928.638.7945 (office)
662.308.8829 (iPhone)

"Quotes found on the internet are not always accurate." Abraham Lincoln



## Re: [EXTERNAL] fire extinguisher report

Drapeaux, Brian J <brian_drapeaux@nps.gov>
Mon 12/16/2019 8:34 AM
To: Risser, Mary V <Mary_Risser@nps.gov>
Cc: Carrico, Lisa <Lisa_Carrico@nps.gov>; Stephenson, Elston L <elston_stephenson@nps.gov>

Will do.

Brian Drapeaux
Deputy Superintendent, Business Operations
Grand Canyon National Park
P.O. Box 129
Grand Canyon AZ 86023
928-638-7945  Phone
928-638-7815  Fax
Brian_Drapeaux@nps.gov

On Sat, Dec 14, 2019 at 6:50 PM Risser, Mary <mary_risser@nps.gov> wrote:
> Brian, Would you please take the lead on this problem?
>
> Thank you,
>
> Mary
>
> On Sat, Dec 14, 2019 at 3:01 PM Stephenson, Elston <elston_stephenson@nps.gov> wrote:
>> Lisa, Brian,
>>
>> Good Afternoon.
>>
>> This is a concerned follow-up from yesterday's "Fire Extinguisher/Emergency Exits CoCo Building" email.
>>
>> Please receive this 'report' that Dave's Professional sent to me as I was on the phone with them in the Coconino building conducting inspections.
>>
>> The concern---particularly after receiving this 'report' (I only opened it this morning) from Dave's Professional Extinguisher Servicing is that this is now an 'OSHA Willful' violation situation. I had a feeling as Dave was letting me know during yesterday's phone call that they had engaged Building Owner's Maint Tech several times some months ago. The date of the 'report', October 23, 2018 (attached) confirms this.
>>
>> Another concern is that we immediately take action so that Coconino and Building Owner's 'Willful' does not become ours

And concerned that we look after our workers and best convey our commitment and seriousness by communicating and correcting this situation ASAP.

While the good news is that GRCA/NPS (upstairs) wasn't the only section with expired fire extinguishers; the bad news is that all of the fire extinguishers in the entire building are expired. The worst news is that somebody---at least Building Owner Maintenance Tech and likely Coconino knew (forewarned) of the upcoming expiration of the fire extinguishers and let them expire anyway: OSHA Willful violations (per extinguisher) IAW OSHA 29CFR 1910.157(e)(3) and likely 29CFR 1910.157(e)(4) (below)

Applying the OSHA 'multi-employer' differentiated liability model, GRCA/NPS is the 'Exposing' employer (for NPS employees). Depending on contractual obligations Building Owner or Coconino Forestry are 'Creating', 'Controlling' and 'Correcting'. Again, we should not allow their Willful become ours.

Also, I purchased some 'Post-It's to attach to the fire extinguishers to let out workers know of the hazard (OSHA requirement) only to find that several of the wall cases are locked shut with an inaccessible 'break glass' handle on the door.

Recommend that GRCA/NPS lets Coconino Forestry know verbally in writing of the violations with the expression that while this violation is several links away from an accident/injury; this exposure is unacceptable and requires immediate correction. And that this notification be someone higher in the authority chain than the Maintenance Tech.

Also recommend that GRCA/NPS request that the extinguishers be unlocked because this is not conducive to conducting and documenting required monthly checks, and that there is near-no possibility that our workers will engage in the theft or misuse that such measures are intended to prevent.

As we report our progress on Inspections to OSHA, OSHA will be looking for some sort of summary which list any defects/hazards discovered during the inspections. But they will also expect to see what corrective action was taken to fix those defects/hazards. This will be one of them. Respectfully, OSHA will be less impressed with our volume than action taken on identified hazards.

It is important that GRCA/NPS not let Coconino/Building Owner's Willful violation become our Willful violation. The best way to do this is to, again; make the senior-most persons aware of the extinguishers both verbally and in writing. And to get it fixed immediately.

I will attach pics of the 7 extinguishers that I inspected. According to the list there is likely 1 in the break room that I missed.

Please also receive the texts that I exchanged with Dave's Professional (extinguisher servicing).

Again, while I am uncomfortable with personally engaging with my limited knowledge of different contracting obligations and the relationships between the parties; I stand ready to assist in any way to fix this.

Looking forward to your thoughts.

Thank You.

Sincerely,

Elston
928-255-8727

1. U.S. Department of Labor (2019). OSHA. 29CFR 1910.157 *Fire protection. portable fire exgtinguishers.* Retrieved from https://www.osha.gov/laws-regs/regulations/standardnumber/1910/1910.157

2. U.S. Department of Labor (2019). OSHA. CPL 2-0.124 *Multi-Employer Citation Policy.* Retrieved from https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_id=2024&p_table=DIRECTIVES#MULTI

---------- Forwarded message ---------
From: <david@halefire.net>
Date: Fri, Dec 13, 2019 at 2:44 PM
Subject: [EXTERNAL] fire extinguisher report
To: <elston_stephenson@nps.gov>

Elston

The report is attached

David W. Hale
David's Professional Fire Systems inc.
6210 North 10th Street
Phoenix, Arizona 85014
License: CR-16 269163
Ph: 602 622-7159
Fax: 602 279-9974
Email: david@halefire.net

--
Mary Risser, Acting Superintendent
Grand Canyon National Park
P.O. Box 129
Grand Canyon, AZ 86023

928.638.7945 (office)
662.308.8829 (iPhone)

"Quotes found on the internet are not always accurate." Abraham Lincoln





# EXHIBIT Z-13





Figure 3-3
Surface Gamma Dose Rates

OU1 Orphan Mine Site
OU1 EE/CA
Grand Canyon National Park, Arizona