# EXHIBIT Z-14



National Park Service
U.S. Department of the Interior

Division of Fire and Aviation
Branch of Aviation Management

# Reference Manual 60
Aviation Management

Approved:

*Rick Obernesser*
*Associate Director, Visitor and Resource Protection*

8 17 · 2016
*Date*

12.3  Interagency Agreements and Financial and Business Management System  37

12.4  Cross Service Agreements  38

12.5  Procurement of Flight Services from DOI Bureaus and the USFS  38

12.6  Procurement of Flight Services from Non-federal Public Agencies  38

12.7  Contract Services  38

12.8  Emergency Aircraft Procurement  38

## Chapter 13 – COOPERATOR AIRCRAFT  40

13.1  General  40

13.2  Use of Military Aircraft  40

13.3  Affiliate/Volunteer Aircraft  41

13.4  Cooperative Agreements  41

13.5  Letters of Authorization or Memoranda of Understanding/Agreements  41

## Chapter 14 – AVIATION SAFETY TRAINING  42

14.1  Aviation Training Equivalencies  42

14.2  Required Aviation Safety Training  42

14.3  Initial and Currency Training Requirements  42

14.4  Specialty Training  43

14.5  NPS Pilot Training  44

## Chapter 15 – AVIATION SAFETY AWARDS PROGRAM  45

15.1  NPS Aviation Awards Program  45

15.2  DOI Aviation Awards Program  45

## Chapter 16 – AIRCRAFT MISHAP PROCEDURES  47

16.1  Aircraft Mishaps  47

16.2  Mishap Notification Procedures  47

16.3  Aviation Mishap Response Plan  48

16.4  Aircraft Mishap Investigations  48

16.5  Aircraft Mishap Review Board  48

16.6  Aircraft Mishap Documentation  49

## Chapter 17 – UNMANNED AIRCRAFT SYSTEMS  52

17.1  General  52

17.2  Unmanned Aircraft Systems  53

17.3  Aviation Directives  53

17.4  Records and Reports  53

17.5  Fleet Aircraft  53

17.6  Operators and Observers  54

17.7  Flight Operations  55

17.8  Contract, Rental, and Charter Aircraft  56

17.9  Cooperator Aircraft  56

NATIONAL PARK SERVICE
REFERENCE MANUAL 60
AVIATION MANAGEMENT

Chapter 16
Aircraft Mishap Procedures
Page 47

# Chapter 16 – AIRCRAFT MISHAP PROCEDURES

16.1    Aircraft Mishaps

16.2    Mishap Notification Procedures

16.3    Aviation Mishap Response Plan

16.4    Aircraft Mishap Investigations

16.5    Aircraft Mishap Review Board

16.6    Aircraft Mishap Documentation

## 16.1    Aircraft Mishaps

All aircraft incidents and accidents will be reported via SAFECOM. There is a range of aircraft mishap definitions.

### 16.1.1  Accidents

Accidents involve death or serious injury to an individual or substantial damage to the aircraft. All aviation accidents will be reported immediately to the national aviation manager (NAM), NPS regional director (RD), and the Office of Aviation Services (OAS) in accordance with 352 DM 3, *Aircraft Mishap Notification, Investigation and Reporting* and NPS policy.

### 16.1.2  Incidents with Potential (IWP)

IWPs are those in which the circumstances indicate significant potential for substantial damage or serious injury. Final classification will be determined by the OAS chief, Aviation Safety, Program Evaluations and Training.

### 16.1.3  Aircraft Incidents

Aircraft incidents are occurrences that may affect the safety of operations.

### 16.1.4  Accident/Incident NPS Review Process

The NPS RD will determine within 14 days whether an internal NPS review of an aviation mishap is necessary per Director's Order-50B.

## 16.2    Mishap Notification Procedures

### 16.2.1  Initial Notification

In the event of an aircraft accident or an incident with potential, the aircraft operator, flight manager, pilot, or person with flight following responsibilities must immediately, and by the most expeditious method, notify the national aviation manager, NPS RAM, and the OAS Safety Office (24/7) at 1-888-4MISHAP (1-888-464-7427), who has the departmental responsibility to coordinate with the nearest office of the NTSB.

### 16.2.2  NPS Internal Aviation Notification and Routing Procedures

1.  The national aviation manager (NAM) or designee is the primary focal point of contact within the NPS, between OAS and the NPS, and with other bureaus for notification of significant aviation-related events and policy-related matters.

    NOTE: Nothing in this procedure should be interpreted to delay notification of immediately needed and locally available resources in the event of a life-threatening emergency or when notification could delay resolution of an ongoing problem.

2.  For accidents, incidents with potential, serious safety concerns, aviation events of significant policy impact, or aviation events or actions with the potential to cause widespread interest both inside and outside the NPS the NAM will contact the chief, Division of Fire and Aviation Management. The chief will in turn notify the associate director, Visitor and Resource Protection, who will notify the director, NPS. In the event the RAM has not been notified, the NAM will contact the RAM who serves as primary focal

NATIONAL PARK SERVICE
REFERENCE MANUAL 60
AVIATION MANAGEMENT

Chapter 16
Aircraft Mishap Procedures
Page 48

point of contact. The RAM will determine and ensure that the appropriate personnel are notified.

3. Concurrently the NAM will contact the appropriate person in DOI/OAS. For accidents and incidents with potential this will usually be the OAS chief, Aviation Safety, Program Evaluations and Training or an appointed designee.

## 16.3   Aviation Mishap Response Plan

Each unit will develop an "Aviation Mishap Response Plan" that will detail the actions that need to be accomplished in the event of an aviation accident. A brief outline of the required actions is listed below, and additional information can be found in the sample *Interagency Aviation Mishap Response Guide and Checklist (see Appendix 1, Interagency Aviation Mishap Response Guide and Checklist)*.

1. Take necessary action to rescue survivors.

2. Secure the site and surrounding area to protect the wreckage from further damage and avoid injury to persons nearby.

3. Designate an incident commander to be in charge of the mishap site; get names, addresses, etc., of witnesses; and relay all media inquiries to the investigating team or NPS/NTSB public information official.

4. Secure all NPS records pertaining to the operation, flight, maintenance, crewmembers, etc.

5. Document the available information on the aircraft accident checklist in the *Interagency Aviation Mishap Response Guide and Checklist*, and provide the information to OAS and the RAM.

## 16.4   Aircraft Mishap Investigations

All DOI accidents are the domain of the NTSB whether they participate in the field investigation or not. NTSB may designate the OAS as a party to the investigation. In this case, the OAS is working for the NTSB and is bound by rules 49 C.F.R.§§ 830-831. NPS will offer a qualified individual to assist with the investigating agency and may also independently review the mishap internally. The NPS RD, in conjunction with the NAM, will assign the appropriate individuals.

## 16.5   Aircraft Mishap Review Board

An Aircraft Mishap Review Board (AMRB) is responsible for developing mishap prevention recommendation for all Interior accidents and selected incidents with potential. Specific responsibilities, functions, and procedures to be followed are in accordance with DOI AM Instruction 220-1.

### 16.5.1   DOI Aircraft Mishap Review Board, (AMRB) NPS Attendance, Report Routing and Follow-up Actions

Per 350 DM 1, Appendix 4 the NAM is responsible for assigning a representative to the AMRB. This will usually be an aviation subject matter expert from an area outside the region where the event occurred.

1. NPS policy requires that whenever an AMRB that involves a NPS employee is convened by the director of OAS, in response to an aircraft mishap, a senior line officer from the region involved in the event will participate in the AMRB as a non-voting member. The NAM will coordinate with OAS for inclusion of this additional NPS participant on the AMRB.

2. Upon receipt of the AMRB report and final recommendations from the director of OAS, the NAM will route the report to senior NPS management through the chief, Division of Fire and Aviation who will in turn route to the AD-VRP and director. The NAM will concurrently route copies to the RAM in the affected region for distribution to the RD and the superintendent of the involved park.

3. Within 30 days of the issuance of an AMRB report, at the discretion of the RD of the region involved, a Board of Review (BOR) may be convened that will include the regional senior line officer present at the AMRB, RAM, park superintendent and NPS flight, air or ground crew involved in the mishap. The BOR will task the responsible parties with responding to and/or implementing the AMRB recommendations in addition to any the BOR may develop.

NATIONAL PARK SERVICE
REFERENCE MANUAL 60
AVIATION MANAGEMENT

Chapter 16
Aircraft Mishap Procedures
Page 49

## 16.6   Aircraft Mishap Documentation

### 16.6.1  Pilot/Operator Aircraft Accident Report

Upon request of an OAS safety investigator, the aircraft operator will complete NTSB Form-6120.1/2, "Pilot/Operator Aircraft Accident Report." In the case of DOI-owned/bureau-operated aircraft, a copy of the report must be sent to the OAS safety manager within ten days following an aircraft accident or when requested by NTSB following any of the occurrences listed in 16.2 above.

### 16.6.2  Aviation Mishap Information System

The aircraft operator, flight manager, or any other person noting an aviation hazard, maintenance deficiency, airspace conflict, or incident should complete a SAFECOM Report electronically.

**NPS SAFECOM Management Roles**

| POSITION | AUTHORITY | RESPONSIBILITIES | CRITICAL NOTES |
|---|---|---|---|
| Individual | Submission | Fills out the SAFECOM form, completing all required fields including initial determination of operational control. Completes the original text in both the narrative and corrective action fields. | Fill out completely and accurately. Report only the facts. Narratives should be brief and concise. |
| POSITION | AUTHORITY | RESPONSIBILITIES | CRITICAL NOTES |
| Park Aviation Manager | Submission | If only a hardcopy has been completed, will send that copy to OAS. | Fill out completely and accurately. Report only the facts. Narratives should be brief and concise. |
| | E-Mail Notification | Receives e-mail notification of all initial, modified and completed SAFECOMs identifying their NPS field office as having operational control. | Provide feedback to person submitting (unless anonymous). |
| | Corrective Actions | Takes corrective action at the local level and describes these actions in the public text area of the corrective action field. Includes  job title (do not enter personal information). | Must treat all corrective action descriptions as if they were public. |

# EXHIBIT Z-15

September 2008

# NATIONAL PARK SERVICE OCCUPATIONAL SAFETY AND HEALTH PROGRAM




Experience Your America
NATIONAL PARK SERVICE

**REFERENCE MANUAL 50B**

## 4.7 INFECTIOUS DISEASE CONTROL

RESERVED

## 4.12 RADIATION PROTECTION

RESERVED

# EXHIBIT Z-16

## Safety to Recommend Standing Up ICS For Corona Planning and Response

Stephenson, Elston L <elston_stephenson@nps.gov>
Mon 3/9/2020 7:49 AM
To: NPS GRCA Executive Team <grca_executive_team@nps.gov>

Good Morning Everyone,

As corona virus developments increase in speed and size---and after reviewing the FEMA ICS 100 material; I would like to recommend standing up GRCA's ICS for planning and responding to corona virus.

This will not only provide a partition to normal, day-to-day operations and administration of the Park (which will likely be overwhelmed by corona effects otherwise), but will lead rather than lag developments.

Looking forward to your thoughts.

Thank You.


Sincerely,

Elston
928-255-8727

# EXHIBIT Z-17

Case 3:19-cv-08268-DLR   Document 37-3   Filed 06/17/20   Page 14 of 63

7/3/2019                DEPARTMENT OF THE INTERIOR Mail - Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?



Stephenson, Elston <elston_stephenson@nps.gov>

## Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

**Reliford, Lionel** <lionel_reliford@nps.gov>                                    Wed, May 30, 2018 at 9:59 AM
To: "Stephenson, Elston" <elston_stephenson@nps.gov>

Thank You Elston,

Thanks for your courage in putting this information out to Grand Canyon.  Grand Canyon needs to know and in a lot of
ways the park has it head in the sand.

They are so focused on other agendas like LGBT and sexual harassment issues that as an African American here at
Grand Canyon National Park I have felt and it appears that racial bias is not very high on anyone's agenda.

The community here has no idea what I go through sometimes just from the looks, attitudes, responses, or even the lack
of response or social inclusion.

For example because of the racial bias I have seen here in the area, when I am out running errands,  I have my auto
insurance and driver license information out on console because of the possibility of getting pulled over in the park or out
in surrounding areas.

Feel free to share my response if you would like to the PSET team.

**Lionel Reliford**
Supervisory Visitor Use Assistant
Grand Canyon National Park
(928) 638-7926 office
(928) 707-0107 cell

On Wed, May 30, 2018 at 9:04 AM, Stephenson, Elston <elston_stephenson@nps.gov> wrote:
[Quoted text hidden]

7/5/2019    DEPARTMENT OF THE INTERIOR Mail - Private: Re: Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

Case 3:19-cv-08268-DLR   Document 37-3   Filed 06/17/20   Page 15 of 63



Stephenson, Elston <elston_stephenson@nps.gov>

## Private: Re: Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

**Jackson, Deidra** <deidra_jackson@nps.gov>                                          Thu, Feb 28, 2019 at 11:02 AM
To: "Stephenson, Elston" <elston_stephenson@nps.gov>

Hi Elston, I am just reading this email as I have been on leave caring for my mother (who passed away in August 2018) and caring for own health and wellness. I thank you for sharing this email and your story. I have experience what I feel is racial discrimination since 2012 at GRCA/HOAL especially after hosting the very first Black History Month Celebration in 2013. I don't think I will be "allowed" to return to my position; which is hard at age 54 with only 4 years to retirement; but; I answer to a Higher authority and I know I will be okay.  Thank you again for bringing this issue to 'light'.

Many thanks, abundant blessings and much continued success
_____

Deidra Jackson (King-Ross), *Administrative Officer*
US DOI NPS, WASO L & D, HOAL National T C
1 Albright Ave P O Box 477 Grand Canyon, AZ 86023-0477
T: 928-638-7985 C:928-231-2992 F: 928-638-2953
E: deidra_jackson@nps.gov

Kindle your flame at...........
**The Common Learning Portal: Take Classes Share Lessons Find Answers Connect Be Inspired Check out the video**

On Wed, May 30, 2018 at 9:04 AM Stephenson, Elston <elston_stephenson@nps.gov> wrote:

> *The views expressed in this email belong to Elston L Stephenson, OHST and not the NPS, the PSET, staff, or others. Thank You.*
>
>
> Good Morning Everyone,
>
>
> What a few days it's been. Sorta like 'Shark Week' on NatGeo.
>
> Thursday I gave a stand up at the Supervisor's All-Hands where I presented a vignette with a challenge revealing how unconscious bias can sneak up on us. Saturday I receive a complaint of race-based treatment—notable because I have received such a complaint from virtually all African-Americans working for NPS GRCA. Monday NPR 1A airs a provocative re-broadcast of an episode dubed "Making the National Parks Safe for People of Color". And yesterday; Tuesday—no kidding, at the very moment that I am sharing with the Grand Canyon Park Senior Executive Team (PSET) that I believe that we may have a problem with race (particularly as it relates to African-Americans) in the NPS and at Grand Canyon National Park; Rosanne is doing her thing......................And Disney/ABC is doing theirs.
>
> The nation now is having a dialog.
>
> As a matter of Wellness and 'Inclusion'; maybe we should too.
>
> Ladies and gentlemen; the evidence suggests that we have a problem with race at Grand Canyon National Park and in the surrounding communities.
>
> On a Saturday, a little more than a month ago I took one of my routine drives to Kinko's to do some binding. Normally if you get there first thing as they open (before all the college students and others come in with their projects), they will bind them for you right there—saving you the return trip. I was starving, saw Dunkin Donuts on the way and just around the corner, and decided to do a 'drive-by'. But it had to be quick. So I perpendicular-parked--blocking people in, ran in, took a look around, saw that there were too many people in line, and dashed back out and headed on to Kinko's. It was THAT quick.

The bindings went well. I bought a snack there, ate it as I waited, and I headed back.

Nearly back to Valle, I received a call from a Coconino Sheriff—I meet and introduce myself to many law enforcement folks and give them my card in course of work. So I was not surprised.

"Hey! How 'You doing?!" "Hey! Good, good...You?" "Doing good. Hey listen, were you at Dunkin Donuts this morning?" ...........I'm a little surprised, but say, "YEAH....were YOU there?" "No. I don't know how to tell you this; but I got a call from a woman who says that you broke into her car and were rummaging through it and either attempted to steal stuff from her car or steal her car or something!"

At first I thought she was 'punking' me. But the moment of awkward silence told me that she was *actually* serious.

"OK.......I mean, OK" I said.  And we went on with me describing my stop at Dunkin Donuts. And my offer to return to answer any questions. And speculated that there are probably plenty of cameras around that could verify my story. And speculated that if the Sheriff told the woman of the cameras along with the fact that filing a false report is a prosecutable crime, she'd probably change her story. The Deputy seemed embarrassed at having had to call me, and seemed to sense what a farce this was—particularly knowing me somewhat. She apologized, and said that she'd talk to the woman and call me back. She never called me back.

I have received several complaints ranging from racially inspired indignities, to disparate treatment, to racist language—again, from nearly every single African-American here and some that have since left.

Each has pained me deeply as I identify with the attacks on their Dignity.

I'm still new, but We seem to have a problem with race in and around Grand Canyon National Park.

It is likely that as we celebrate the upcoming Grand Canyon Centennial, we may also become recognizable as among the most segregated places in the nation—with perhaps just 2 or 3 African-Americans among some 500 or so team members and scant few among 6,000,000+ visitors.

I've invited folks from inside and outside the NPS to take a look at us.

I've also invited the 44th President of the United States to stop by and celebrate the 100th Anniversary of one of the most Amazing places on earth with us.

We'll see how that goes.

In the meantime, and respectfully, I would ask each of us to reflect. Do we have a problem with race here at the Grand Canyon?  And if we do, what does it look like?

Thank You.


Very Sincerely,

Elston

928-255-8727

Case 3:19-cv-08268-DLR   Document 37-3   Filed 06/17/20   Page 17 of 63

7/3/2019                    DEPARTMENT OF THE INTERIOR Mail - Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?



Stephenson, Elston <elston_stephenson@nps.gov>

## Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

**Pearce, Andy** <andy_pearce@nps.gov>                                    Wed, May 30, 2018 at 12:47 PM
To: "Collins, Michael" <michael_collins@nps.gov>
Cc: "Sullivan, Mary" <mary_sullivan@nps.gov>, "Stephenson, Elston" <elston_stephenson@nps.gov>

All,

I personally believe that this is a really crucial topic to be brought into the open and discussed. Your story, Elston, is disturbing and has me wondering if that would have happened if I'd done the same exact thing.

About 5 or 6 years ago I hired a winter seasonal, who was African-American, and she was very open with me about her experience working here as a black woman, and it helped me understand some of the challenges she faced.

So, yes, let's talk more about this as it is a topic of importance.

Andy

Andy Pearce
Environmental Education Specialist
Grand Canyon National Park
P.O. Box 129, Grand Canyon, AZ 86023
Ph: 928-638-7662

Visit Your National Parks! http://findyourpark.com/

On Wed, May 30, 2018 at 11:02 AM, Collins, Michael <michael_collins@nps.gov> wrote:
  Thanks Mary, thats a good suggestion, and good timing, as we are in the process of revamping Allies.

  Thanks!
  Mike

  Mike Collins
  Manager, Office of Employee and Organizational Development
  Grand Canyon National Park
  ph: 928-638-7401
  fax: 928-638-7369

On Wed, May 30, 2018 at 9:39 AM, Sullivan, Mary <mary_sullivan@nps.gov> wrote:
  I think it would be beneficial for our Allies for Inclusion facilitators to use this topic for one of their next dialogues. I'm sure their advertisement of the session combined with Elston's email would result in a lot of turnout.

  On Wed, May 30, 2018 at 9:27 AM, Sullivan, Mary <mary_sullivan@nps.gov> wrote:
    I think it would be beneficial for our Allies for Inclusion facilitators to use this topic for one of their next dialogues. I'm sure their advertisement of the session combined with your email would result in a lot of turnout (they usually only get about six participants for regular dialogues, with luke-warm topics like "leadership" or "controversy")

    On Wed, May 30, 2018 at 9:19 AM, Sullivan, Mary <mary_sullivan@nps.gov> wrote:
      Thanks for the email, Elston. I agree and I wish I knew the fast way to make a change.

      On Wed, May 30, 2018 at 9:04 AM, Stephenson, Elston <elston_stephenson@nps.gov> wrote:
      [Quoted text hidden]


      --
      [Quoted text hidden]
      [Quoted text hidden]

7/3/2019                    DEPARTMENT OF THE INTERIOR Mail - Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?



Stephenson, Elston <elston_stephenson@nps.gov>

## Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

Pearce, Suzan <suzan_pearce@nps.gov>                                             Wed, May 30, 2018 at 4:58 PM
To: "Stephenson, Elston" <elston_stephenson@nps.gov>

*The views expressed in this email belong to SuZan Pearce and not the NPS, HOAL, staff, or others. Thank You.*

Hi Elston,

Thank you for taking the time to share your thoughts on this topic. I am sorry to hear about your distasteful situation with being accused of theft. I am one of the instructors for the Fundamentals program and I hear students talk about the lack of diversity in the NPS in almost every class. We facilitate an Allies for Inclusion dialogue during some classes on implicit bias but that is just touching the surface. I also have two children, one of whom recently graduated from Grand Canyon School and the other going into 9th grade there. I have been trying to get the school to consider offering training to students and staff alike on topics of implicit bias, cultural competency, creating a respectful culture, etc. I have also requested numerous times that they connect with the Southern Poverty Law Center's Teaching Tolerance program for free resources and to host a "Mix it Up" day. They are open to it but yet it seems to keep taking the back burner.

I do think there is a problem with "race" but not just in and around Grand Canyon (I put "race" in quotes because National Geographic did a great article recently on how "race" doesn't actually exist except in our minds). I admire your willingness to speak openly about it and challenge our beliefs. This is a first step, to point out the elephant in the room. I hope your email sparks some healthy thought and dialogue and can serve as a catalyst toward creating a healthier community. I am curious if others have responded to your email and what they are saying. Please let me know if anything comes of this. I want to learn and grow myself and to help our community do likewise.

SuZan Pearce

On Wed, May 30, 2018 at 9:04 AM, Stephenson, Elston <elston_stephenson@nps.gov> wrote:
[Quoted text hidden]

Case 3:19-cv-08268-DLR Document 37-3 Filed 06/17/20 Page 19 of 63

7/3/2019                    DEPARTMENT OF THE INTERIOR Mail - Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?



Stephenson, Elston <elston_stephenson@nps.gov>

## Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

Rebecca Potter <rebecca_potter@partner.nps.gov>                    Wed, May 30, 2018 at 4:08 PM
To: elston_stephenson@nps.gov

Elston,

Firstly, thank you for sharing this experience and perspective, and I'm so sorry you were profiled. I'm still relatively new to Grand Canyon as well, and though I don't experience what many folks of color may on a day to day basis, I do agree: racism clearly persists throughout NPS (from individual attitudes to structures and systems), as it does our country.

I think it will take speaking openly and frankly moving forward, values-based priority shifts, and evaluating as a team the many interrelated barriers (connecting to economic status, race, gender, etc) in National Parks that welcome some while excluding others. Thank you again for your voice.

Best,
Becca

Rebecca Potter
Conservation Legacy Intern - Volunteer Coordination
Grand Canyon National Park
P.O. Box 129
Grand Canyon, AZ 86023

(c) 802.380.9470
(w) 928.638.7488

[Quoted text hidden]

8/8/2019                    DEPARTMENT OF THE INTERIOR Mail - Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?



Stephenson, Elston <elston_stephenson@nps.gov>

## Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

**Drapeaux, Brian** <brian_drapeaux@nps.gov>                                    Thu, May 31, 2018 at 12:35 PM
To: "Stephenson, Elston" <elston_stephenson@nps.gov>

Hi Elston,

Thanks for this message. I want to remind you that if employees are making claims of harassment within the work force, under DO 16 when you get these specific complaints about work place harassment we have specific timelines and reporting requirements that includes reporting timelines that include notification of the Park HPOC, which is me. If you have them please provide a written summary with time and date of the complaint.

thanks,
Brian


Brian Drapeaux
Deputy Superintendent, Business Operations
Grand Canyon National Park
P.O. Box 129
Grand Canyon AZ 86023
928-638-7945  Phone
928-638-7815  Fax
Brian_Drapeaux@nps.gov


On Wed, May 30, 2018 at 9:04 AM, Stephenson, Elston <elston_stephenson@nps.gov> wrote:
[Quoted text hidden]



Stephenson, Elston <elston_stephenson@nps.gov>

# Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

**Stephenson, Elston** <elston_stephenson@nps.gov>                    Thu, May 31, 2018 at 3:18 PM
To: "Drapeaux, Brian" <brian_drapeaux@nps.gov>

Brian,

Good Afternoon and Thank You.

As we spoke on Tuesday, Lionel mentioned that he made a complaint of the racist comments to Matt V. approximately 3 weeks ago.

Thank You.

Sincerely,

Elston
928-255-8727

On Thu, May 31, 2018 at 12:35 PM, Drapeaux, Brian <brian_drapeaux@nps.gov> wrote:
Hi Elston,

Thanks for this message. I want to remind you that if employees are making claims of harassment within the work force, under DO 16 when you get these specific complaints about work place harassment we have specific timelines and reporting requirements that includes reporting timelines that include notification of the Park HPOC, which is me. If you have them please provide a written summary with time and date of the complaint.

thanks,
Brian



Brian Drapeaux
Deputy Superintendent, Business Operations
Grand Canyon National Park
P.O. Box 129
Grand Canyon AZ 86023
928-638-7945  Phone
928-638-7815  Fax
Brian_Drapeaux@nps.gov


On Wed, May 30, 2018 at 9:04 AM, Stephenson, Elston <elston_stephenson@nps.gov> wrote:

*The views expressed in this email belong to Elston L Stephenson, OHST and not the NPS, the PSET, staff, or others. Thank You.*


Good Morning Everyone,


What a few days it's been. Sorta like 'Shark Week' on NatGeo.

Thursday I gave a stand up at the Supervisor's All-Hands where I presented a vignette with a challenge revealing how unconscious bias can sneak up on us. Saturday I receive a complaint of race-based treatment—notable

8/8/2019          DEPARTMENT OF THE INTERIOR Mail - Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?



Stephenson, Elston <elston_stephenson@nps.gov>

## Do We Have a Problem With Race at GRCA (and the Surrounding Communities)?

**Stephenson, Elston** <elston_stephenson@nps.gov>                    Sat, Jun 2, 2018 at 7:13 AM
To: "Drapeaux, Brian" <brian_drapeaux@nps.gov>

Brian,

When we spoke Tuesday (May 29, 2018) You mentioned doing an investigation to see that Matt took action.

This was also the subject of an email that I sent to the Superintendents May 12, 2013.

Can I tell Lionel to expect that You will do the follow-up investigation?

Thank You.

Sincerely

Elston
928-255-8727
[Quoted text hidden]



Stephenson, Elston <elston_stephenson@nps.gov>

## I Tilt My Mirror for My Drive (Surviving Racism)

Stephenson, Elston <elston_stephenson@nps.gov>                              Sat, Jun 22, 2019 at 4:02 PM
To: "Minks, Erin (Bennet)" <Erin_Minks@bennet.senate.gov>

Dear Senator,

Please consider this a Congressional Complaint.

Good Morning.

I find myself resorting to 'tilting my mirror' high for my drive to get me through a day of Surviving Racism so often that it has become a fixture. Not everyday. I may even go a week without needing to 'tilt my mirror'. But after 2 years of withholding judgement; racism is as much a part of my day at my Park as a land feature, or a particular animal, the bus system, or conserving water.

I'm not mad about it, I guess. I just expected more. I expected Better.

Our racism here is "we would rather hear from a white lesser qualified or even unqualified face than a solidly qualified or expert black face".

A Ralph Ellison racism.

I was born exactly 101 years after President Lincoln's Emancipation Proclamation. In the year of the Civil Rights Act. Named after the first African-American MVP of the American League. Attended and graduated Ulysses S. Grant High School.

I Served as a military professional, senior officer, leader, and attack helicopter pilot for nearly 30 years---5 of them on the front lines somewhere exporting and fighting for Values that we are famous for.

Forcing myself to look through that mirror tilted extra high on my drive---that exalting motion---that stretch and strain of my neck releases 'the stress of racism'.

Recently, a door was literally shut in my black face as whites from elsewhere gathered inside to discuss uranium exposures to my workers and public (and me) at my own park. I was forced to wait outside---wondering the hall. I get spied on, followed, checked on as I try to do my job (often by those of lesser pay-grades). In the course of my work, more than a year ago an African-American confided in me that he drives with his insurance papers, registration, and license stuffed in the operator's manual pouch laid atop his dash because he was afraid of getting pulled over for 'dwb' and getting shot reaching for them in his glove compartment---even in the Park. We said we'd fix that. Never did. He moved to the very outskirts of the park to feel safe. I failed him.

Whites of lessor grades (non-supervisor) get such authorities as deciding for themselves if and when they need to take overtime. As a senior grade, I've been made to beg for overtime. I literally do the job of 3 people. When I have put in for hours needed to get work done, they have been denied---even though the park and others have benefited from my labor. Quite literally slavery amounting to slavery. I graduated pre-law last year, applied for the Army War College (online) for grad ed---a routine thing between Agencies. But that's being dangled in front of me---a 'non-denial denial' as the deadline approaches; denial of education being a visceral vestige of Jim Crow such as it is.

Just last week, my park held a helicopter 'crash drill'. I survived a crash. A bad one. And I've investigated between 2 and 3 dozen Class As thru Es in 21 years. Been through several world class, renowned crash investigation courses--- attended the Helicopter Crash Investigation Course at the NTSB DC Training Center less than a year ago. I paid for it out of pocket even though such training is required by NPS regulations. Very 'linked in' and well regarded among the NTSB staff. A wheel barrel of products, guides, telephone numbers, names, pubs, checklists that would benefit our or any program. Arguably one of the most trained, experienced, aviation accident investigators in the NPS. Likely one of the top safety professionals in the Service as well. As an Airfield Safety Officer, I've run 6, 7, 8 of these. Yet my black face was excluded as white faces---most with zero experience attended or participated.

We hide here behind "I didn't use the 'N word' as our measure of how we are doing with Our Racism.

Last year we had just 0.6% (3:500) African-Americans among our staff. Lower, probably than deliberately segregated enclaves such as golf clubs.

These acts of racism—the exclusions, the marginalizations, the diminishments; they're humiliating.

It represents the Nation poorly. And hinders our ability to most effectively carry out our mission.

I have no hope that we can fix it from within. So I am asking you to help fix it from without. If withholding or linking funding is what is needed to fix this. Then please withhold funding or make it conditional.

Respectfully, please forego the "not my constituent" institutional courtesy. My park belongs to you, your constituents, and the Nation.

Racism is a feature of my day. No one should have to endure this as a condition of work.

Respectfully, I believe 'the dignity of work' should not require you to surrender your Dignity to work.

In just a few days it will be 2 years for me.

Exactly 101 years after the Emancipation Proclamation. 5 years on Our front lines.

As I 'tilt my mirror' to get ready for my drive. I find myself muttering "what did I do?!"


Very Sincerely,

Elston LeMans Stephenson, OHST
Safety Health &  Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

# UNDERSTANDING RACISM (INTELLIGENTLY)

# BLUF

As Sexual Harassment isn't about sex,
it's about power;
Racism isn't about race,
it's about power.

# DEFINITION (Principle 1)

# RACISM:
# STATURE + AUTHORITY + DIGNITY

## And Their Denial from the 'Target Race'

Particularly when compared to 'similarly situated' others

# DEFINITION (Principle 2)

# POWER:
# STATURE + AUTHORITY + DIGNITY
## (3 Types: Legitimate, Knowledge, Informal)

Asserting 'superiority' by diminishing the power (types) of the target race is a key feature and ultimate goal of Racism

Any power by the target race is perceived as a taking away from the 'privileged race' and a primal stimulus threat

## Principle 3

# Racism is a pathology that existentially NEEDS expression and validation beyond any control

The racist can't help himself. There must be an outlet or outburst. Besides, what good is being superior if no one knows about it?

# RACISM TOOLS

## Exclusion

- Barriers
- Denial of Admission
- Denial of Invitation
- Denial of Process
- Denial of Legitimacy
- Segregation

## Intimidation

- Hostility
- Slurs/Epithets
- Confrontation
- Punishment
- Violence

## Growth/Potential Limiting

- Education
- Professional Development
- Economic
- Social
- Political
- Societal
- Disparate Treatment
- Fraud
- Deceit
- Non-recognition
- Pigeon Holing
- Stalling
- Undermining

## Diminishing

- Humiliation
- Belittling
- Minimizing
- Marginalization
- Ignoring
- Silencing

## Erasing

- Deleting
- Revision
- Revoking
- Protection of Violators
- Genocide

# Definition

## Racist Organization:

Organization, institution, or culture which does not investigate and punish racism sufficient to dis-incentivize it and/or has racists at the top of its organizational structure

# Thank You

# EXHIBIT Z-18



## Exorbitant Food Prices at General Store Tusayan - Impacts Food/Financial Insecurity and Wellness

Stephenson, Elston L <elston_stephenson@nps.gov>

Mon 4/27/2020 12:36 PM

**To:** NPS GRCA Executive Team <grca_executive_team@nps.gov>; Minton, Lucas F <lucas_minton@nps.gov>
**Cc:** Sullivan, Dana <Dana_Sullivan@nps.gov>

🔋 28 attachments (29 MB)

88C10A0E-.jpg; E1869508-.jpg; IMG_5936.jpg; IMG_5950.jpg; IMG_5924.jpg; IMG_5956.jpg; IMG_5965.jpg; IMG_5963.jpg; IMG_5925.jpg; IMG_5955.jpg; C80A1D0D-.jpg; 88BC220C-.jpg; IMG_5946.jpg; F7C40A55-.jpg; IMG_5943.jpg; EBA5D94A-.jpg; IMG_5967.jpg; 871FF044-.jpg; 6D8125FE-.jpg; IMG_5972.jpg; D8961705-.jpg; IMG_5973.jpg; IMG_5931.jpg; 8323E5AE-.jpg; EA90EE68-.jpg; IMG_5976.jpg; 17375E96-.jpg; 3F92E66C-.jpg;

Good Morning.

We have a troublesome situation among us which must be immediately addressed by PSET and the IMT.

This makes any concept of Wellness impossible for those affected.

A recent random sample of food prices found that prices were between 13% and 97% higher at the General Store Tusayan and the General Store Grand Canyon National Park. (attached)

Examples are bread costing 43% more, milk large 24% more, milk small 32% more. (attached)

That $3.69 versus $2.59 for a loaf of bread ($1.89 at Walmart), or can be 'make-or-break' for a family on limited means or 'unemployment'.

General Store Tusayan accepts cash. General Store Grand Canyon does not. GRCA store is closed Wednesdays and Sundays.

This becomes a problem as we have forced those who do not have a credit card (presumptively those on the lower end of the economic scale) to the Tusayan Store.

This is exacerbated as GRCA/Tusayan is a 'food desert' with the nearest grocery stores being 50+ miles away in Williams, and 90+ miles away in Flagstaff (one way each). And that many (presumtively those on the lower end of the economic scale) are without transportation.

This combination literally traps, funnels, and herds them into exploitation---gouging.

What is constructed is a system which exploits the vulnerable and 'the least among us' into a cycle of food insecurity and financial distress.

This weighty, omnipresent stress and distress destroys any attempt at Wellness. It undermines and discredits all other efforts, such as school lunches, 'Mazwik Lunches', and Food Pantry to soften and address food and economics needs exacerbated by the COVID-19 Closure and felt by NPS and non-NPS employees alike.

This must be addressed.

Thank You


Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

# FOOD PRICES:
## GRCA STORE vs TUSAYAN STORE





# FOOD PRICES:

## GRCA STORE vs TUSAYAN STORE

 

# FOOD PRICES:

# GRCA STORE vs TUSAYAN STORE

 

# FOOD PRICES:
# GRCA STORE vs TUSAYAN STORE

 

# FOOD PRICES:

## GRCA STORE vs TUSAYAN STORE

 

# FOOD PRICES:

# GRCA STORE vs TUSAYAN STORE





# FOOD PRICES:

# GRCA STORE vs TUSAYAN STORE





# FOOD PRICES:

## GRCA STORE vs TUSAYAN STORE







# FOOD PRICES:

# GRCA STORE vs TUSAYAN STORE




# FOOD PRICES:

## GRCA STORE vs TUSAYAN STORE





# FOOD PRICES:

## GRCA STORE vs TUSAYAN STORE




# FOOD PRICES:

## GRCA STORE vs TUSAYAN STORE





# FOOD PRICES: WALMART (FLAGSTAFF)

 

# FOOD PRICES: WALMART (FLAGSTAFF)



# GENERAL STORE DELIVERY 5-22-2020







# GENERAL STORE DELIVERY 6-16-2020







# EXHIBIT Z-19

## Elston Apology

Stephenson, Elston L <elston_stephenson@nps.gov>
Sun 2/23/2020 5:07 PM
**To: NPS GRCA Executive Team <grca_executive_team@nps.gov>**

📎 1 attachments (625 KB)
Elston Uranium Map.pdf;

Hello Everyone.

I'm sorry for the way that I expressed myself at our recent Strategic Focus.

My language was accusatory.

After speaking with a couple of people, I learned that my use of "we" as a way of generalizing so as not to push anyone under the bus makes people with a conscience think You're talking about them.

I don't know how else to do it.

Sadly, though, the things that I said are true.

GRCA submitted false statements and documents to OSHA.

GRCA had a worker who did dangerous work with very serious and legitimate safety concerns who wanted to speak to the highest levels in an exit interview and asked me to set it up. He was blown off.

Recently, GRCA questioned whether or not we'd all workers the same full on safety embrace that we give career or permanent workers.

GRCA doesn't have a safety budget. As You know; money and time spent on something are the best way to see what You care about. This popped out to me during our meeting.

Very recently I discovered that GRCA had someone go into SMIS and delete at least one instance of a worker getting injured. That's just the one that I know of. And as far as I know, I don't have the ability to delete anyone. That must take place at Region or higher.

The word "fraud" was used in our meeting. It's accurate. SMIS is an official document. The 300 that it feeds is official. The data forwarded to the Bureau of Labor Statistics is official. Worse; once OWCP is transacted, it ebbs into insurance fraud.

This worker---and any others that this may have happened to now has no proof of workplace injury for future care if she needs it.

I had to tell OSHA for the first time in my career that I could not 'certify' my OSHA 300 because I had no idea how many other accident injuries were 'disappeared'. And that I had never 'eyeballed' SMIS with an eye towards anyone going in and tinkering with this official record data. And that it calls into question not only this year's data, but others as well.

GRCA only had 8-10 workers donning a mask who have took the academics last year. Only 2 of them took it the year before. GRCA has about 30 wearers. It is the combination of the academics and fit testing that saves lives. GRCA is courting danger.

This President's Day---the day before out meeting, I was presented with a map (attached). It shows a sort of bull's eye of colors with of red in the center---Orphan mine. The map is dated 2015. I gave classes where I reminded our workforce that we have duty (by law) to notify them if they are expose to so much as Windex. And Monday I had to come to the realization that my organization sent me into that bull's eye at least 3 times without so much as a 'hey You'!

That and the few incidents above have really made me call into question 'who we are'. What's our brand?

I used the word caring. I'm sorry, but anyone would be hard-pressed to convince me that there is caring or integrity in any of those situations above.

I simply thought that GRCA had built something different than that...........Better.

Please, the most important question should be, "Is what he saying true?"

It is. I've had a talk with Mary, and provided her the documentation if that's what's needed.

Mostly though, it is impossible to express the feelings of knowing that your own team has repeatedly sent You into such danger like I was sent into that uranium patch---concealing those hazards from me even as I spend every day and most nights pondering ways to keep Our People safe.

To say that I am frustrated and worried is a big understatement. And these developments really do have me questioning our Identity and their ramifications for the safety of Our People going forward.

Ordinarily, I would consider it inelegant to not apologize in person. But I will be away for a bit.

I'm sorry that I expressed it so poorly to You all.


Very Sincerely,

Elston

## Fw: Elston Apology

Stephenson, Elston L <elston_stephenson@nps.gov>
Mon 2/24/2020 5:11 AM
To: NPS GRCA Executive Team <grca_executive_team@nps.gov>

📎 2 attachments (10 MB)
Elston Uranium Map.pdf; Stephenson GRCA CH-47 Helicopter Accident 10-28-2019 (1)(Raw).mov;

Everyone,

Please receive these 3 videos of recent helicopter accidents.

Each could have killed Our People or Our Visitors.

Had that 5,000lbs dumped by the 47 landed on top the Indian Gardens Pumping Station there would have Biblical consequences. Grand Canyon National Park may have been out of water for up to a year or more.

Again, I'm sorry.


Very Sincerely,

Elston

---

From: Stephenson, Elston L
Sent: Sunday, February 23, 2020 5:07 PM
To: NPS GRCA Executive Team <grca_executive_team@nps.gov>
Subject: Elston Apology


Hello Everyone.

I'm sorry for the way that I expressed myself at our recent Strategic Focus.

My language was accusatory.

After speaking with a couple of people, I learned that my use of "we" as a way of generalizing so as not to push anyone under the bus makes people with a conscience think You're talking about them.

I don't know how else to do it.

Sadly, though, the things that I said are true.

GRCA submitted false statements and documents to OSHA.

GRCA had a worker who did dangerous work with very serious and legitimate safety concerns who wanted to speak to the highest levels in an exit interview and asked me to set it up. He was blown off.

Recently, GRCA questioned whether or not we'd all workers the same full on safety embrace that we give career or permanent workers.

GRCA doesn't have a safety budget. As You know; money and time spent on something are the best way to see what You care about. This popped out to me during our meeting.

Very recently I discovered that GRCA had someone go into SMIS and delete at least one instance of a worker getting injured. That's just the one that I know of. And as far as I know, I don't have the ability to delete anyone. That must take place at Region or higher.

The word "fraud" was used in our meeting. It's accurate. SMIS is an official document. The 300 that it feeds is official. The data forwarded to the Bureau of Labor Statistics is official. Worse; once OWCP is transacted, it ebbs into insurance fraud.

This worker---and any others that this may have happened to now has no proof of workplace injury for future care if she needs it.

I had to tell OSHA for the first time in my career that I could not 'certify' my OSHA 300 because I had no idea how many other accident injuries were 'disappeared'. And that I had never 'eyeballed' SMIS with an eye towards anyone going in and tinkering with this official record data. And that it calls into question not only this year's data, but others as well.

GRCA only had 8-10 workers donning a mask who have took the academics last year. Only 2 of them took it the year before. GRCA has about 30 wearers. It is the combination of the academics and fit testing that saves lives. GRCA is courting danger.

This President's Day---the day before out meeting, I was presented with a map (attached). It shows a sort of bull's eye of colors with of red in the center---Orphan mine. The map is dated 2015. I gave classes where I reminded our workforce that we have duty (by law) to notify them if they are expose to so much as a Windex. And Monday I had to come to the realization that my organization sent me into that bull's eye at least 3 times without so much as a 'hey You'!

That and the few incidents above have really made me call into question 'who we are'. What's our brand?

I used the word caring. I'm sorry, but anyone would be hard-pressed to convince me that there is caring or integrity in any of those situations above.

I simply thought that GRCA had built something different than that...........Better.

Please, the most important question should be, "Is what he saying true?"

It is. I've had a talk with Mary, and provided her the documentation if that's what's needed.

Mostly though, it is impossible to express the feelings of knowing that your own team has repeatedly sent You into such danger like I was sent into that uranium patch---concealing those hazards from me even as I spend every day and most nights pondering ways to keep Our People safe.

To say that I am frustrated and worried is a big understatement. And these developments really do have me questioning our Identity and their ramifications for the safety of Our People going forward.

Mail Stephenson, Elston - Outlook

Ordinarily, I would consider it inelegant to not apologize in person. But I will be away for a bit.

I'm sorry that I expressed it so poorly to You all.

Very Sincerely,

Elston

EXHIBIT Z-20



Stephenson, Elston <elston_stephenson@nps.gov>

## Thank You From Grand Canyon - SOS Contact for Asst Secretary John Henshaw

**Stephenson, Elston** <elston_stephenson@nps.gov>            Thu, Jan 10, 2019 at 5:32 AM
To: dmm@gwu.edu

Secretary Michaels,

Sir Good Morning.

Sir, can you please pass along any contact information to former Assistant Secretary John Henshaw?

Sir Thank You for your thoughts and generous offer to assist us establish a legitimate safety program here at Grand Canyon National Park (and in NPS) as we spoke last week.

Thank you also for your suggestion to invite Secretary Henshaw. I have tried to find him, but with no success. Sir, I hate to bug you, but would you happen to know of a good contact for him?

I touched base again with Zach Barnett in the Phoenix OSHA office. He was very happy to hear that you would be a source of wisdom, counsel, and a 'big brain' to help us put a system in place here.

A mentor of mine that you may know, Brigadier General (ret) William Wolf former Director of Army Safety and Commander of the Army Safety Center during part of your tenure as head of OSHA will be also be a wealth of knowledge---particularly in helping to get us on track with culturally merging the leadership and safety.

Zach's office has not yet completed its investigation of the 'uranium event' as the Shutdown has sequestered many of the witnesses that he would like to talk to.

But, Sir, I have been busy. I've reached out to the NRC, the Arizona Department of Health Services - Bureau of Radiation Control, ASU, UofA, to learn more about uranium from the experts. They are hard at work crunching numbers and interpreting data. I expect to hear back from them shortly.

Sir, in the meantime, any help at all in finding Secretary Henshaw would be greatly appreciated.

Again, Sir, it was good to talk to you. And thank you for your generous offer to lend us a hand.


Very Sincerely,

Swede

Elston "Swede" Stephenson, OHST
Safety Health & Wellness Manager
Grand Canyon National Park
928-255-8727



Stephenson, Elston <elston_stephenson@nps.gov>

## Thank You From Grand Canyon - SOS Contact for Asst Secretary John Henshaw

**David Michaels** <dmm@gwu.edu>                                    Thu, Jan 10, 2019 at 5:52 AM
Reply-To: dmm@gwu.edu
To: "Stephenson, Elston" <elston_stephenson@nps.gov>

The email address I have for him is john.henshaw@comcast.net

Good luck with your efforts.

David Michaels, PhD, MPH
Professor I Department of Environmental and Occupational Health
Milken Institute School of Public Health I The George Washington University
950 New Hampshire Ave NW, Fourth Floor, Washington, DC  20052
Telephone: 202.994.1102
Twitter: @drdavidmichaels
http://publichealth.gwu.edu/departments/environmental-and-occupational-health/david-michaels-phd

[Quoted text hidden]



Stephenson, Elston <elston_stephenson@nps.gov>

## Thank You From Grand Canyon - SOS Contact for Asst Secretary John Henshaw

**Stephenson, Elston** <elston_stephenson@nps.gov>              Thu, Jan 10, 2019 at 8:43 AM
To: john.henshaw@comcast.net

Secretary Henshaw,

Sir, Good Morning.

My name is Elston Stephenson. I am the recent Safety Manager for Grand Canyon National Park.

Sir, I was wondering if I could talk you into lending your wisdom and experience as former president of the American IH Association, and head of OSHA to help Grand Canyon National Park establish a solid, legitimate safety program which provides a safe workplace for its employees and a safe venue for its visitors.

I have come to discover that this 'Wonder of the World', World Heritage Site, and national icon---Grand Canyon National Park has suffered---is suffering from years and years of 'safety neglect'. Unfortunately, it has culminated with the June 11, 2018 discovery of three 5 gallon buckets of uranium stashed away in a small office space which also served as a tourist venue (Grand Canyon's Museum Collections building). One bucket was filled so high that it could not be closed. Worse, the uranium had been stashed there since 2000. Last year we had a visitor die in a botched AED response attempt. The AED had not only expired battery and pads, but a further investigation revealed that the model had 6 FDA recalls and was discontinued from the manufacturer back in 2007. As Heinrich's Pyramid predicted, we very narrowly dodged a fatality as a worker took a large circular 'target saw' to his face. It was found that not only did the crew not perform JHA requirements, but that the Park has a history of never performing JHA or any written pre-task hazard identification and elimination/mitigation.

Perhaps most concerning of all is an almost immune resistance of the culture to accept a legitimate safety program and proven best practices.

Sir, as a 28 year Army officer and former attack helicopter pilot, and 21 year certified safety professional, I have come to recognize (particularly after walking the halls of NPS Headquarters DC) that this is a cultural problem which will need experienced, serious minds with gravitas and influence at the highest levels of government to establish a program with 'buy-in' and accountability at the top.

As a former President-Elect and Vice President of the ASSE Hawaii chapter (2014), and FACOSH attendee (2016), I met Secretary Michaels several times and thought to ask his help to be a resource for an informal advisory group. Dr. Michaels has agreed. He also cautioned me on how different stakeholders may have better 'hearing' based on their political persuasions/affiliation and that of the messenger. He mentioned you as a friend and recommended that I also ask you to please lend your experience and thought to our effort here.

Sir, The Grand Canyon is The Grand Canyon. Everyone loves The Grand Canyon. I've always been a fan. Growing up in LA, I'd been here a dozen times, but never thought I'd work here. Sir, The Grand Canyon is in crisis. It is demonstrably hazardous for workers and visitors. It has been this way for years because it never truly had a legitimate serious safety program. In this, it's 100th Anniversary year, as its Safety Manager, I would like to change that and establish a solid safety system here. But I know that it will take some very 'big safety brains' to get it done.

Sir, would it be possible to speak to you and get your thoughts?

Thank You & Happy New Year Mr. Secretary!

Very Sincerely
[Quoted text hidden]



Stephenson, Elston <elston_stephenson@nps.gov>

## Thank You From Grand Canyon - SOS Contact for Asst Secretary John Henshaw

**John Henshaw** <john.henshaw@comcast.net>                                    Mon, Jan 21, 2019 at 10:43 AM
To: "Stephenson, Elston" <elston_stephenson@nps.gov>

Swede

Sorry for the late reply. I am tied up the rest of today and all day tomorrow until 6pm EST.

Maybe we could talk on Wednesday. I'll be on a layover in Dallas on Wednesday from 2-3pm CST and land ~5pm PST in San Diego. Please feel free to give me a call on my cell at your convenience (239.851.5254).

John


*John L. Henshaw*

*John Henshaw and Associates, Inc.*

*1101 Periwinkle Way, Ste 101*

*Sanibel, FL 33957*

*239.395.2023 (O)*

*239.851.5254 (C)*

This email and its attachments may contain confidential and/or privileged information for the sole use of the intended recipient(s). If you are not the intended recipient, any use, distribution or copying of the information contained in this email and its attachments is strictly prohibited. If you have received this email in error, please email the sender by replying to this message and immediately delete and destroy any copies of this email and any attachments.

[Quoted text hidden]



Stephenson, Elston <elston_stephenson@nps.gov>

## Thank You From Grand Canyon - SOS Contact for Asst Secretary John Henshaw

**Stephenson, Elston** <elston_stephenson@nps.gov>                    Mon, Jan 21, 2019 at 11:23 AM
To: John Henshaw <john.henshaw@comcast.net>

Mr. Secretary,

Thank You so much for reaching out.

Sir, we could really use your wisdom, leadership, and experience on several fronts.

Thank You for your time on Wednesday.

Safe travels, Sir.


Respectfully,
[Quoted text hidden]
[Quoted text hidden]