# EXHIBIT Z-21

# University of Maryland University College

In recognition of the successful completion of the
requisite course of study and by virtue of the authority granted by charter of the State
of Maryland to the Board of Regents of the University System of Maryland
hereby confers upon

## Elston LeMans Stephenson

the degree of

## Bachelor of Science
in
### Legal Studies

with all the honors, rights, and privileges thereunto appertaining.
In witness whereof this Diploma, signed by the authorized officers of the University
and sealed with the corporate seal of the University, is granted.
Given at Adelphi, Maryland on the thirtieth day of May
in the year two thousand and eighteen.



_J. F. Brady_
Chairman
Board of Regents

_Robert L. Caret_
Chancellor
University System of Maryland

_Kara H. Van Dam_
Vice Provost and Dean
The Undergraduate School

_Javier Miyares_
President
University of Maryland University College

# Community College of the Air Force

The Commander, Air Education and Training Command,

by virtue of the authority vested by law

and on the recommendation of the College does hereby confer on

## Elston L. Stephenson

the degree of

## Associate in Applied Science

## Communications Operations Technology

with all rights and privileges pertaining thereto

Given this 19th day of February 1988

In witness whereof the Seal of the College and our signatures are hereto affixed

General, U.S. Air Force
Commander, Air Education and Training Command

Colonel, U.S. Air Force
President, Community College of the Air Force

Chairman
Community College of the Air Force Board of Visitors

Elane K. Subo
Chief Academic Officer
Community College of the Air Force

# bsi.

# Certificate

This document certifies that:

## Elston Stephenson

Has successfully completed:

## ISO 45001 Lead Auditor (TPECS)

And is deemed competent for:

## OH - OH&S Management Systems (ISO 45001)

Passed Date: 11/20/2018

## AU - Management Systems Auditing (ISO 19011:2018)

Passed Date: 11/20/2018

## TL - Leading Management Systems Audit Teams (ISO 19011:2018)

Passed Date: 11/20/2018

BSI is an Exemplar Global certified training provider for the modules listed above.

For and on behalf of BSI:

Reg Blake, Vice President, Regulatory Affairs, BSI Group America Inc.

Course Date: 11/12/2018 - 11/15/2018

Issue Date: 12/28/2018

Certificate Number: 8926103-151006

CEUs Awarded: 3.2

Exemplar
Global

...making excellence a habit

This certificate remains the property of BSI and is bound by the conditions of contract

The British Standards Institution is incorporated by Royal Charter
BSI Group America Inc . 12950 Worldgate Drive, Suite 800, Herndon. VA 20170, USA





# Certificate

This document certifies that:

**Elston Stephenson**

Has successfully completed:

**OHSAS 18001:2007 Lead Auditor (TPECS)**

And is deemed competent for:

**OH - Occupational Health and Safety Management Systems v1.3**
Passed Date: 4/28/2016

**AU - Management Systems Auditing v2.0**
Passed Date: 4/28/2016

**TL - Leading Management Systems Audit Teams v2.0**
Passed Date: 4/28/2016

BSI is an Exemplar Global certified training provider for the modules listed above.

For and on behalf of BSI:

Reg Blake, Vice President, Regulatory Affairs, BSI Group America Inc.

Course Date: 4/25/2016 - 4/28/2016                Certificate Number: 8437480-151006

Issue Date: 9/21/2016                               CEUs Awarded: 3.2


Exemplar Global

...making excellence a habit.

This certificate remains the property of BSI and is bound by the conditions of contract.

The British Standards Institution is incorporated by Royal Charter
BSI Group America Inc . 12950 Worldgate Drive  Suite 800. Herndon, VA 20170, USA

# Naval Safety Center



## School of Aviation Safety

### Certificate of Completion

Be it known that in recognition of successful
completion of all requirements pertaining to the

## Aviation Safety Officer Course

this certificate is awarded to

Mr.

## Elston "Swede" Stephenson

Dated this 27th day of September, 2019
at Naval Air Station Pensacola, Florida.

CAPT, U.S. NAVY
Director, SAS



**DEPARTMENT OF THE NAVY**
OFFICER IN CHARGE
NAVY SAFETY CENTER DETACHMENT NAVAL SCHOOL OF AVIATION SAFETY
181 CHAMBERS AVE SUITE A
PENSACOLA, FLORIDA 32508-5271

1520
Ser N80/613
27 Sep 19

From:   Director, Naval School of Aviation Safety
To:     Mr. Elston "Swede" Stephenson

Subj:   COMPLETION OF AVIATION SAFETY OFFICER COURSE 19-7

Ref:    (a) OPNAVINST 3750.6S
        (b) OPNAVINST 3500.39C

Encl:   (1) Certificate of Completion

1. In accordance with reference (a). this is to certify you have successfully completed all requirements pertaining to the Aviation Safety Officer course at the Naval Safety Center detachment Naval School of Aviation Safety. NAS Pensacola, Florida.  Enclosure (1) is awarded as recognition of your successful completion.  Congratulations!

2. In accordance with reference (b), you have met the United States Navy requirements to be qualified and designated as an Operational Risk Management (ORM) Assistant.

3. The twenty-three day Aviation Safety Officer course consists of 180 academic hours devoted to a curriculum designed for the prevention of loss of assets. both human and material.  The specific allocation of hours by subject is as follows: Aerodynamics, 20 hours; Structures, 15 hours; Safety Programs. 24 hours; Reporting Investigations. 60 hours; Human Factors, 16 hours; Aeromedical Support. 9 hours; Laboratory. 29 hours; Director/Guest Speakers. 5 hours and Administrative. 2 hours.

J. D. BOONE

# National Transportation Safety Board



### Certificate of Training
### Awarded to

## *Elston L Stephenson*

for the successful completion of

*Accident Site Photography*
11/6/2018-11/8/2018
1.80 CEU

Dennis L. Jones
Managing Director

Robert L. Sumwalt III
Chairman

NTSB Training Center, Ashburn, Virginia

# National Transportation Safety Board



Certificate of Training
Awarded to

## *Elston LeMans Stephenson*

for the successful completion of

*Helicopter Accident Investigation*
June 25 - 29, 2018

Dennis L. Jones
Managing Director

Robert L. Sumwalt III
Chairman

NTSB Training Center, Ashburn, Virginia

# UNIVERSITY OF CALIFORNIA, SAN DIEGO
## UCSD EXTENSION

Occupational Safety and Health Department
A Division of UCSD Extended Studies And Public Programming

## *ELSTON STEPHENSON*

U06037328

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### TRAINER COURSE - RIGGING SAFETY

### *JUNE 20-23, 2016*
DATE



DIRECTOR
UNIVERSITY OF CALIFORNIA, SAN DIEGO
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

# University of California, San Diego
# OSHA Training Institute Education Center

## *ELSTON STEPHENSON*

U06037328

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN
### OSHA 7500 - INTRODUCTION TO SAFETY AND HEALTH MANAGEMENT

#### *DECEMBER 4, 2017*
DATE



**BOB MURPHY**
DIRECTORATE OF TRAINING AND EDUCATION
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

**DR. GRACE MILLER**
DIRECTOR
OSHA TRAINING INSTITUTE EDUCATION CENTER
UNIVERSITY OF CALIFORNIA, SAN DIEGO

University of California, San Diego

An Authorized

**OSHA®** Training Institute Education Center

# University of California, San Diego
# OSHA Training Institute Education Center

## *ELSTON STEPHENSON*

U06037328

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN
### OSHA 7115 - LOCKOUT/TAGOUT

**DECEMBER 5, 2017**
DATE



University of California, San Diego

An Authorized

OSHA® Training Institute Education Center

BOB MURPHY
DIRECTORATE OF TRAINING AND EDUCATION
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

DR. GRACE MILLER
DIRECTOR
OSHA TRAINING INSTITUTE EDUCATION CENTER
UNIVERSITY OF CALIFORNIA, SAN DIEGO



## OF PHOTOGRAPHY

# INTRODUCTION TO DIGITAL SLR PHOTOGRAPHY

THIS IS TO CERTIFY THAT

# ELSTON "SWEDE" STEPHENSON

HAS SUCCESSFULLY COMPLETED NIKON SCHOOL INTRODUCTION TO DIGITAL SLR PHOTOGRAPHY.

GOOD LUCK AND GOOD SHOOTING.



At the heart of the image.

JANUARY 12, 2008

DATE



Nick Didlick
INSTRUCTOR



Bill Durrence
INSTRUCTOR



Reed Hoffmann
INSTRUCTOR



Michael A. Schwarz
INSTRUCTOR

# Nikon School®

## NEXT STEPS IN DIGITAL PHOTOGRAPHY

## STREAMLINED WORKFLOW TECHNIQUES

THIS IS TO CERTIFY THAT

## ELSTON "SWEDE" STEPHENSON

HAS SUCCESSFULLY COMPLETED NIKON SCHOOL NEXT STEPS IN DIGITAL SLR PHOTOGRAPHY: STREAMLINED WORKFLOW TECHNIQUES.

GOOD LUCK AND GOOD SHOOTING.



**Nikon**

At the heart of the image...

### JANUARY 19, 2008

DATE

*Nick Didlick*
INSTRUCTOR

*Bill Durrence*
INSTRUCTOR

*Reed Hoffmann*
INSTRUCTOR

*Michael A. Schwarz*
INSTRUCTOR

# Defense Acquisition University



*This certifies that*

### ELSTON STEPHENSON

*has successfully completed*

## Fundamentals of Systems Acquisition Management

**ACQ101 Section 325**

**Completed on Date 09/12/2010**

CEUs : 2.5

CLPs : 25

*James S. M. Michael*

**Acting President Defense Acquisition University**

# Defense Acquisition University



**This certifies that**

**ELSTON STEPHENSON**

*has successfully completed*

**Contracting for the Rest of Us**

*CLC011 Section 888*

*Completed on Date 09/12/2010*

*CLPs : 2*

*James S. M. Marshal*

**Acting President Defense Acquisition University**

Name _____ Oul /  E/s/ ;  Swole

Sponsor's Name _____ 2/ephci2 )

Organization / Rank _____

Home Phone _____ ( 3u ) 3 7 0  36 26

Work Phone _____

Cell Phone _____ ( 3c ) 3 7 0 - 3676

www.mccshawaii.com

| License Type | License Number |
|---|---|
| SM SAIL | 31481 |
| KEEL | 34923 |
| FISH | 3146o |
|  |  |
|  |  |

Marine Corps Base Hawaii • Kaneohe Bay

Bldg. #1698 • 254-7667
Marine Corps Base Hawaii
Kaneohe Bay

OUTDOOR RECREATION CENTER

Marina

| Date | Rental | Qualifying Officer |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# CERTIFICATE
# OF COMPLETION

is awarded to

## CW4 ELSTON LEMANS STEPHENSON

for successfully completing the
Joint Services Safety and Occupational Health Course,
CP-12 10-04 (23 August - 10 December 10)
Presented this 10th day of December 2010

UNITED STATES ARMY
COMBAT READINESS/SAFETY CENTER

Michael P. Eyer
Command Sergeant Major. U.S. Army
United States Combat Readiness/Safety Center

William T. Wolf
Brigadier General. U.S. Army
Commanding General


ARMY STRONG.



ARMY SAFE
IS ARMY STRONG.


I BAND II BROTHERS
& SISTERS

no expiration

# Board of Certified Safety Professionals

Upon the recommendation of the
Board of Certified Safety Professionals,
by virtue of the authority vested in it,
has conferred on

## Elston L Stephenson

the credential of

# Occupational Health And Safety Technologist

and has granted the title as evidence of meeting the qualifications and passing
the required examination so long as this credential is not suspended or
revoked and is renewed annually and meets all recertification requirements.





December 8, 2010
DATE ISSUED

3545
CERTIFICATION NUMBER

BOARD PRESIDENT SIGNATURE

BOARD SECRETARY SIGNATURE

# UNIVERSITY OF CALIFORNIA, SAN DIEGO EXTENSION

hereby awards

## Elston Stephenson

the Professional Certificate in

## Occupational Safety and Health

with specializations in

General Industry

Construction Industry

a curriculum of 350 hours of study

March 6, 2014



MARY L. WALSHOK
ASSOCIATE VICE CHANCELLOR
EXTENDED STUDIES AND PUBLIC PROGRAMS
AND DEAN, UC SAN DIEGO EXTENSION

ELIZABETH SILVA
REGISTRAR

UNIVERSITY OF CALIFORNIA, SAN DIEGO

UCSD

BERKELEY · DAVIS · IRVINE · LOS ANGELES · MERCED · RIVERSIDE · SAN DIEGO · SAN FRANCISCO    SANTA BARBARA · SANTA CRUZ

UC SAN DIEGO EXTENSION, STUDENT SERVICES    (858) 534-3400

LA JOLLA, CALIFORNIA 92093-0170    9500 GILMAN DRIVE

April 17, 2014

CONGRATULATIONS!

On behalf of the faculty and staff of UC San Diego Extension, we are pleased to present to you with your certificate representing your successful completion and commitment to your personal and professional growth. It reflects a distinguished level of achievement as you join other esteemed individuals as a UCSD Extension graduate

For the next 12 months*, we will waive the certificate fee for your next course of study. As a graduate and skilled professional, you know the value of continued education and the constant demand to stay current with new developments in your field or learning a new field

Again, congratulations on your successful achievement and thank you for being a part of UC San Diego Extension, where there is always something new.

Sincerely,

Elizabeth Silva
Registrar
UC San Diego Extension

* You have up to one year from the date on this letter to waive the fee for your next certificate. The original letter must be returned at time of enrollment and is non-transferrable.

# United States Department of Labor
# Eastern Kentucky University
## OSHA Training Institute Education Center

# Elston Stephenson

has successfully completed the

# Safety and Health Specialist Certificate Program



_Tammy Cole_

Tammy Cole
System Director
EKU Non-Credit Programs

_Will Drake_

Will Drake
EKU OSHA Administrator

240 Contact Hours - 24 CEU's

Issue Date: 12/10/2010
Expiration Date: None

# THE UNITED STATES ARMY
# COMBAT READINESS CENTER

## Certifies that

### CW2 ELSTON L. STEPHENSON

has satisfactorily completed

AVIATION SAFETY OFFICER COURSE (00-002)

and in testimony whereof we do confer this certificate
presented at Fort Rucker, Alabama

10 JANUARY – 25 FEBRUARY 2000

REPRODUCTION CERTIFICATE





Joseph A. Smith
Brigadier General, USA
Commanding

USACRCC05

# CERTIFICATE *of* COMPLETION

*This is to certify that:*

## Elston   Stephenson

*successfully completed*

**Lesson Template Title   -   Commanders Safety Course**

**Lesson Template Id   -   00006916 , 8/9/10**



Stanley C. Davis
Project Director
Distributed Learning System

# CERTIFICATE *of* COMPLETION

*This is to certify that:*

## Elston   Stephenson

*successfully completed*

**Lesson Template Title**   -   **The Supervisor's Safety Course Test**

**Lesson Template Id**   -   **F020106TEST , 8/19/10**

Stanley C. Davis
Project Director
Distributed Learning System

# CERTIFICATE *of* COMPLETION

*This is to certify that:*

## Elston   Stephenson

*successfully completed*

Lesson Template Title    -    Composite Risk Management Basic Course (v3)

Lesson Template Id    -    00009819 , 7/7/10

Stanley C. Davis
Project Director
Distributed Learning System



# National Fire Academy

This is to acknowledge that

## ELSTON LEMANS STEPHENSON

has demonstrated a commitment to reduce the Nation's loss of life and property
from fire and related emergencies by pursuing professional development
through completion of the National Fire Academy-Sponsored Course

## Q-118 Community Safety Educator

Completed On
**September 16, 2010**

Superintendent
National Fire Academy

Administrator
U.S. Fire Administration

# JOHNS HOPKINS
## BLOOMBERG SCHOOL of PUBLIC HEALTH

*presents this certificate of completion to*

**Elston Stephenson**

*for completing the online training entitled*

## "Risk Communication"

*on Friday, October 1, 2010.*

 JOHNS HOPKINS
CENTER For PUBLIC HEALTH PREPAREDNESS

Jonathan Links, PhD
Principal Investigator

# UNITED STATES DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

## OSHA Training Institute, Region IX Education Center

A Division of UCSD Extended Studies And Public Programming

## *ELSTON STEPHENSON*

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### OSHA 500 - TRAINER COURSE - CONSTRUCTION INDUSTRY

*JANUARY 17-20, 2012*





DIRECTOR,
OSHA TRAINING INSTITUTE



DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

# UNITED STATES DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

## OSHA Training Institute, Region IX Education Center

A Division of UCSD Extended Studies And Public Programming

### *ELSTON STEPHENSON*

U06037328

HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

## OSHA 501 - TRAINER COURSE - GENERAL INDUSTRY

*NOVEMBER 4-7, 2013*

DATE

*Henry E. Payne*

DIRECTOR,
OSHA TRAINING INSTITUTE

*Leon MacKay*

DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the
following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   40**

**Continuing Education Units:  4.00**

(One CEU equals 10 hours of Instruction)

### *OSHA 510 – Standards for Construction*



Instructor

OSHA Administrator, Workforce Education

Tuesday, October 12, 2010    ·    Saturday, October 16, 2010

Expiration Date:  None

United States Department of Labor

# OSHA Training Institute

Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the
following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   40**

**Continuing Education Units: 4.00**

(One CEU equals 10 hours of Instruction)

### *OSHA 511 - Standards for General Industry*



Instructor

OSHA Administrator, Workforce Education

*Monday, October 04, 2010   ·   Friday, October 08, 2010*

Expiration Date:  None

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the*
*following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   40**

**Continuing Education Units: 4.00**

*(One CEU equals 10 hours of Instruction)*

### *OSHA 521 - Industrial Hygiene*



Instructor

OSHA Administrator, Workforce Education

*Monday, October 18, 2010     -     Friday, October 22, 2010*

Expiration Date:  None

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the*
*following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   20**

**Continuing Education Units: 2.00**

(One CEU equals 10 hours of Instruction)

### *OSHA 2015 - Hazardous Materials*



Instructor

OSHA Administrator, Workforce Education

*Wednesday, October 27, 2010   -*          *Friday, October 29, 2010*

Expiration Date:  None

United States Department of Labor

# OSHA Training Institute

Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the
following course offered by:*

Eastern Kentucky University

**Training Hours Completed:  26**

**Continuing Education Units:  2.60**

*(One CEU equals 10 hours of instruction)*

### OSHA 2045 – Machinery and Machine Guarding Standards



Instructor

OSHA Administrator, Workforce Education

Tuesday, September 06, 2011   ·        Friday, September 09, 2011

Expiration Date:  None

# UNITED STATES DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### OSHA Training Institute, Region IX Education Center

A Division of UCSD Extended Studies And Public Programming

## *ELSTON STEPHENSON*

HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### OSHA 2225 - RESPIRATORY PROTECTION

**MARCH 3-6, 2014**
DATE





DIRECTOR,
OSHA TRAINING INSTITUTE

DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the
following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   30**

**Continuing Education Units: 3.00**

(One CEU equals 10 hours of Instruction)

## *OSHA 2250 - Principles of Ergonomics*



Instructor

OSHA Administrator, Workforce Education

Monday, November 08, 2010   -   Thursday, November 11, 2010

Expiration Date: None

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the*
*following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   40**

**Continuing Education Units: 4.00**

*(One CEU equals 10 hours of Instruction)*

### *OSHA 2264 – Permit Required Confined Space*



Instructor

OSHA Administrator, Workforce Education

Monday, November 01, 2010      -     Friday, November 05, 2010

Expiration Date:  None

# UNITED STATES DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### OSHA Training Institute, Region IX Education Center

A Division of UCSD Extended Studies And Public Programming

## *ELSTON LEMANS STEPHENSON*

HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### TRENCHING AND EXCAVATION (OSHA 3010)

### *OCTOBER 31-NOVEMBER 2, 2011*
DATE

DIRECTOR
OSHA TRAINING INSTITUTE

DIRECTOR
UNIVERSITY OF CALIFORNIA, OSHA TRAINING INSTITUTE EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

*In recognition of successful completion of the
following course offered by:*

### Eastern Kentucky University

**Training Hours Completed:   20**

**Continuing Education Units:  2.00**

*(One CEU equals 10 hours of Instruction)*

### *OSHA 3095 – Electrical Standards*



Instructor

OSHA Administrator, Workforce Education

Monday, October 25, 2010   ·   Wednesday, October 27, 2010

Expiration Date:  None

# UNITED STATES DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### OSHA Training Institute, Region IX Education Center

A Division of UCSD Extended Studies And Public Programming

## *ELSTON STEPHENSON*

HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### ELECTRICAL HIGH VOLTAGE STANDARDS - FEDERAL (UCSD 3096)

*AUGUST 26-29, 2013*
DATE

*Henry E. Payne*
DIRECTOR,
OSHA TRAINING INSTITUTE

*Leon MacKay*
DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

# UNITED STATES DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

## OSHA Training Institute, Region IX Education Center

A Division of UCSD Extended Studies And Public Programming

# *ELSTON LE MANS STEPHENSON*

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN
### FALL PROTECTION (OSHA 3110)

**SEPTEMBER 12-15, 2011**
DATE

*Charles J. Shields*
DIRECTOR,
OSHA TRAINING INSTITUTE

*Leona Mae Kay*
DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

# UNIVERSITY OF CALIFORNIA, SAN DIEGO

## UCSD EXTENSION

### OSHA TRAINING CENTER, REGION IX EDUCATION CENTER

A Division of UCSD Extended Studies and Public Programming

## *ELSTON STEPHENSON*

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### SCAFFOLDING (UCSD 3200)

### OCTOBER 24-26, 2011

DATE

DIRECTOR

UNIVERSITY OF CALIFORNIA, OSHA TRAINING INSTITUTE EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

# OSHA Training Institute Education Center

### A Division of UCSD Extended Studies And Public Programming

## *ELSTON STEPHENSON*

U06017328

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN

### OSHA 5410 - OCCUPATIONAL SAFETY AND HEALTH STANDARDS FOR THE MARITIME INDUSTRY

### *FEBRUARY 2-6, 2015*
DATE





DIRECTOR
UNIVERSITY OF CALIFORNIA, OSHA TRAINING INSTITUTE EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

United States Department of Labor

# OSHA Training Institute

## Eastern Kentucky University OTI Education Center

*Certificate of achievement awarded to*

## Elston LeMans Stephenson

***In recognition of successful completion of the
following course offered by:***

### Eastern Kentucky University

**Training Hours Completed:   10**

**Continuing Education Units:  1.00**

*(One CEU equals 10 hours of Instruction)*

### *OSHA 7845 – Recordkeeping Rule Seminar*

Instructor

OSHA Administrator, Workforce Education

*Thursday, November 11, 2010   ·        Friday, November 12, 2010*

Expiration Date:  None

# UNIVERSITY OF CALIFORNIA, SAN DIEGO
## UCSD EXTENSION

**OSHA TRAINING CENTER, REGION IX EDUCATION CENTER**
A Division of UCSD Extended Studies and Public Programming

## ELSTON LEMANS STEPHENSON
U06037328

HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN
MILITARY EM385-1-1 40 HOUR SAFETY (UCSD 9300)

**AUGUST 22-26, 2011**
DATE

DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS

# UNIVERSITY OF CALIFORNIA, SAN DIEGO
## UCSD EXTENSION

### OSHA TRAINING CENTER, REGION IX EDUCATION CENTER
A Division of UCSD Extended Studies and Public Programming

## *ELSTON LEMANS STEPHENSON*

U06037328

### HAS DILIGENTLY AND WITH MERIT COMPLETED TRAINING IN
### MILITARY EM385-1-1 40 HOUR SAFETY (UCSD 9300)

**AUGUST 22-26, 2011**
DATE

DIRECTOR,
OSHA TRAINING INSTITUTE
UNIVERSITY OF CALIFORNIA, SAN DIEGO EDUCATION CENTER
DIVISION OF EXTENDED STUDIES AND PUBLIC PROGRAMS



# GCA of Hawaii

GENERAL CONTRACTORS ASSOCIATION OF HAWAII

**Quality People. Quality Projects.**

# *Certificate Of Training*

This is to certify that

## *ELSTON "SWEDE" STEPHENSON*

has completed the course entitled

## Construction Safety Hazard Awareness Training for Contractors

Given at Honolulu, Hawaii on 5-9 May, 2014

Roger A. Urbi
Instructor

Johnny Y. Higa,
Executive Vice President
General Contractors Association of Hawaii

**Date of Issue:** 9 May 2014

This certificate expires three (3) years from date of issue.



# *Certificate Of Completion*

## THIS IS TO CERTIFY THAT

# *CWO4 Swede Elston LeMans Stephenson*

*Has completed the twenty-four hour Confined Space Safety course given by
Atlantic Environmental & Marine Services, Inc., designed and executed to
promote confined space safety while in shipyard and in general industrial
confined spaces, and comply with the training requirements of 29CFR1915.7 and
29 CFR1910.146, §§(g), (h), (i) and (j), as well as NAVSEA Item 009-07, §3.1.2.*

INSTRUCTOR _____

Leslie Blaize
NFPA Certified Marine Chemist #586

INSTRUCTOR _____

Edward. J. Willwerth
NFPA Certified Marine Chemist #649
ABIH Certified Industrial Hygienist #2175

DATE   **FEBRUARY 4, 2011**

  

# United States Army
# Warrant Officer Career College

*CW4 Elston L. Stephenson*

*successfully completed the*

## Warrant Officer Senior Staff Course 10-04

**CHARLES T. WIGGLESWORTH**
CW5, AG
Deputy Commandant

**MARK T. JONES**
COL, AV
Commandant

  

# United States Army
# Warrant Officer Career College

*CW4 Elston Stephenson*

*successfully completed the*

## *Warrant Officer Staff Course 08-503*

**CHARLES T. WIGGLESWORTH**
**CW5, AG**
**Deputy Commandant**

**MARK T. JONES**
**COL, AV**
**Commandant**

# National Defense University

## Joint Forces Staff College
### Norfolk, Virginia



This is to certify that

## CW4 Elston L. Stephenson, USA

has successfully completed the requirements of the
Joint, Interagency, and Multinational Planner's Course
24 March 2008 - 28 March 2008
Class 08-2

_Byron S. Bagby_
Byron S. Bagby
Major General, U.S. Army
Commandant
Joint Forces Staff College

_F. C. Wilson_
F. C. Wilson
Lieutenant General, U.S. Marine Corps
President
National Defense University



# United States Joint Forces Command

## *ELSTON STEPHENSON*

*has successfully completed*

### *JTF 101 Module 11: Interagency Coordination*

*- Joint Certified -*
*IAW CJCSM 3500.03A*
*06/04/2009*

*Mr. Joe Camacho, NT-6 (GS-15)*
*Joint Knowledge Development and Distribution Capability*
*Program Manager*

**DESCRIPTION** *(Please Read Instructions on the Back)*

| | | | | | | 1. Agency Position No. 8211-0000007 |
|---|---|---|---|---|---|---|

| 2. Reason for Submission | | 3. Service | 4. Employing Office Location Grand Canyon National Park | 5. Duty Station Grand Canyon, AZ | | 6. OPM Certification No. |
|---|---|---|---|---|---|---|
| ☒ Redescription | ☐ New | ☐ Hdqtrs ☒ Field | | | | |
| ☐ Reestablishment | ☐ Other | | 7. Fair Labor Standards Act | 8. Financial Statements Required | | 9. Subject to IA Action |
| Explanation *(Show any positions replaced)* | | | ☒ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure  ☐  ☐ Employment and Financial Interests | | ☒ Yes ☐ No |
| | | | 10. Position Status | 11. Position is: | 12. Sensitivity | 13. Competitive Level Code |
| | | | ☒ Competitive | ☐ Supervisory | ☒ 1-Non-Sensitive  ☐ 3-Critical Sensitive | |
| | | | ☐ Excepted *(Specify In Remarks)* | ☐ Managerial | | 14. Agency Use |
| | | | ☐ SES (Gen.) ☐ SES (CR) | ☒ Neither | ☐ 2-Non-Critical Sensitive  ☐ 4-Special Sensitive | |

| 15. Classified/Graded by | | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|---|
| a. | U.S. Office of Personnel Management | | | | | | |
| b. | Department, Agency or Establishment | | | | | | |
| c. | Second Level Review | | | | | | |
| d. | First Level Review | Safety and Occupational Health Manager | GS | 0018 | 13 | jl | 10/17/16 |
| e. | Recommended by Supervisor or Initiating Office | Safety and Occupational Health Manager | GS | 0018 | 13 | | |

| 16. Organization Title of Position *(If different from the official title)* | 17. Name of Employee *(if vacant, specify)* |
|---|---|
| | |

| 18. Department, Agency, or Establishment Department of the Interior | c. Third Subdivision Superintendent's Office |
|---|---|
| a. First Subdivision National Park Service | d. Fourth Subdivision |
| b. Second Subdivision Grand Canyon National Park | e. Fifth Subdivision |

| 19. | Employee Review — This is an accurate description of the major duties and responsibilities of my position. | Signature of Employee *(optional)* |
|---|---|---|

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statues or their implementing regulations.*

| a. Type Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)* | |
|---|---|---|
| Brian Drapeaux, Deputy Superintendent | | |
| Signature | Date 10/4/16 | Signature | Date |

| 21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.* | 22. Position Classification Standards Used in Classifying/Grading Position Safety and Occupational Health Management Series, GS-0018 |
|---|---|
| Typed Name and Title of Official Taking Action Jessica Lim, HR Specialist (Classification) | Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel |
| Signature JESSICA LIM *Digitally signed by JESSICA LIM DN: c=US, o=U.S. Government, ou=Department of the Interior, ou=National Park Service, cn=JESSICA LIM, 0.9.2342.19200300.100.1.1=14303100145803 Date: 2016.10.17 13:26:24 -04'00'*  Date 10/17/16 | Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management. |

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks: FPL: GS-13

25. Description of Major Duties and Responsibilities *(See Attached)*

Position Description

Grand Canyon National Park

Position Title: Safety and Occupational Health Manager

Grade/Series: GS-0018-13

Position Description #: 8211-0000007

### INTRODUCTION:

The purpose of this position is to serve as the Safety and Occupational Health Manager for Grand Canyon National Park. The position provides leadership to the Superintendent and staff of the park on the direction, focus, and implementation of the safety, occupational health, and risk management programs. Leads development of safety management systems and risk management strategies for consistency of operation and evaluation throughout the extensive, geographically diverse and complex work sites and visitation areas of Grand Canyon. The incumbent serves as the subject matter expert and principal advisor responsible for planning, developing, directing, and coordinating the safety and occupational health and wellness program for the park. Grand Canyon has one of the largest search and rescue (SAR) programs in the National Park Service involving aircraft, watercraft, and land-based operations; an extensive concessions, administrative, and visitor infrastructure; an intensive labor operation of over 500 employees during the peak employment season; and an annual visitation of approximately 5 million people. Due to the lack of a private housing market, approximately 2,000 employees, concessioner employees, and their families reside in the park. The extremes in geographical conditions, the need to monitor unique, constantly changing work processes, and the dangers posed by constant human/machine interaction taking place in widely varying environmental conditions make this the most complicated risk management program in the Intermountain Region.

### MAJOR DUTIES:

As Safety and Occupational Health Manager for one of the largest national parks in the National Park System, the Manager plans, administers, and evaluates a comprehensive 24-hour a day occupational and safety program and monitors safety  performance, sets priorities, and directs safety activities for an area spanning over 1.2 million acres with unique hazards and high public media exposure. Safety program elements include formulation and installation of occupational health directives, prevention and control of mishaps, fire protection, promotion of safety education, and implementation of a safety reporting system including selective incident analysis. Serves as principle advisor to the Superintendent, Program Managers, and their management staff, supervisors, and employees regarding structure, content, and direction of a comprehensive, geographically dispersed risk management program.

Develops and prepares explanatory guidelines to technical safety standards and policy including transportation, storage, and detonation of explosives, high voltage systems, crane/lift activities,

wildland and structural fire suppression, rescue activities for employees and public visitors of high angle, swift water, and backcountry conditions, law enforcement, emergency medical services, winter/spring snow removal, trail maintenance, hazard tree management, fall protection, construction and retrofit activities, mechanized equipment and work practices, solid waste and wastewater treatment, human-wildlife interaction including endangered species, and ensuring that they are consistently applied throughout the park.

Serves on and provides expert advice to Serious Accident Investigation Teams involving multi-agency coordination for major incidents that result in employee and visitor fatalities, which average 10 per year, or other serious loss producing incidents, to ascertain causal factors precipitating fatalities, serious injuries, or substantial property damage by recommending specific investigative techniques and the application of appropriate standards and sound safety practices for effectively conducting a comprehensive study that fully and accurately documents final conclusions. May serve as Safety Manager on All-Hazards Incident Command Team for national disasters (e.g., Katrina, Deep Horizon) requiring knowledge of national Incident Command System, and requiring multi-agency coordination across DOI, Homeland Security, FEMA, and other federal, state, and local organizations.

Responsible for developing and implementing the safety health and wellness policy that can impact safety programs across the National Park Service, Department of Interior, multinational concessioner corporations, and state/local governments. For example, serves as an Operational Leadership Instructor and oversees safety programs for facilities such as the Albright Training Center that are utilized by employees across the National Park Service. Influences National Park Service policy decisions by leading safety pilot projects including the use of electronic tracking systems, system level safety programs such as the DuPont STOP (Safety Training Observation Program), Operational Leadership, and preventative programs. Serves as local coordinator for safety issues involving multiple Bureaus or Agencies with shared boundaries or offices (e.g., BLM, USFS). Coordinates with local public health officials to collect data for investigations in response to public health issues and collaborative prevention programs. Assists development of policies and guidelines for service-wide national application; serves on task forces and panels established by WASO safety as a subject matter expert to review and improve safety and health programs that have service-wide implementations.

Is recognized nationally for directing, developing, and administering safety and occupational health training programs. Is often called upon to provide safety expertise to other parks. Develops and implements safety incentive programs; identifies actions to be recognized and manner of recognition. Leads development of visitor use guidelines to reduce risk where possible while minimizing Government liability for water and winter sports, fishing, horseback riding, backcountry hiking and camping, bicycling, and front country use. Is the primary safety representative for measuring and evaluating reports that recommend management process improvements to correct or minimize deficiencies and to achieve and maintain compliance with NPS regulations and standards, executive orders and effect on safety and occupational health of employees and visitors. Directs implementation of Director's Order 50-A Worker Compensation Program (WCP) and leads case management for 70 plus cases per year.  .

Plans, organizes, and administers a scheduled series of comprehensive inspections of numerous facilities for storage of explosives, flammable gases and hazardous chemicals, vehicle maintenance (aircraft, watercraft, heavy equipment, and motor vehicles), carpentry, welding, painting, metal shops, and major warehouses. Serves as the subject matter expert and technical authority for safety and occupational health affecting more than 100 occupations in a variety of indoor and outdoor work settings and under extreme working conditions.

Conducts frequent safety surveys of over $1 billion in infrastructure which includes over 1,200 buildings, over 250 miles of roads, and 4 sewage treatment facilities to ensure safety standards are met and to develop mitigation strategies or implement safety measures to minimize risk and be compliant with laws and regulations. Reviews with full decision authority all NPS safety plans and drawings, concession and contracted construction projects for compliance with health and safety codes, and NFPA Life Safety Codes and for compatibility with environment conditions; coordinates with National Park Service concession management staff to ensure implementation of park safety programs for 22 separate concession operations. Integrates activities with appropriate agency and government officials on hazardous waste management program implementation for OSHA and EPA requirements and related laws. Adapts guidelines for removal of hazardous waste in remote inner canyon areas under extreme conditions.

Directs development of operational guidelines where existing codes and standards are not applicable, have not been adopted, or do not exist, often requiring policy changes with service-wide implications. Interprets codes, standards, guidelines, and regulations and uses practical and theoretical approaches to determine their applicability to specific situations of concern, which can lead to substantive changes to the program. Oversees an assessment program for conducting management evaluations of the park's safety and occupational health systems to control and/or mitigate hazardous working environments including preventing and controlling wildlife related diseases such as norovirus and tick-borne Relapsing Fever, heat stress, noise, asbestos, carbon monoxide, welding fumes, silica dust, solvent vapors, oxygen deficient atmospheres, toxic and explosive gases, UV, radon, and uranium radiation, waterborne diseases, blood borne pathogens, AIDS and Hepatitis B viruses, and chemical hazards.

Provides leadership and direction for development and implementation of risk management systems, strategic plans, processes and guidelines for:

1) Identifying new techniques, methods and processes for safety and risk management;

2) Preventing injury and death for NPS employees and associates (including contractors, concessionaires and volunteers), and the public on park properties;

3) Controlling and eliminating unsafe conditions and unsafe work practices that could otherwise cause personal injury and damage or destruction to park properties.

Oversees and coordinates the activities of the Employee Safety Committee (ESC). The primary function of the ESC is to assist management in implementing Operational Leadership at Grand Canyon National Park. The purpose of the ESC is to provide leadership in the development, implementation, education,

and involvement in safety with employees through direct engagement with employees, training, and education; providing a forum for employee input and concerns, improving communications between employees and management, and reinforcing the need for all employees to look out for one another and work together as a team.

**FACTORS**

**1. Knowledge and Skills Required by the Position:**

Expert knowledge of occupational safety and health management principles, procedures, and practices, body of laws, regulations, codes, standards, and precedent decisions applicable to high safety risk aircraft maintenance and repair, transportation, storage and use of explosives and flammable/toxic gases that bear on complex safety functions sufficient to plan, develop, implement or extend appropriate service-wide safety and health system, processes, programs, and hazard control techniques to minimize or eliminate unsafe operations/conditions in a major system of National Parks and Monuments. Broad knowledge and understanding of the NPS mission, philosophy, policy and guidelines; and Federal government administrative processes.

In-depth knowledge sufficient for effective risk mitigation and management for activities with inadequate or absent safety and risk standards, for example: permissible mold exposure levels, predatory animals, farming, vector-borne diseases (e.g. Hanta Virus, Plague), high angle work fall prevention, excessive heat exposure, Africanized bees, stock use, personal security in remote areas, whitewater operations, snowmobile operations, abandoned uranium mines, bicycle use, and off-road vehicle use.

Advanced knowledge of unique search and rescue procedures such as helicopter, swift-water boat, and backcountry trail operations to evaluate a range of proposed maneuvers including use of heavy equipment/vehicles, and night Search and Rescue personnel movements over extremely rough terrain and extreme environmental conditions.

Expert knowledge of the methods, techniques, and procedures of industrial work processes, work practices of specialized warehousing, maintenance, and materials handling, and fire protection and suppression trades sufficient to evaluate the programs, operations, facilities, equipment, and procedures and to recommend and implement new techniques/methods to minimize risk of human-machine and human-wildlife interactions

In-depth knowledge of laws and procedures pertaining to hazardous chemicals and hazardous waste management and waste minimization programs. Knowledge of related environmental health fields, such as public health and environmental protection (air and water pollution, pesticide control, drinking water, and food sanitation).

In-depth knowledge of Concessioner safety policies, practices and codes, some of which are multinational corporations (e.g Xanterra), sufficient to coordinate and integrate Federal-Concessioner employee interactions and operations of concessioner facilities and services as applicable to safety and

risk management.  For example: hotel/restaurant management/food safety; transportation of visitors by bus, van, helicopter, whitewater boat, and mule; knowledge of applicable laws and codes for operation, renovation, and construction of Park structures; and coordination of commercial use permits to ensure public safety and health.

Expert knowledge of human related environmental factors within the diverse settings of the park such as uranium mining sites and superfund cleanup sites.  Incumbent must be knowledgeable of the location and status of over 2,100 uranium mining claims and dozens of exploration sites distributed across over one million acres of northern Arizona watersheds, the physical distribution of related hazards, and their effects over time and to working conditions for employees and visitors to the park.

Highly developed skill in defining and implementing park-wide policies and procedures to mitigate human-machine interaction risks occurring from activities such as high explosives detonation (blasting), winter/spring snow removal, trail maintenance in highly exposed areas, waterline maintenance in extremely exposed areas (e.g., greater than 1,000 foot drop-offs), hazard tree management, fall protection, construction and retrofit activities, mechanized equipment and work practices, solid waste and wastewater treatment, high voltage systems, crane/lift activities, human wildlife interaction including endangered species, wildland and structural fire suppression, aircraft operations both fixed wing and rotor, law enforcement, emergency medical services, and rescue activities of high angle and swift water.

Expert knowledge and competence in safety requirements and considerations for personal protective equipment (PPE) use, major construction, heavy equipment, hazardous substances, powered machinery and tools, vehicles, law enforcement, fire control, rescue, EMS, material handling, fire protection systems, laboratories, and trades and crafts common to the National Park Service.  Thorough, in-depth knowledge of a wide range of safety products and their uses and limitations in order to identify and justify improvements over present equipment, or to motivate use of present equipment.

Detailed knowledge of and skill in accident investigation processes and ability to influence diverse stakeholders across Parks and Regions to gain access to information and people to effectively coordinate a widespread investigation or response across multiple park. Comprehensive knowledge of the accident (injury) reporting system required by the U.S. Department of Labor, the Federal Incident Command System, the Federal Employees' Compensation Act that covers such injuries and illnesses; and knowledge of the Federal Tort Claims Act-to complete required investigation evaluation, and documentation, and skill in data (statistics) systems design, compilation, analysis, and presentation.

Highly developed skill and ability to inspect and identify unsafe mechanical/physical conditions and work practices in a wide variety of high risk activities, including the ability to develop sound resolution plans. Skill in developing and implementing park-wide policies and procedures to protect the safety and health of high profile public figures visiting the Park, such as high ranking domestic and foreign government officials, business leaders, and celebrities.  Ability to coordinate efforts with Law Enforcement and Public Safety, security personnel such as Secret Service and others as needed.

### 2. Supervisory Controls

Receives supervision from the (SES) Superintendent's Office, who assigns overall objectives and authorizes support resources. The safety and occupational health manager and supervisor develop specific work requirements and due dates for the completed work. The safety and occupational health program is planned and carried out by the incumbent who interprets and applies safety directives and regulations consistent with general objectives, with wide latitude for independent action and exercise of initiative in making decisions, directing subject matter specialists as needed. Authority for resolution of complex or difficult problems is delegated by the supervisor. Completed work is reviewed for compatibility with agency policies and achievement of objectives. Incumbent exercises full technical and administrative independence in recognizing and responding to safety problems park-wide. Incumbent identifies and directs management emphasis toward excellence in safety by developing, recommending, and applying quality management processes and techniques directed towards management improvement. There is full independence to influence the establishment of safety as a park priority to achieve positive results. All recommendations and plans are considered technically sound and accepted without significant change. Review is only in terms of evaluating the effectiveness of recommendations, conformance to policy, or accomplishment of objectives.

### 3. Guidelines

Guidelines consist of a broad range of technical material including directives, regulations, public laws, safety administration manuals, textbook, technical data sheets, statutory manuals of applicable legislation; safety rules and procedures, policy statements; Executive Orders; procedural guidelines; and consensus standards such as ANSI (American National Standards Institute), and NFPA (National Fire Protections Association). The manager must exercise judgment and initiative in developing new safety criteria where existing codes and standards are not applicable, have not been adopted, or do not exist, often requiring policy changes with service-wide implications; for example, permissible mold exposure levels, predatory animals, farming, vector-borne diseases (e.g. Hanta Virus, Plague), high angle work fall preventions, excessive heat exposure, Africanized bees, stock use, personal security in remote areas, whitewater operations, snowmobile operations, abandoned uranium mines, bicycle use, and off-road vehicle use. Sound professional judgment and resourcefulness must be exercised to search for, select, interpret, and frequently adapt guidelines for safety management, and in drawing conclusions. Sound judgment and ingenuity are required to continually improve upon established methods and practices. Guidelines and procedures will be established by incumbent where none exist, or are reconciled by incumbent where existing procedures prevent the accomplishment of a given safety project, objective, or task.

### 4. Complexity

The safety and occupational health manager is responsible for planning, organizing, directing, coordinating, and implementing a complex, difficult, 24-hour a day park wide safety management program for a broad occupational field involving a wide variety of changing, highly hazardous work and operational problems, unique, non-conventional operations, environmental conditions, and dangerous

materials for system focused on identifying and improving the management of human, physical, and organizational systems, the prevention of property or time loss, and/or injury to employees and visitors. Incumbent devises new analytical procedures to identify and assess hazards in aircraft maintenance, search and rescue operations, high explosive detonation, exposed trail and pipeline maintenance activities in extremely rough terrain and environmental conditions, and fire protection requirements. The manager innovates and applies safety and occupational health procedures to resolve highly hazardous conditions and prescribes specialized safety practices to minimize the degree of risk to employees, visitors, concessionaires, and property.

Due to the unique characteristics of the geographically dispersed Grand Canyon National Park including cultural considerations and sensitivities, some work areas are located in isolated communities with well-established cultural norms that impact safety efforts, requiring deep knowledge of various Native American communities, each with very different cultural norms and customs as related to safety and health. The incumbent must have the capability to communicate safety issues effectively to a broadly diverse audience and ability to influence local community officials to effectively implement safety programs.

This position requires analysis of complex risks and development of creative solutions for safety requirements that are often in direct conflict with the National Park Service mission. For example, the incumbent will be required to develop and implement strategies to mitigate safety hazards and conform to National Fire Prevention Association (NFPA) and Occupational Safety and Health Association (OSHA) standards for over 860 historical (aging) buildings without altering building structure and compromising historical status; the incumbent will also develop safe trail and structure maintenance operating plans including proper work/rest ratios in areas with minimum tool requirements causing personnel to perform excessive manual labor over what would be required under conditions outside of the Parks (e.g., on trails requiring rock or building structure removal where use of a crane would be preferred over heavy human labor).

Because 40% of the approximately 5 million annual visitors are from other countries, international public health issues pose a significant risk and require current knowledge of international public health issues and status to mitigate spread of international infectious diseases and viruses to employees and visitors such as H1N1 influenza, Nile Virus, Hantavirus, Avian Flu, and Norovirus.

### 5. Scope and Effect

The purpose of the position is to provide comprehensive safety and occupational health services which include the assessment of complex safety program elements resulting from park operation requirements to ensure safety of personnel and visitors during search and rescue operations, backcountry use and maintenance in extreme environments, aircraft and watercraft operations, heavy equipment operation, construction and firefighting activities. The work requires the planning and implementation of safety actions and procedures involving a range of alternative courses of action to eliminate or control hazardous environmental and operational conditions. Program results affect the safe and effective utilization of a large-scale network of cultural, economic, and natural resources. The

work directly influences long-range and major management decisions in project planning and implementation, as well as final design of park facilities.

The incumbent is responsible for safe operations of a very large infrastructure including over 1,200 structures, over 860 historical or aging buildings, potentially 50,000 archeological sites, 4 sewage treatment facilities, and a 23 mile transcanyon water pipeline with over 500 employees and 5 million international and domestic public visitors per year with high public media exposure, community use buildings such as child care facilities, recreation centers, K-12 schools, banks, post offices, and Concessionaire buildings. The incumbent's responsibility area includes very diverse geologic and environmental features with a broad range of environmental effects including some of the most extreme working conditions in the Park Service such as broad seasonal fluctuations including extreme heat and aridity in summertime with temperatures in excess of 120 degrees Fahrenheit and summer Monsoon flash-flooding to icy and snowy trails and frequent hypothermia hazards in the wintertime, and extremely arid environment, extraordinarily steep and rough terrain, and high risk of exposure to falls ranging from a few feet to greater than one thousand feet, and extremely high annual visitor usage rates including nearly 100,000 visitor-use days on over 400 miles of backcountry trails, 230,000 visitor use days on the Colorado River, and construction projects located along fault lines, eroding surface material, and within potential flash flood and rock fall trajectories. Due to the visibility of Grand Canyon this position influences International Park safety policy decisions by interacting and sharing best practices with international Sister parks in countries such as China, Mexico, Taiwan, and Australia.

A broad range of safety hazards require mitigation for operations including over 300 backcountry search and rescue missions annually for the Preventative Search and Rescue (PSAR) program, the largest and most complex of its kind in the Park Service; swift water rescue missions in the Colorado River including long lining rescue personnel from helicopters; carpentry and maintenance  hazards in the high visitor-use areas of the Park; and hazards due to high-volume mule operations for approximately 22,000 visitor backcountry mule rides annually.

Incumbent directs a safety and occupational health program that sets the standards and requirements for all contracting companies such as construction, maintenance, and concessions contractors, impacting safe working conditions for several thousand government employees and government contractors.  Requires advance coordination and partnering with concessionaires and contractor companies to set, coordinate, and safety policies and emergency response operations. For example, incumbent influences Park Officials' ability to stop contractor work when an unsafe operating procedure is observed, requiring complex judgment in weighing options that could simultaneously impact safety of personnel and contractual obligations of the contractor.

### 6. Personal Contacts:

Contacts in person and/or via phone, mail and electronic mail are with Park, Regional, Washington staff, line and Safety Program management, park employees, Superintendents and park managers, project managers, law enforcement and public safety personnel, members of the public, Native American tribes and reservations, officials of international, federal, state and local government such as occupational

safety and health community including members of Occupational Safety and Health Administration (OSHA), Center for Disease Control (CDC), NPS Public Health, and Health and Human Services (HHS). Incumbent also has contacts with concession managers, insurance firms, lawyers, schools, laboratories, third parties in tort cases suppliers of safety products, professional organizations, libraries, and other community groups.

### 7. Purpose of Contacts

Contacts are for the purpose of influencing the establishment and accomplishment of annual safety goals and objectives, motivating appropriate park and service-wide Programmatic and Policy decisions and implementation, persuading and negotiating differences of opinion, motivating personnel to gain program support and compliance, gain input during process or system development, providing consultation service to parks, conducting injury investigations, coordinating of tort claim adjudications, conducting employee training, management of statistical programs, promoting incentive systems, evaluating of safety engineering projects (construction and rehabilitation), conducting evaluations and audits of safety systems; encouraging compliance with agency standards and regulations, maintenance of literature distribution and technical library services, implementing legislative changes, establishing records system, and writing and publishing safety news on a variety of subjects. Contacts are to communicate an effective safety management system, identify and influence or persuade action(s) to alleviate or correct actual or potential hazards. Frequently, contacts are to influence management decision/action which has major impacts upon operational plans, projects and management systems.

### 8. Physical Demands

The work requires inspection of a wide variety of field sites and a wide variety of physical structures in extreme environments and rough terrain. Requirements include lifting, walking, bending, crouching, reaching, or other similar physical activities normally found in routine office type environment. The scope and volume of work will cause an average mental stress level under a routine workload to a medium stress level under a heavy load of several priority projects being in motion at the same time. Physical exertion will be required on field trips involving investigations, inspecting, and operation evaluation. Work requires routine outdoor physical exertion activities such as walking, sitting, bending stooping, crouching, jumping, climbing, lifting light objects, stretching, or reaching. The work requires travel in a variety of aircraft and watercraft and occasional exposure to hazardous environments. Encounters high altitudes, temperatures in excess of 120 degrees and below 0 degrees Fahrenheit, steep and rugged trails, and the roughest white water rapids in North America.

### 9. Work Environment

The work requires inspections both indoors and outdoors and can range from well lighted, spaced, and temperature controlled offices to wilderness surroundings under natural light and uncontrolled temperature extremes. On-site visits require exposure to operating machines and equipment, moving parts, irritant chemicals, hazardous materials, high noise levels, hazardous fumes and dusts, and other hazardous occupational environments. As such incumbent is expected to conduct duties in a safe and orderly manner so as not to endanger self, fellow workers, or property.