IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Brian Drapeaux, et al.,<br><br>　　　　Defendants. | No. CV-19-08268-PCT-DLR<br><br>**ORDER** |

　　　　Before the Court are Plaintiff's motion for extension of time and amended motion for mandatory injunction. (Docs. 36, 38.) As the Court explained when denying Plaintiff's other post-termination filings in this case, the Court dismissed this matter on February 21, 2020. It is procedurally improper for Plaintiff to continue filing motions, herein, apart from motions that seek relief from the Court's February 21, 2020 order. (Doc. 33.) Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's motions (Docs. 36, 38) are **DENIED**. Plaintiff is again reminded that this case has been terminated. If Plaintiff wishes to request a new injunction, he must bring an entirely new case with the Court. He may not simply continue to request an injunction in this closed matter.

　　　　Dated this 24th day of July, 2020.

Douglas L. Rayes
United States District Judge