Elston L Stephenson (Plaintiff)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
September 28, 2020



U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Court,

Please receive and consider this NOTICE TO THE COURT OBSTRUCTION OF JUSTICE, TAMPERING WITH U.S. MAIL, AND RETALIATION in the case of STEPHENSON V DRAPEAUX.

Thank You


Sincerely,

Elston L Stephenson



NOTICE

Your Honor, on September 16, 2020 Plaintiff, in a meeting with GRCA Superintendent 3, was handed an oversized tape-sealed envelope and was told that it contained U.S. Mail from the Court to Plaintiff and that "someone" had opened it months earlier (X-10). When Plaintiff asked why someone would open his mail, he was told that they wanted to see if it was official. Plaintiff has received none of the Courts correspondences, decisions, etc. for several months. Plaintiff believes that DOI has opened, destroyed, or returned Court correspondences—U.S. mail clearly addressed to Plaintiff, and clearly addressed from the Court. These likely represent deliberate attempts to obstruct and impede Plaintiff's

1

exercise of his Constitutional right to participate and have vigorous representation before this Court as well felonies under at least 18USC §§1505, 1509, 1513. And U.S. Mail related federal crimes under the 18USC 1700 series. They stole and deprived me of my mail and Court documents to win, Your Honor.

These efforts by DOI appear to have deliberately sabotaged, derailed, cheated, and deprived Plaintiff's rights to participate in these proceedings before this Court. Obstruction of Justice.

These are currently the subject of an Office of Special Counsel complaint and investigation.

Plaintiff has officially notified the Secretary of the Interior. (Exhibit X-11)

Also, Your Honor, since participating in these proceedings and as a result of vigorous *Pro se* representation, Plaintiff has been bombarded with pressures by the GRCA Superintendent 6 and GRCA Deputy Superintendent 3 to be interrogated by the Office of the DOI Inspector General's third-party investigators. Pretext. Their overtures have taken on an air of desperation as they have resorted to cons like "We promise, you are not the subject of the investigation. We think you are a witness who has vital information…" or "This is most likely a complaint raised by a Postal employee, and you are a witness with valuable information." or "I don't see how this could have anything to do with your case."

Your Honor, DOI is clearly working with DOJ in this case. The matters before this Court are wide ranging. U.S. Attorney forfeited/Motioned for termination of the Rule 16 process—likely not foreseeing the contours and endurance of this case. Plaintiff regards these efforts as a 'back door' attempt at Discovery that U.S. Attorney unwisely terminated. These are attempts to permeate Plaintiff's case.

Importantly, Your Honor, a purpose of IG interrogations is to develop incriminating information on the interrogated—self-incrimination. As the Court well knows, Plaintiff has a Constitutional 5th Amendment right against such self-incrimination.

DOI/NPS/GRCA's desperation overtures are likely illegal. For the Superintendents would have no basis and no inside access to legitimate IG investigations to make such assurances. And as Plaintiff is representing *Pro se* and has never so much as mentioned the case—much less revealed details or strategy of his case; these GRCA Superintendents have no way of knowing the contours of this case and no basis to claim 'no conflict'. These are tricks—likely illegal, to con Plaintiff out of his rights in court.

Plaintiff has forwarded a request to the Secretary of the Interior to cease and desist. (Exhibit X-12)

Your Honor, respectfully, this Notice is to inform the Court in a timely manner of these developments and the danger now posed to Plaintiff for reporting them. DOI's actions are not just an attack on Plaintiff and the U.S. Mail; but an attack on the judicial process and this Court as well.

Please allow Plaintiff to prepare and file a Motion to assess and address the harm and plea for sanctions for DOI's actions. And protections against retaliation certain to come, i.e. Injunction.

Thank You, Your Honor.


Respectfully Submitted,

*[signature]*

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

# EXHIBIT X-10











# EXHIBIT X-11

# Due Deference Notification - GRCA Opening US Mail/Federal Court Documents, Notification to US District Court, DOJ, OSC

Stephenson, Elston L <elston_stephenson@nps.gov>
Tue 9/29/2020 4:37 AM

To: dwbernhardt@ios.gov <dwbernhardt@ios.gov>; Greenblatt, Mark L <mark_greenblatt@doioig.gov>
Cc: Keable, Edward T <edward_keable@nps.gov>; Burnette, Chris C <chris_burnette@nps.gov>; Rowe, Louis R <Louis_Rowe@nps.gov>

Mr. Secretary,

Sir, Good Morning.

On September 19, 2020 I was informed by the GRCA Deputy Superintendent, Operations that on at least one occasion someone had deliberately opened my US Mail.

As You know, I have a federal case in US District Court, Arizona against GRCA Deputy Superintendent Brian Drapeaux.

On at least one occasion these were Court documents clearly addressed to me, clearly sent by the Court.

Sir, respectfully, as You know; these are several 18USC felonies---both with respect to the US Mail, and interfering with federal court proceedings/obstruction of justice.

I have notified the Court, the Justice Department directly, and the Justice Department through the Office of Special Counsel.

Thank You, Mr. Secretary.


Very Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

## Re: Due Deference Notification - GRCA Opening US Mail/Federal Court Documents, Notification to US District Court, DOJ, OSC

Stephenson, Elston L <elston_stephenson@nps.gov>
Tue 9/29/2020 5:29 AM

**To:** dwbernhardt@ios.gov <dwbernhardt@ios.gov>; Greenblatt, Mark L <mark_greenblatt@doioig.gov>
**Cc:** Keable, Edward T <edward_keable@nps.gov>; Burnette, Chris C <chris_burnette@nps.gov>; Rowe, Louis R <Louis_Rowe@nps.gov>

Mr. Secretary,

Correction Sir; the date was September 16, 2020.

Thank You, Mr. Secretary.


With Apologies,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

---

**From:** Stephenson, Elston L
**Sent:** Tuesday, September 29, 2020 4:37 AM
**To:** dwbernhardt@ios.gov <dwbernhardt@ios.gov>; Greenblatt, Mark L <mark_greenblatt@doioig.gov>
**Cc:** Keable, Edward T <edward_keable@nps.gov>; Burnette, Chris C <chris_burnette@nps.gov>; Rowe, Louis R <Louis_Rowe@nps.gov>
**Subject:** Due Deference Notification - GRCA Opening US Mail/Federal Court Documents, Notification to US District Court, DOJ, OSC

Mr. Secretary,

Sir, Good Morning.

On September 19, 2020 I was informed by the GRCA Deputy Superintendent, Operations that on at least one occasion someone had deliberately opened my US Mail.

As You know, I have a federal case in US District Court, Arizona against GRCA Deputy Superintendent Brian Drapeaux.

On at least one occasion these were Court documents clearly addressed to me, clearly sent by the Court.

Sir, respectfully, as You know; these are several 18USC felonies---both with respect to the US Mail, and interfering with federal court proceedings/obstruction of justice.

I have notified the Court, the Justice Department directly, and the Justice Department through the Office of Special Counsel.

Thank You, Mr. Secretary.

Very Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

# EXHIBIT X-12

September 15, 2020

Mr. Secretary,

Sir, good morning.

As you know, I have a federal US District Court case against GRCA Dep Superintendent Drapeaux for stalking my home, and an EEOC case against DOI in its final stage awaiting a hearing before a federal Administrative Judge.

I request that these legal proceedings be allowed to move to their conclusions without interference.

Much bad has gone on here at Grand Canyon National Park which can be determined while awaiting the court cases to come to their conclusions. Nothing is lost. In fact, much is gained.

Respectfully, wait for these conclusions before forcing me to 'interview'.

Forcing me to 'interview' with the Inspector General (or third parties) violates the law, the courts, and Discovery in both cases, and my Constitutional right against 'self-incrimination'.

Insofar as the U.S. Attorney—prosecutors are the opposing counsel in the stalking case; in addition to violating my 5th Amendment right, it creates jeopardy for me.

My intention all along has been to go through the courts to seek justice and to protect my workers and visitors, and my park from getting hurt, and to end Grand Canyon National Park's Racism.

While I am representing myself pro se; acts of intimidation, retaliation, and attempts to undermine my rights or the cases in federal court will be reported to the courts, and force me to very publicly seek legal representation.

Respectfully, the story right now is that bad people running Grand Canyon National Park did bad things. And that new people have shown up to fix it.

Retaliation, of any sort, and/or attempts to undermine my cases, harm or intimidate me changes the story and puts everyone involved in jeopardy.

Respectfully, I ask and recommend that whatever investigation takes place, takes place without me until the court cases resolve and can be used as facts and findings added to the investigations. And that my rights are not violated, and no intimidation or retaliation are directed at me.

Thank You.

Sincerely,

*[signature]*

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727


Cc: Douglas L. Rayes, United States District Judge
    Equal Employment Opportunity Commission