Elston L Stephenson (Plaintiff)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
September 30, 2020

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Clerk of the Court,

Good Morning.

My name is Elston L Stephenson, Plaintiff in the case of STEPHENSON V DRAPEAUX.

As my NOTICE explains, I recently discovered very disturbing events—that the DOI/NPS/Grand Canyon National Park folks have been opening and likely diverting and destroying my U.S. Mail—Court documents in this case.

I was very upset when I found this out and wanted to let the Court know immediately.

I was so upset that I hastily packaged the wrong pile of papers.

This is the correct set of documents. Please supersede the first set with these.

I really do believe I am in great and certain danger of retaliation for reporting these things to the Office of Special Counsel, the Secretary of the Interior, and to the Court.

Please see that the Judge gets these immediately.

Thank You.

Very Sincerely,

*Elston Lucas Stephen* (signature)

Elston L Stephenson, OHST
Safety Health, & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

1

Elston L Stephenson (Plaintiff)
Case 3:19-cv-08268-DLR
P.O. Box 129
Grand Canyon, AZ 86023
September 30, 2020

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Clerk of the Court,

Good Morning.

My name is Elston L Stephenson, Plaintiff in the case of STEPHENSON V DRAPEAUX.

As my NOTICE explains, I recently discovered very disturbing events—that the DOI/NPS/Grand Canyon National Park folks have been opening and likely diverting and destroying my U.S. Mail—Court documents in this case.

I was very upset when I found this out and wanted to let the Court know immediately.

I was so upset that I hastily packaged the wrong pile of papers.

This is the correct set of documents. Please supersede the first set with these.

I really do believe I am in great and certain danger of retaliation for reporting these things to the Office of Special Counsel, the Secretary of the Interior, and to the Court.

Please see that the Judge gets these immediately.

Thank You.

Very Sincerely,

*Elston Lucas Stephen*

Elston L Stephenson, OHST
Safety Health, & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

1