A.    Director's Order #50B outlines the NPS, Regional, Park Unit Managers, Safety Managers, and Supervisors responsibilities related to creating and maintaining safe activities and promoting a safety culture.  GRCA's safety plan would include site specific issues not necessarily covered by the Director's Order.

Q.    Do you have any knowledge of the Superintendent refusing to approve/sign the GRDA park Safety Plan and Strategy?

A.    No.  To my knowledge no safety plan was submitted for approval.

Q.    Is the Superintendent required to approve/sign a GRDA Park Safety Plan and Safety Strategy?

A.    Upon final drafting and review documents will be sent to the Superintendent for signature.

Q.    Has the Superintendent in the past approved/signed off on GRDA Park Safety Plan and Safety Strategies?  If so, when did he/she sign off on such GRDA Park Safety Strategies?

A.    I am unaware of past activities related to the Superintendent and Safety Managers activities.

Q.    What is the significance of the Superintendent refusing to sign approve/sign off on the GRDA Park Safety Plan and Safety Strategy?

A.    When a completed and vetted document is produced, the Superintendent would sign.

The NPS has a policy, Director's Order #50B that provides guidance to parks on how to implement occupational safety and health management policies and procedures.  It is available on line.

**14.    In July 2019, the Superintendent denied his request to be removed from the direct report of his supervisor.**

Q.    Has Complainant requested to be removed from being a direct report of yours? If so, what is the stated reason he has provided?

A.    It is my understanding that Elston has met with Woody Smeck, Acting Superintendent,  and made that request and I am unaware of the reasoning.  Elston sent an email on February 8, 2019 advising me to "Please save your time and energy on supervising me."   I responded that I had not been informed by anyone that his supervisor had changed and that I would remain his supervisor.

3

Initials 

Exhibit

F-3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

**In the Matter of Elston L. Stephenson**
**Complaint Number: NPS-18-0460**
**Agency: United States Department of Interior**
**National Park Service**

**<u>STATEMENT OF WOODY SMECK</u>**
**<u>RESPONSIBLE MANAGEMENT OFFICIAL</u>**

My name is Woody Smeck. My job title is Superintendent; grade GS-0025-15, National Park Service, Sequoia and Kings Canyon National Parks, Three Rivers, CA. I have been in my position since April 2013. I have worked for the Agency since July 1991. My telephone number during the day is 559-565-3101.

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and United States Department of Interior policy and National Park Service policy to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against the Untied States Department of Interior and National Park Service. I must provide a statement for the investigative report, which is true, and complete to the best of my knowledge and which discloses all of my firsthand knowledge having a bearing on the merits of the complaint. My statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulation as well as those of the United States Department of Interior and National Park Service. The Complainant and the appropriate Departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear the statement that follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raised with me by the investigator.

I have the right to review my statement prior to signing it, and may make initialed corrections if it is incomplete or inaccurate. I have a right to receive a copy of the signed statement.

**<u>Background</u>**

Q.   What is your race?

A.   White

Q.   What is your job title?

Initials   *WS*

1  A.  No.
2
3  Q.  As Acting Superintendent were you required to approve/sign a GRDA Park
4      Safety Plan and Safety Strategy?
5
6  A.  The unit superintendent is the approving official for the safety plan.
7
8  Q.  Have you as Acting Superintendent approved/signed off on GRDA Park Safety
9      Plan and Safety Strategies?  If so, when?
10
11 A.  No.  Mr. Stephenson had prepared a draft plan prior to my arrival.  The plan was
12     reviewed by the deputy superintendents.  They provided to me a copy of their
13     handwritten comments and notations for revisions in June 2019.  I reviewed the
14     comments and notations and provided the original to Mr. Stephenson on July 29,
15     2019, along with written instructions to complete revisions by December 31,
16     2019.
17
18
19     **14.     In July 2019, the Superintendent denied his request to be removed**
20            **from the direct report of his supervisor.**
21
22 Q.  Has Complainant requested to be removed from being a direct report of Mr.
23     Drapeaux? If so, what is the stated reason he has provided?
24
25 A.  Yes.  The reason provided was that he had filed a formal EEO complaint against
26     Mr. Drapeaux and, as a result, should be supervised by the Superintendent.
27
28 Q.  Was Complainant's request denied by you?
29
30 A.  Yes.  I responded via email on June 27, 2019 and through direct conversation that
31     as Acting Superintendent, I did not have capacity to provide direct supervision of
32     the safety officer and safety program.  I also stated that the permanent
33     superintendent may choose to review the current reporting structure and make
34     changes based on what they felt would promote the efficiency of the government.
35
36     **15.     He was denied performance counseling, EPAP development, and IDP**
37            **development and maintenance.**
38
39 Q.  What is meant by "performance counseling"?
40
41 A.  Counseling about performance is a supervisory function to provide performance
42     support to a subordinate employee.  Performance support may include addressing
43     performance concerns, clarify performance expectations, or providing
44     performance support aids or training.
45

# Exhibit

# F-4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

**In the Matter of Elston L. Stephenson**
**Complaint Number: NPS-18-0460**
**Agency: United States Department of Interior**
**National Park Service**

**STATEMENT OF SARAH CREACHBAUM**
**RESPONSIBLE MANAGEMENT OFFICIAL**

My name is Sarah Creachbaum. My job title is Superintendent, grade GS- 15, National
Park Service, Olympic National Park; Port Angeles, WA. I have been in my position
since November of 2012. I have worked for the Agency since 1998. From March 28th to
May 30th I served as acting superintendent, Grand Canyon National Park, Grand Canyon,
AZ. My telephone number during the day is (360) 565-3002.

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations and United States Department of Interior policy and
National Park Service policy to cooperate fully and promptly with the investigator who
has been assigned to conduct a thorough and impartial investigation into a complaint of
discrimination against the Untied States Department of Interior and National Park
Service. I must provide a statement for the investigative report, which is true, and
complete to the best of my knowledge and which discloses all of my firsthand knowledge
having a bearing on the merits of the complaint. My statement is provided under oath (or
affirmation), without a pledge of confidentiality, in accordance with Equal Employment
Opportunity Commission rules and regulation as well as those of the United States
Department of Interior and National Park Service. The Complainant and the appropriate
Departmental officials involved in the EEO complaint process will receive the entire
investigative file. I have the right to review my statement prior to signing it and may
make initialized corrections if it is incomplete or inaccurate. I have the right to receive a
copy of the signed statement.

Having been advised of the above information about my role as a witness in the
investigative process, I solemnly swear the statement that follows is true and complete to
the best of my knowledge and belief, and addresses the issues and concerns raised with
me by the investigator.

I have the right to review my statement prior to signing it, and may make initialed
corrections if it is incomplete or inaccurate. I have a right to receive a copy of the signed
statement.

**Background**

Q.      What is your race?

A.      White

1                                    Initials _MSC 10/21/19_



Creachbaum, Sarah <sarah_creachbaum@nps.gov>

## CL comments on - Fwd: Pleas Review/Input: Draft - GRCA Safety Plan
1 message

**Christine Lehnertz <**chris_lehnertz@nps.gov>                                                  Mon, Apr 1, 2019 at 8:22 AM
To: Sarah Creachbaum <Sarah_Creachbaum@nps.gov>
Cc: Nicole Koehlinger <nicole_koehlinger@nps.gov>

Hi Sarah,

A couple of comments that I promised on the draft safety plan for the park.

The new parkwide strategic plan for 2020-2025 includes two action items for safety, health, and wellness.  Perform an updated self assessment with the national safety web tool, and prioritize safety actions based on the results in order to bite off doable chunks in a parkwide safety plan. The connection between these two plans needs to be intentional.

Comments:

(1) The draft safety plan that Elston has shared is modified slightly from the national template. However, it lists 45 different safety programs without differentiating priorities like high-medium-low, to make their development realistic at GRCA. If all are listed as "due now" and deficient if not immediately done, it creates a tremendous "gotcha" scenario. If the GRCA safety program could get onto a priority setting path it would really help the park.

(2) We are trying to build a park Safety, Health and Wellness Office at GRCA, not just a single Safety and Health Officer position. As long as we lean toward the "safety hero" model it will be difficult to build a system for safety that can be integrated and owned by all employees. My suggestion would be to use the plan to delineate the roles and responsibilities of the SH&W Office (which has <u>two</u> positions for now, with the GS-11 still vacant) rather than solely the S&H Officer. Also, there may be a misunderstanding that collateral duty applies to GRCA.  As you know, that is the model for small parks that don't have full time safety professionals.

Thanks so much.

Chris

Chris Lehnertz
415-652-8811

*Grand Canyon National Park's priority is to create a respectful and inclusive workplace where employees can be safe, feel secure, and find support.*

Begin forwarded message:

> **From:** "Stephenson, Elston" <elston_stephenson@nps.gov>
> **Date:** March 26, 2019 at 6:04:20 AM MST
> **To:** NPS GRCA Executive Team <grca_executive_team@nps.gov>
> **Subject: Pleas Review/Input: Draft - GRCA Safety Plan**
>
> Good Morning Everyone,
>
> Please receive and review this GRCA Safety Plan draft.
>
> This is straight from the format forwarded to me from WASO.

Recommend we make as few changes as possible, and 'put us on the board'. Then come to the table semi-annually—using the 6 months to formulate inputs at for the end of each 6 month period.

Thank You.


Sincerely,

Elston
928-255-8727

---

**2 attachments**

 **noname.html**
1K

 **GRCA SHW-Management Plan - Grand Canyon Draft v2.docx**
110K



Creachbaum, Sarah <sarah_creachbaum@nps.gov>

## Re: PSET Material for Consideration 4/2/2019 - Red Cross Training, GRCA Safety Plan
1 message

**Stephenson, Elston** <elston_stephenson@nps.gov>                                    Fri, Apr 5, 2019 at 3:16 PM
To: "Drapeaux, Brian" <brian_drapeaux@nps.gov>
Cc: Sarah Creachbaum <sarah_creachbaum@nps.gov>

Brian,

Thank You.

Respectfully, the goal at this stage is simply to buy ourselves the 'Christmas tree'. That's why no language was changed from the WASO template.

The process that You recommend seems ideal for 'hanging the ornaments, the popcorn, the lights'—the language on the 'Christmas tree' later as part of the review process—of which there will be several that should, ideally, include the Safety Health & Wellness Committee.

I'd simply like to get us on the board without delay. Ditto for the remaining 5 outstanding Written Programs.

Most parks that I've polled don't even have this.

Respectfully, we must create momentum.

This creates momentum which will cause other things to flow.

Thank You.

Sincerely,

Elston
928-255-8727

On Fri, Apr 5, 2019 at 3:00 PM Drapeaux, Brian <brian_drapeaux@nps.gov> wrote:
Hi Elston,
Looking to formulate specific language for the GRCA Safety Plan at PSET is probably not the correct forum.  I would recommend something to the extent that Robin Martin used in finalizing the Strategic Plan.  Announce at PSET, get concurrence for a date and time and then provide the team with language that you consider to be appropriate and suggest edits and updates to that language.  I find here it is always better to give people something to discuss rather than an open ended discussion.  These are my suggestions and you can take them or leave them, but I have found this approach to be successful.

Let me know what you think.

thanks,
Brian

Brian Drapeaux
Deputy Superintendent, Business Operations
Grand Canyon National Park

P.O. Box 129
Grand Canyon AZ 86023
928-638-7945  Phone
928-638-7815  Fax
Brian_Drapeaux@nps.gov

On Tue, Apr 2, 2019 at 7:02 AM Stephenson, Elston <elston_stephenson@nps.gov> wrote:

Good Morning PSET,

Please receive these 'pieces' for your review, thoughts and discussion (GRCA Safety Plan draft, Red Cross first aid/CPR/AED sign up as of April 2, 2019)

As mentioned in the Friday March 29, 2019 email, we have very few 'committeds' for the training. And that Red Cross apportions their instructors (1:12) based on the number of attendees.

The estimate that we gave Red Cross was for approximately 100 persons.

As of today there are 27 people signed up (across all days offered), with another 17 pledged, but needing to secure a date.

If approximately 50 persons total is the reality, we must communicate this to Red Cross immediately so that they are not turning down other training assignments base on overly optimistic estimates on our part.

Please pass along updates to the Excel sheet (in red) by Thursday so that I can share with Red Cross by Friday.

GRCA Safety Plan.  Please take a look at the draft of the GRCA Safety Plan. We don't have a Plan.  As far as I can tell, we've never had a Plan.

As I shared a couple of weeks ago, this is a standard template that I received from WASO. All that was changed was to insert GRCA in the appropriate places.

Please formulate your thoughts and inputs for a discussion at next week's input so that we can pass it to the Superintendent for signature.

Please view this as not an end point, but as a starting point with review semi-annually.

But we must get 'on the board'.

Thank You.


Sincerely,

Elston
928-255-8727

# EXHIBIT X-19

**ONPS Budget Presentation Request for Strategic Focus**

Lewis, Jill K <Jill_Lewis@nps.gov>
Wed 2/12/2020 4:28 PM
**To:** NPS GRCA Executive Team <grca_executive_team@nps.gov>; Ringsven, Sharon K <Sharon_Ringsven@nps.gov>

Hello All,

We wanted to get this out to you sooner than later so you would have a little time to prepare. We are asking Division Chiefs to do a 30 min. max presentation on your ONPS budget to the group. You may bring a budget person if you wish. We anticipate covering the budget the first day of the strategic focus meeting, but I will let the Green Team get back to us on that.

Ground Rules:

- Presenting only for ONPS FY 2020.
- Presentations are informational only.
- Provide Power Point presentations to include:
  - Division Allocation.
  - Budget breakdown by object class.
  - Position Management to include current staffing, planned vacancies to fill this year and future hopes.
  - Update on critical information about your budget and staffing that affects other divisions.
  - Summary and closing remarks.

Thanks!

Below are Division's FY20 ONPS allocations, we are expecting a flat budget of $21.6 million. Adjustments may be necessary depending on the final ONPS allocation to the park (Exhibit B).

| FC | Division | FY 2019 | FY20 Initial Proposed | FY20 Requests | | FY20 Final Allocation |
|---|---|---|---|---|---|---|
| GRCA00 | Parkwide Ops | $2,343,695 | $1,670,000 | $1,670,000 | | $1,670,000 |
| GRCA00 | Contingency Reserve | 0 | $270,000 | $270,000 | | $270,000 |
| GRCA00 | Computers | $100,000 | | $190,000 | | $190,000 |
| GRCA00 | Safety, Health and Wellness | | | $40,000 | | $40,000 |
| GRCA00 | Perf. Awards | $230,000 | | $200,000 | | $200,000 |
| GRCA00 | Parkwide Training | $100,000 | | $100,000 | | $100,000 |
| GRCAS0 | Supt | $1,868,800 | $1,750,000 | $1,650,000 | | $1,650,000 |
| GRCA10 | Admin | $1,159,050 | $1,595,000 | $1,562,115 | | $1,550,000 |
| GRCA20 | SRM | $1,930,320 | $2,146,000 | $2,501,178 | | $2,100,000 |
| GRCA30 | Conc. | $16,455 | $16,500 | $16,500 | | $16,500 |
| GRCA50 | PEP | $450,600 | $450,000 | $450,000 | | $450,000 |
| GRCA60 | VRP | $6,061,290 | $5,700,000 | $7,259,614 | | $5,646,000 |
| GRCA70 | Aviation | $527,260 | $580,000 | $801,102 | | $525,000 |
| GRCA80 | Interp | $2,572,860 | $2,500,000 | $3,007,946 | | $2,500,000 |
| GRCA90 | FMD | $4,677,170 | $5,000,000 | $5,648,078 | | $4,700,000 |
| | Total | $21,607,500 | $21,607,500 | $25,366,533 | | $21,607,500 |
| | | | | $3,759,033 | | |

Additional Guidance:

Divisions need to balance/program 10-575s to match these numbers by February 4, 2020 so the budget office can run and save a parkwide 10-575. These will also be due to Region at some point.  Authorized amounts in local account should be set to match these numbers by budget staff.

Divisions are allowed to over program based on historic/known attrition, however, you cannot over spend. Historically the park has had about 15-17% lapse rate.

Divisions will need to update your org charts to reflect this budget. Color coded as follows: Green = Permanent Occupied, Yellow = Permanent Vacant (Plan to fill in current FY) Red = Permanent & Seasonal Vacant not sure when will fill (inside box also says PFT or Seasonal) Blue = Seasonal Occupied

The budget office will hold a meeting in January with all budget staff to go over programming and executing allocated budgets in AFS4 this year so all are on the same page. Programming will be actively reconciled using CCR and updated throughout the fiscal year.

**ONPS Budget Presentation Request for Strategic Focus**

Lewis, Jill K <Jill_Lewis@nps.gov>
Wed 2/12/2020 4:28 PM
**To:** NPS GRCA Executive Team <grca_executive_team@nps.gov>; Ringsven, Sharon K <Sharon_Ringsven@nps.gov>
Hello All,

We wanted to get this out to you sooner than later so you would have a little time to prepare. We are asking Division Chiefs to do a 30 min. max presentation on your ONPS budget to the group. You may bring a budget person if you wish. We anticipate covering the budget the first day of the strategic focus meeting, but I will let the Green Team get back to us on that.

Ground Rules:

- Presenting only for ONPS FY 2020.
- Presentations are informational only.
- Provide Power Point presentations to include:
  - Division Allocation.
  - Budget breakdown by object class.
  - Position Management to include current staffing, planned vacancies to fill this year and future hopes.
  - Update on critical information about your budget and staffing that affects other divisions.
  - Summary and closing remarks.


Thanks!

Below are Division's FY20 ONPS allocations, we are expecting a flat budget of $21.6 million. Adjustments may be necessary depending on the final ONPS allocation to the park (Exhibit B).

| FC | Division | FY 2019 | FY20 Initial Proposed | FY20 Requests | | FY20 Final Allocation |
|---|---|---|---|---|---|---|
| GRCA00 | Parkwide Ops | $2,343,695 | $1,670,000 | $1,670,000 | | $1,670,000 |
| GRCA00 | Contingency Reserve | 0 | $270,000 | $270,000 | | $270,000 |
| GRCA00 | Computers | $100,000 | | $190,000 | | $190,000 |
| GRCA00 | Safety, Health and Wellness | | | $40,000 | | $40,000 |
| GRCA00 | Perf. Awards | $230,000 | | $200,000 | | $200,000 |
| GRCA00 | Parkwide Training | $100,000 | | $100,000 | | $100,000 |
| GRCAS0 | Supt | $1,868,800 | $1,750,000 | $1,650,000 | | $1,650,000 |
| GRCA10 | Admin | $1,159,050 | $1,595,000 | $1,562,115 | | $1,550,000 |
| GRCA20 | SRM | $1,930,320 | $2,146,000 | $2,501,178 | | $2,100,000 |
| GRCA30 | Conc. | $16,455 | $16,500 | $16,500 | | $16,500 |
| GRCA50 | PEP | $450,600 | $450,000 | $450,000 | | $450,000 |
| GRCA60 | VRP | $6,061,290 | $5,700,000 | $7,259,614 | | $5,646,000 |
| GRCA70 | Aviation | $527,260 | $580,000 | $801,102 | | $525,000 |
| GRCA80 | Interp | $2,572,860 | $2,500,000 | $3,007,946 | | $2,500,000 |
| GRCA90 | FMD | $4,677,170 | $5,000,000 | $5,648,078 | | $4,700,000 |
| | Total | $21,607,500 | $21,607,500 | $25,366,533 | | $21,607,500 |
| | | | | $3,759,033 | | |

Additional Guidance:

Divisions need to balance/program 10-575s to match these numbers by February 4, 2020 so the budget office can run and save a parkwide 10-575. These will also be due to Region at some point.  Authorized amounts in local account should be set to match these numbers by budget staff.

Divisions are allowed to over program based on historic/known attrition, however, you cannot over spend. Historically the park has had about 15-17% lapse rate.

Divisions will need to update your org charts to reflect this budget. Color coded as follows: Green = Permanent Occupied, Yellow = Permanent Vacant (Plan to fill in current FY) Red = Permanent & Seasonal Vacant not sure when will fill (Inside box also says PFT or Seasonal) Blue = Seasonal Occupied

The budget office will hold a meeting in January with all budget staff to go over programming and executing allocated budgets in AFS4 this year so all are on the same page. Programming will be actively reconciled using CCR and updated throughout the fiscal year.

# EXHIBIT S

1/13/2020        DEPARTMENT OF THE INTERIOR Mail - Stephenson Federal Court Material v DOI/NPS - Falsified/Faked Aviation Accident Investigations



Stephenson, Elston <elston_stephenson@nps.gov>

---

## Stephenson Federal Court Material v DOI/NPS - Falsified/Faked Aviation Accident Investigations

Stephenson, Elston <elston_stephenson@nps.gov>                                      Wed, Dec 11, 2019 at 7:29 AM
To: David Bernhardt <dwbernhardt@ios.doi.gov>, Mark Greenblatt <mark_greenblatt@doioig.gov>

Secretary Bernhardt, General Greenblatt

Good Morning.

Please receive this Motion that is before the U.S. District Court (Phoenix). And notification that I intend to take this to trial to stop the stalking of me and other harassing, targeting conduct. And regrettably, I have had to turn away the much appreciated IG Investigations to investigate the recent falsified 16E process and another bizarre extra-IG/legal investigation targeting me because, although only a pre-law grad and not a lawyer; I could see that they presented at least 4th, 5th, and 14th Amendment violation problems as the U.S. Attorney is involved, and this matter is before a federal court. This is particularly true if the persons, processes, and 'investigations' involved are deposed.

Sir, please also urgently know that I have encountered what appears to be 2 instances of 'pencil whipping' aviation accidents. I have no indication that this is more widespread than the two that I have personally encountered.

Mr. Secretary, Inspector General, respectfully, I promise You if we don't conduct serious, legitimate investigations they will not withstand the litigations which will accompany accidents like these which are statistically certain to occur during the upcoming, massive Transcanyon Pipeline construction—particularly in the case of serious injury or loss of life.

Returning to the court matter; Sir, unfortunately, the GRCA Deputy Superintendent committed several instances of perjury with the U.S. Attorney's Office, and this federal U.S. District Court (Phoenix).

Sir, unfortunately, You will find in the Motion several other instances of falsifying statements and documents by the Deputy Superintendent and Superintendent 2 along with instances of others; falsifying the uranium reports by IMR, falsifying the 16E Investigation by Superintendent 2, falsifying OSHA statements and documents by Superintendent 2—nearly 2 dozen instances of falsified statements in EEOC deposition/testimony by Deputy Superintendent that all paint a picture of a culture that I have been reporting to You virtually since joining NPS. These are included to demonstrate and 'walk the Court' through a 'Pattern of Conduct' which culminated with the GRCA Superintendent feeling confident, in his sense of impunity to show up (stalk) my home in retaliation. And to illustrate to the court the impropriety by stating the obvious; if I were a female, no one would be arguing otherwise. He would likely be out of a job.

A court of law before a federal judge should firmly establish, find, and pronounce these, and the culture as fact.

Please, Sir; in addition to felonies, this culture of loose integrity and looseness with propriety and the truth runs the risk of getting someone killed.

Indications are that NPS may be faking aviation accident investigations. While this material is not yet ready for court; this 70% local finding is enough to beg for action in the interest of preventing dramatic, potentially catastrophic accidents.

Sir, I have recently encountered serious problems with NPS' 'investigations' of helicopter accidents. These problems; namely that no one has gone to the accident scenes to conduct their 'investigation' or interview key witnesses may have led to Grand Canyon National Park's most recent jettisoning—dumping 5,000lbs of piping from the air onto the Park of visitors below.

On October 7, 2019 a Kaman 'KMax' K-1200 helicopter contacted 7.2kv/12.47kv powerlines with the loadline of the lift it was attempting to extract from Grand Canyon's Indian Garden's pumping station which is responsible for providing water to the entire Park. The incident knocked the computerized SCADA pumping system offline and unable to pump water. Video shows the pilot was in great distress with his aircraft. Likely exceeding the 25deg pitch limits. (video attached)

Just 21 days later, on October 28, 2019 a Boeing CH-47 attempting to sling load 5,000lbs of water piping into the very same Indian Gardens pumping station experienced 'settling with power'/vortex ring state and frantically dumped/jettisoned the 5,000lb external load onto the Park below in an effort to prevent the huge aircraft from crashing into the ground.

Case 3:19-cv-08268-DLR   Document 45-1   Filed 10/08/20   Page 18 of 29

1/13/2020        DEPARTMENT OF THE INTERIOR Mail - Stephenson Federal Court Material v DOI/NPS - Falsified/Faked Aviation Accident Investigations

Nearby are permanent rest spots and makeshift campsites/rest sites heavily trafficked by visitors. Luckily no one was injured or killed. (video attached)

Sir, I hiked the 11 miles down and back to Indian Gardens to conduct my investigation on October 26, 2019 when it became clear that no serious investigation had been conducted—no ground witnesses (such as the ones filming the video and reacting to the wire strike, the APS power company which is troubled by this, or the responding SCADA expert) had been interviewed. And most importantly; no 'investigator' went to the site—even though the incident was 'investigated'. What I found was shocking to any experienced or formally trained accident investigator or aviator. The landing zones (LZs) and pads were so overgrown with trees that lowering an external load was literally like threading a needle. It was surrounded by trees at least 20-30ft high. The LZ pads are literally covered with the shadows of the canopy of the trees above. (video attached)  At 3,290ft MSL and accounting for DA; aircraft can easily be operating at conditions equalling 5,000-6,000 feet—the 'high' of the venerable 'hot, high, and heavy' condition that helicopter pilots worry about. (attached)

The video shows that crews have been flirting with disaster by flying so close to live electrical lines—likely for years.

More importantly however, the trees force the helicopters (with their 50ft lines ÷ 10ft for loads) into 'out of ground effect' (OGE) hovers devouring precious power (power required) and leaving little-to-no power available margin in case of emergencies.

Conducting a serious investigation—going to the accident scene/site of the first incident would have resulted in the changes that would have averted the second accident.

A legitimate, serious investigation would have readily observed the trees as hazards and had them chopped down or greatly trimmed.

When the CH-47 arrived, the trees forced the aircraft into a 90ft ÷ OGE hover (50ft line + 10ft load ÷ 30ft tree). According to Hover Power Charts (attached) in the operator's manual (which depict 80ft as the top of the IGE range); forcing the aircraft into the overgrown LZ deprived it of the power available of 'in ground effect' IGE (less power required) would have provided. And would have taken less time (surgical skill) to place the load on the LZ.

Further, this task (delivering the piping) was an 'audible' hastily called for and with hastily/little planning. The deliberate mission was delivering material to Phantom Ranch at the very bottom of the Canyon. The 'low time' in 'type' pilot had just earlier been repeatedly landing loads at Phantom Ranch—a wide open LZ with no obstacles and the ability to execute in favorable IGE conditions. After several loads all day long, in favorable conditions in an LZ, literally the size of a football field, this inexperienced pilot likely developed a 'muscle memory'. When suddenly tasked with landing a load in higher DA, obstacled LZ, in OGE, 'Negative Habit Transfer' likely took over and this pilot in an aircraft which should never have had power problems—and mechanically attempting the same maneuver exceeded the 300ft/min rate of descent needed to induce vortex-ring-state, and hastily 'punched' his 5,000lb load of piping to prevent crashing into the ground. Again—with hikers and campers all around Indian Gardens; it was only luck that someone below did not get killed.

Conducting a legitimate investigation, instead of 'pencil whipping' or 'desktop investigating' on October 7, 2019 would have eliminated the trees and prevented the October 28, 2019 accident. A simple look at the charts shows that 10-15% power required (IGE) to hover could have been reduced. Keeping the pilot out of the near 100% power required (OGE)—and necessary for settling with power. And wasting likely thousands of dollars in lost material.

Sir(s), as I continue my investigation, I have found that the local power company, APS, has and has been harboring serious concerns—apparently for years concerning our dangerous operations around the live Indian Garden powerlines.

This 'settling with power' incident was entirely preventable, and is precisely among the potentials that I addressed in the 'white paper' that I wrote for NPS to address the upcoming onslaught of helicopter lift operations as part of the Transcanyon Pipeline Project. (attached). Again, Sir; it was only luck that no one got hurt or killed. Clearly, the pilot and ground crew mentioned and were concerned enough about the trees to continually mention them as they attempted this surgical maneuver. (video attached)

The CH-47 clearly and terrifyingly exceeds the ±30° pitch limit. The KMax exceeds or comes close to exceeding the ±25° pitch limit.  (attached)

At the very least, having failed to conduct a proper accident scene investigation in the first instance; any formally trained, experienced, expert investigator would certainly conducted a proper accident scene investigation after two consecutive accidents at the exact same LZ less than 3 weeks later. Even a non-investigator layman would have begged the question "What the heck is going on at that LZ?!"

I have been vetting my findings with experts—namely the professionals at the Naval Safety Center's School of Aviation Safety, and others that I know. I particularly would like to get with the Aviation Aeromedical team to assess the repetitive task saturation and the onset of  'Negative Habit Transfer' (which fills the annals as root cause analysis of crashes) Introduced by having that CH-47 pilot repeatedly, conducting open LZ, favorable PA/DA IGE conditions all day long, then being called into a 'hey you' hasty mission into more difficult conditions. Unfortunately, the School of Aviation Safety building is the site of the last week's Pensacola mass shooting. Luckily none of the SAS staff was injured. But it will take a while to complete my investigation and analysis.

Respectfully, applying HFACS (attached); we may see this again with the huge Transcanyon Pipeline construction.

Sir, it may also be that those tasked with investigating aviation accidents have neither the technical knowledge, formal training, or experience to be tasked with conducting such vital investigations. At all rates; the absence of a serious, thorough, professional investigation inarguably denies aviators and the aviation community vital lessons learned so as to prevent 'repeats'. This is a crucial legacy ethos of the aviation community as expressed in the 'white paper'.

Again Mr. Secretary, Inspector General, respectfully, I promise You if we don't conduct serious, legitimate investigations they will not withstand the litigations which will accompany accidents like these which are statistically certain to occur during the upcoming, massive Transcanyon Pipeline construction—particularly in the case of serious injury or loss of life.

Mr. Secretary, Mr. Inspector General, respectfully, my hope is that all can agree that the videos—having helicopters dancing with live powerlines and raining thousands of pound of steel (or whatever) without warning on Grand Canyon National Park and its visitors and workers is unacceptable.

Sir, I keep running into these lapses of Integrity. Respectfully, they do not just pose moral imperatives, but safety as well.

Thank You, Sir.

Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

ps. Sir, please allow me multiple sends because of the size of attachments—such as the audio and video files

p.s.p.s. Sir, I will include my qualifications to validate my credentials along with 22 years as a safety expert and 19 years as an aviation accident investigation expert from which I make my assessment.

12 attachments

☐ Stephenson Affidavit - 17.7  Video Helicopter Incident.3gp
464K

☐ Stephenson GRCA Helicopter Accident Invest - Indian Gardens Elevated View.3gp
972K

☐ Stephenson GRCA Helicopter Accident Invest - Indian Gardens Site Ground Level.3gp
962K

📄 Stephenson Case 3-19-cv-08268-DLR Stip for Extension (Full without MTD)(12-3-2019).pdf
7347K

📄 Stephenson - White Paper Pipeline Aviation Safety.pdf
421K

📄 Stephenson GRCA Helicopter Accident Invest Diagram (Indian Gardens).pdf
48K

📄 Stephenson GRCA Helicopter Accident Invest - CH-47 Hover Power Chart (Dash -10).pdf
71K

1/13/2020          DEPARTMENT OF THE INTERIOR Mail - Stephenson Federal Court Material v DOI/NPS - Falsified/Faked Aviation Accident Investigations

288K

**Kaman K-MAX_K-1200 Operator's Manual (Limits Excerpt).pdf**
33K

**TM_1-1520-240-10 (CH-47D Operator's Manual)(Limits Excerpt).pdf**
160K

**Stephenson - Degrees + Safety Certifications 2.pdf**
728K

**Stephenson - Safety Certifications 1.pdf**
2962K

# EXHIBIT X-20



# EXHIBIT P-1

DOI: SMIS

 SMIS

**OSHA'S FORM 300 (DOI Facsimile)**
Log of Work-Related Injuries and Illnesses     Year: 2019

Establishment Name: Grand Canyon National Park
City: Grand Canyon National Park     State: AZ

Identify the person

Describe the case

Classify the case     Number of Days     Injury or Illness Classification

| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer/ Restr | IN | SO | RE | PO | HL | IL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | TRANSFER STATION IN THE GRAND CANYON | Laceration Sngle 1st finger Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000149 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Single 2nd finger Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Sngle 2nd finger Windows, Doors | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Sngle 1st finger Metal Item, mineral | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | ✔ | | | | 3 | ? | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2..5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working | ✔ | | | | 3 | ? | ✔ | | | | | |

Duplicate

Duplicate

DOI: SMIS

| Case | Name | Job Title | Date | Location | Details | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Surface (floor, street, etc.) | | | | | |
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | ✔ | 0 | 0 | | ✔ |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites Human (Communicable Disease) | ✔ | 0 | 0 | | ✔ |
| 2019-1000616 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | ✔ | 0 | 0 | | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON, SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | ✔ | 0 | 0 | ✔ | |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Sngle Intern Insufficient Data | ✔ | | 5 | 0 | |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602, N36.4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | ✔ | 0 | 0 | ✔ | |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal item, mineral | ✔ | 0 | 0 | ✔ | |
| Pending Case | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | | 9 | 4 | |
| 2019-1000828 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | ✔ | 0 | 0 | ✔ | |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | ✔ | 0 | 0 | ✔ | |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | ✔ | 0 | 0 | | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | ✔ | 0 | 0 | ✔ | |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | | 1 | 14 | |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | ✔ | 0 | 0 | ✔ | |
| Pending Case | KACIE DODDS | FORESTRY TECHNICIAN | Jun/4 | COLDWATER FIRE DIVISON ZULU | Burn, sunburn Face | ✔ | 0 | 0 | ✔ | |

DOI: SMIS

| Case No. | Name | Title | Date | Location | Injury | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FOREST R | Fire, Flame, Smoke (not Tobacco) | | | | | |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✔ | | 3 | 0 | ✔ |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✔ | 0 | 0 | ✔ |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✔ | 0 | 0 | ✔ |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✔ | 0 | 0 | ✔ |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Single Intern Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✔ | | 15 | 0 | ✔ |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✔ | | 1 | 0 | ✔ |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✔ | | 7 | ? | ✔ |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 7 | ✔ |
| Pending Case | VERN GARRISON | UTILITY SYS REPAIR-OPER | Jul/26 | 1622 BARRY HANCE CIR. GRAND CANYON | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD, AUTO SHOP GRAND | Obj in eye Eye Single Extern Liquid Chemical, Toxic | | ✔ | 0 | 0 | | ✔ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Sngle Intern Vehicle, Privately-Owned (Includes Rental) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✔ | | 8 | 8 | ✔ |

DOI: SMIS

| Case | Name | Job Title | Date | Location | Injury | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 0 | ✔ |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material Handling Equipment | | ✔ | 0 0 | ✔ |
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | 13 13 | ✔ |
| Pending Case | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kaibab Trail, 1. | Injured | | ✔ | 0 0 | ✔ |
| Pending Case | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj in eye Eye Sngle Extern Insect | ✔ | | 5 0 | |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Nati | Obj in eye Eye Sngle Intern Insect | | ✔ | 0 0 | ✔ |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj in eye Eye Sngle Extern Dust (Silica, Coal, etc.) | | ✔ | 0 0 | ✔ |
| Pending Case | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 0 | ✔ |
| Pending Case | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 0 | ✔ |
| Pending Case | HEATHER HADAWAY | | Oct/2 | Trail between Residential Housing an | Injured | ✔ | | 0 1 | ✔ |
| Pending Case | KENNETH GAYDUSEK | | Oct/28 | back of building of the auto shop bl | Injured | | ✔ | 0 0 | ✔ |
| Pending Case | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Injured | | ✔ | 0 0 | ✔ |

Duplicate (handwritten note bracketing the two KAYLEE NEWCOMB rows)

Totals: 0 12 2 39 73 47 /46 0 0 3 1 3 (43 handwritten)

 **SMIS**

**OSHA'S FORM 300 (DOI Facsimile)**
**Log of Work-Related Injuries and Illnesses**   **Year: 2019**

**Establishment Name:** Grand Canyon National Park
**City:** Grand Canyon National Park    **State:** AZ

| | Identify the person | | | Describe the case | | Classify the case | | | | Number of Days | | Injury or Illness Classification | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer/ Restr | IN | SD | RE | PO | HL | IL |
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Single 2nd finger Windows, Doors | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Single 1st finger Metal item, mineral | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | ✔ | | | | 3 | 7 | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2 5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working Surface (floor, street, etc.) | ✔ | | | | 3 | ? | ✔ | | | | | |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites | | | | ✔ | 0 | 0 | | | | ✔ | | |

DOI: SMIS

| Case | Name | Title | Date | Location | Injury | | | | | |
|------|------|-------|------|----------|--------|--|--|--|--|--|
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Human (Communicable Disease) Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✔ | 0 | 0 | ✔ |
| 2019-1000616 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✔ | 0 | 0 | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON. SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✔ | 0 | 0 | ✔ |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Single Intern Insufficient Data | ✔ | | 5 | 0 | ✔ |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602. N36 4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✔ | 0 | 0 | ✔ |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal item, mineral | | ✔ | 0 | 0 | ✔ |
| 2019-1002898 | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | | 9 | 4 | ✔ |
| 2019-1000826 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | | ✔ | 0 | 0 | ✔ |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | | ✔ | 0 | 0 | ✔ |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD. PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✔ | 0 | 0 | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C 38 GRAN | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | | 1 | 14 | ✔ |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✔ | | 3 | 0 | ✔ |
| Pending Case | BRIAN ROBERTS | PARK MANAGEMENT | Jun/7 | | Injury - NEC Mlp Body Sites Physical Training -Tactical. | | | 0 | 0 | |

*Handwritten annotations:* Kacie Dodds missing— Deleted    Compare with 11/13/2019