

Stephenson, Elston <elston_stephenson@nps.gov>

## Update (12/28/2018): URGENT HELP: Uranium Exposure at Grand Canyon National Park

**Stephenson, Elston** <elston_stephenson@nps.gov>      Mon, Dec 31, 2018 at 11:38 AM
To: Secretary Zinke <secretary_zinke@ios.doi.gov>
Cc: David Bernhardt <dwbernhardt@ios.doi.gov>, Mary Kendall <mary_kendall@doioig.gov>

Mr. Secretary,

Good Morning, Sir.

Please receive this update to the uranium exposure at Grand Canyon National Park as of December 28, 2018.

Conferring with the NRC, and the state of Arizona's equivalent nuclear regulatory body, Arizona Department of Health Services - Bureau of Radiation Control (ADHS) has determined that dangerous levels of uranium radiation were emitted onto an unknowing public---particularly children, NPS minor-aged workers, and NPS adult workers as they toured, conducted research, and worked at the Museum Collections Building, Grand Canyon National Park between the year 2000 and June 18, 2018.

Please recall that I am also working with Fed OSHA. Their report is still due.

However, Sir, I have not conferred with any professional or expert who does not concur, or who is not alarmed.

Sir the numbers (facts) are not going to change. According to IMR's 'expert' the uranium in the three 5 gallon buckets (one bucket so full that the lid could not be closed) were emitting between 1,400 and 4,000 times the NRC safe rate limit per hour for general public children ([800 mR/hr ÷ 0.02 mSv/hr] x 10, [230mR/hr ÷ 0.02 mSv/hr] x 10) and between 140 and 400 times the NRC safe rate limit per hour for adults (800 mR/hr ÷ 0.02 mSv/hr, 230mR/hr ÷ 0.02 mSv/hr) . The animal shows that they were attending lasted between 30 minutes to 1 hour. The shows were a routine feature of the tours to the general public. There were between 800 to 1000 persons attending tours every year. While children and show attendees are relatively easy to assess because they were captivated in the confined area just inches away from uranium (at the taxidermied animal case), the workers are more difficult to determine because of their changing proximity and time duration to the uranium in the course of their work---some for the entire 18+ years that the uranium was stashed in their office space. NRC and ADHS confirm those numbers (stated in the report) and that interpretation.

One expert said "I've never seen exposure readings that high."

Please find the report and applicable links to NRC (along with conversion app) attached and below.

Sir, regrettably, it is not hyperbole to say that based on exposure rates and number of victims; Grand Canyon National Park may have suffered one of worst nuclear incidents in the Nation's history.

To date; No workers have been informed of the rates or the potential impacts to their health in accordance with the Right-to-Know law. No public notification has been made.

As such, and given what I have discovered and sought to solve and bring forward as serious safety issues in the course of my job; the uranium, attempts to hide/cover up the this uranium incident by GRCA and IMR

Regional Headquarters, the death of a visitor in the botched AED incident at DesertView, the expired, obsolete, and discontinued AEDs across the Park and NPS-wide, the near fatality with the saw to the face of a worker because of a GRCA history of ignoring OSHA JHA requirements---just to name a few, years of having no safety program (audit attached), the fact that I had to resort to an EEO settlement to force the leadership to comply with the most fundamental safety requirements as a result of the audit (attached), because of the enormous litigation issues that may lay ahead---and because of what Grand Canyon National Park means to the Nation and to the World; perhaps it is time for a more intensified Congressional involvement and Congressional oversight.

Otherwise, my fear is that rather than owning up and addressing this tragedy, efforts will be made to discredit or re-write the report, discredit me, or minimize the incident by 'switcheroo'---"see, we check last week and there's no uranium, so we're good", ignoring/denying it and moving on.

Sir, because of this, I respectfully insist that all Whistleblower provisions (by all respective Agencies and Congress) remain in full effect.

Finally Sir, I made a mistake in the earlier email as I stated "...1000s of Americans who were exposed...". As You know, Sir, it was not just Americans who were exposed, but people---particularly little kids visiting Grand Canyon National Park from all over the world who were exposed to uranium by us.

Sir, Thank You.

Congratulations on your tenure.

Happy New Year.

And, especially, Thank You for Your Service.

Very Sincerely,

CW4(ret) Elston "Swede" Stephenson, OHST
Safety Health & Wellness Manager
Grand Canyon National Park
928-255-8727


References

NRC (2018). Nuclear Regulatory Commission, *Regulation of radioactive materials*. Retrieved from
https://www.nrc.gov/about-nrc/radiation/protects-you/reg-matls.html

NRC (2018). Nuclear Regulatory Commission, 10CFR §20, *Standards for protection against radiation*. Retrieved from
https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1207, *Occupational dose limits for minors*. Retrieved from
https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1207.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1302, *Compliance with dose limits for individual members of the public*. https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1302.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1801 *Control and storage of licensed material*.  Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1801.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1802 *Control of material not in storage*.  Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1802.html

Translater's Café (2017). TranslatorsCafe.com. *Unit converter*. Retrieved from https://www.translatorscafe.com/unit-converter/en/radiation/27-24/milliroentgen/hour-microsievert/hour/?mobile=1

11/23/2019 — DEPARTMENT OF THE INTERIOR Mail - Update (12/28/2018): URGENT HELP: Uranium Exposure at Grand Canyon National Park

Case 3:19-cv-08268-DLR   Document 45-3   Filed 10/08/20   Page 3 of 13

**20 attachments**



Stephenson GRCA Uranium 1.jpg
703K



Stephenson GRCA Uranium 2.jpg
525K



Stephenson GRCA Uranium 3.jpg
1010K



Stephenson GRCA Uranium 4.jpg
893K



Stephenson GRCA Uranium 6.jpg
913K

11/23/2019    DEPARTMENT OF THE INTERIOR Mail - Update (12/28/2018): URGENT HELP: Uranium Exposure at Grand Canyon National Park

Case 3:19-cv-08268-DLR   Document 45-3   Filed 10/08/20   Page 4 of 13



Stephenson GRCA Uranium 7.jpg
894K



Stephenson GRCA Uranium 8.jpg
904K



Stephenson GRCA Uranium 9.jpg
654K



Stephenson GRCA Uranium 10.jpg
585K



Stephenson GRCA Uranium 11.jpg
601K

Stephenson GRCA Uranium 12.jpg
665K



📎 **Stephenson GRCA Uranium 13.jpg**
622K

📎 **Stephenson GRCA Uranium 14.jpg**
595K



**Stephenson GRCA Uranium 15.jpg**
582K

📎 **Stephenson GRCA Uranium 16.jpg**
606K

📎 **Stephenson GRCA Uranium 17.jpg**
692K

📎 **Stephenson GRCA - Trip Report - GRCA Radiation Concerns - June 2018.pdf**
71K

📎 **Stephenson Grand Canyon - Rad Resp- Uranium report (1).docx**
183K

📎 **Stephenson Settlement Agreement_NPS-18-0460_GRCA FINAL (signed).pdf**
254K

📎 **Stephenson - GRCA 2018 Safety Audit Findings and Final Report.pdf**
833K

# EXHIBIT D-2




# United States Department of the Interior

NATIONAL PARK SERVICE
Intermountain Regional Office
12795 W. Alameda Parkway
P.O. Box 25287
Lakewood CO. 80228-2822

IN REPLY REFER TO:
IMR-SHW

Memorandum

To:         Superintendent, Grand Canyon National Park

From:       IMR Occupational Safety & Health Manager

Subject:    **Radiation Program Assistance**

On or about June 11, 2018 this office received a request for assistance with a radiation issue at your location. After reviewing supplied documents NPS-GCNP-RMC-01 Dated June 20-22, 2000, and Revision #1 Dated July 18, 2000 a decision was made to deploy. I departed Lakewood, CO on June 13, 2018 and traveled to Southeast Utah Group Headquarters (SEUG) Moab, UT. to pick up equipment. I arrived at GRCA on June 14, 2018 at approximately 11:00 AM and proceeded to the Museum Warehouse and met with Colleen L. Hyde and Kim Besom. GRCA Safety Manager Elston Stephenson arrived shortly afterward. After in-briefing with Colleen and Kim, and short interview, I started a radiation survey as described below. After confirming the presence of radioactive ore samples in the Museum Collection, the Parks decision was to remove and dispose of the items of concern. Permission was received, to return these items to the Lost Orphan Mine where they originated. This was accomplished on June 18, 2018.

## Museum Collection:

A hasty survey was conducted of Archives Room cabinets, and three plastic buckets stored in the warehouse. Results were positive for radioactivity above background as noted below:

1. 2.02 mR/hr    Outside building, sunny day background
2. 1.85 mR/hr    Inside building
3. 13.9 mR/hr    Between cabinet NB16 and NB18

A further survey of the rest of the Museum Collection Building, offices and storage areas were negative for radioactivity above background. On Friday June 15, 2018 a second survey was conducted to identify and segregate the items of concern from the museum Collection. Readings were in keeping with the report of July 18, 2000 and these items were prepared for transport and

disposal.

## Basement of Headquarters Building:

An in-depth survey of the basement area where Radioactive Ore samples were originally stored was negative for radioactivity above background. No radiation issue noted.

## Power House

An in-depth survey of the Grand Canyon Power House was conducted and was negative for radioactivity above background. No radiation issue noted.

## Conex Adjacent to Fee's Building

This container is the storage location for Ore samples that are part of a legal proceeding. This location has signage stating it is a Radiation Storage Area. There is minor activity above background on contact of outside container wall. A key was not available for access so radiation levels inside are unknown. Container offers good shielding and protection to employees.

## Trail of Time

Trail of Time has several rock displays along its length. Entire trail was surveyed and was negative for radioactivity above background. No radiation issue noted.

## Recommendations:

As defined in Title 10, Section 20.1003, of the Code of Federal Regulations (10 CFR 20.1003 ), **ALARA is an acronym for "as low as (is) reasonably achievable.** This should be the standard for exposure to any radioactivity. Grand Canyon by its location and surrounding geology has an abundance of naturally occurring radioactivity.

By the nature of the items stored in the museum collection, there is still low levels of radioactivity. Core samples stored in one of the cabinets should be controlled for exposure. Some recommendations are:

1. No one under 18 years of age should be allowed to handle or work with these core samples or anything known or believed to be radioactive.
2. Consider relocating Core samples to an outdoor metal cabinet.
3. Real time digital Radon monitor for the Museum Collection archive room.

In addition to recommendations for the Museum Collection, I also recommend that the Conex

storage site be limited to Sample storage only, and not a combined use area. Access should be limited/controlled.

All survey and monitoring was conducted with the following equipment:

Ludlum Model 3001 Serial Number # 25015388
Ludlum Detector Model 44-2 Serial Number # PR369634
Ludlum Detector Model 44-9 Serial Number # PR368091
Check Source Cs-137, CS72 Jan 2017
Certificate of Calibration Dated 6 OCT 2017, Calibration due 6 OCT 2018 Ludlum Industries.

_____          _____
Bill Bouley,                                  Date
IMR Occupational Safety & Health Manager
Radiation Safety Officer

# EXHIBIT D-3

 

## United States Department of the Interior

NATIONAL PARK SERVICE
Intermountain Regional Office
12795 W. Alameda Parkway
P.O. Box 25287
Lakewood CO. 80228-2822

IN REPLY REFER TO:
IMR-SHW

Memorandum

To:        Superintendent, Grand Canyon National Park

From:      IMR Occupational Safety & Health Manager

Subject:   **Radiation Program Assistance**

On or about June 11, 2018 this office received a request for assistance with a radiation issue at your location. After reviewing supplied documents NPS-GCNP-RMC-01 Dated June 20-22, 2000, and Revision #1 Dated July 18, 2000 a decision was made to deploy. I departed Lakewood, CO on June 13, 2018 and traveled to Southeast Utah Group Headquarters (SEUG) Moab, UT. to pick up equipment. I arrived at GRCA on June 14, 2018 at approximately 11:00 AM and proceeded to the Museum Warehouse and met with Colleen L. Hyde and Kim Besom. GRCA Safety Manager Elston Stephenson arrived shortly afterward. After in-briefing with Colleen and Kim, and short interview, I started a radiation survey as described below. After confirming the presence of radioactive ore samples in the Museum Collection, the Parks decision was to remove and dispose of the items of concern. Permission was received, to return these items to the Lost Orphan Mine where they originated. This was accomplished on June 18, 2018.

## Museum Collection:

A hasty survey was conducted of Archives Room cabinets, and three plastic buckets stored in the warehouse. Results were positive for radioactivity above background as noted below:

1. 2.02 mR/hr    Outside building, sunny day, background
2. 1.85 mR/hr    Inside building
3. 13.9 mR/hr    Between cabinet NB16 and NB18
4. 800 mR/hr depending on the sample   On contact with the ore sample inside the bucket
5. 280 mR/hr to 320 mR/hr              On contact with outside of bucket - lid sealed
6. 0 above background                  Distance of 5 ft. from bucket
7. 2.5 mR/hr - 3 mR/hr                 On contact with outside of metal cabinet, on a seam

A further survey of the rest of the Museum Collection Building, offices and storage areas were negative for radioactivity above background. On Friday June 15, 2018 a second survey was conducted to identify and segregate the items of concern from the museum Collection. Readings were in keeping with the report of July 18, 2000 and these items were prepared for transport and disposal.

## Basement of Headquarters Building:

An in-depth survey of the basement area where Radioactive Ore samples were originally stored was negative for radioactivity above background. No radiation issue noted.

## Power House

An in-depth survey of the Grand Canyon Power House was conducted and was negative for radioactivity above background. No radiation issue noted.

## Conex Adjacent to Fee's Building

This container is the storage location for Ore samples that are part of a legal proceeding. This location has signage stating it is a Radiation Storage Area. There is minor activity above background on contact of outside container wall. A key was not available for access so radiation levels inside are unknown. Container offers good shielding and protection to employees.

## Trail of Time

Trail of Time has several rock displays along its length. Entire trail was surveyed and was negative for radioactivity above background. No radiation issue noted.

## Recommendations:

As defined in Title 10, Section 20.1003, of the Code of Federal Regulations (10 CFR 20.1003), **ALARA is an acronym for "as low as (is) reasonably achievable.** This should be the standard for exposure to any radioactivity. Grand Canyon by its location and surrounding geology has an abundance of naturally occurring radioactivity.

By the nature of the items stored in the museum collection, there is still low levels of radioactivity. Core samples stored in one of the cabinets should be controlled for exposure. Some recommendations are:

1. No one under 18 years of age should be allowed to handle or work with these core

samples or anything known or believed to be radioactive.
2. Consider relocating Core samples to an outdoor metal cabinet.
3. Install real time digital Radon monitor for the Museum Collection archive room.

In addition to recommendations for the Museum Collection, I also recommend that the Conex storage site be limited to Sample storage only, and not a combined use area. Access should be limited/controlled.

## Equipment:

All survey and monitoring was conducted with the following equipment:

Ludlum Model 3001 Serial Number # 25015388
Ludlum Detector Model 44-2 Serial Number # PR369634
Ludlum Detector Model 44-9 Serial Number # PR368091
Check Source Cs-137, CS72 Jan 2017
Certificate of Calibration Dated 6 OCT 2017, Calibration due 6 OCT 2018 Ludlum Industries.

_[signature]_          Aug 13, 2018
Bill Bouley,                  Date
IMR Occupational Safety & Health Manager
Radiation Safety Officer