IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson,<br><br>  Plaintiff,<br><br>v.<br><br>Brian Drapeaux, et al.,<br><br>  Defendants. | No. CV-19-08268-PCT-DLR<br><br>**ORDER** |

The Court dismissed this case on February 21, 2020, but Plaintiff continues improperly to file motions.

**IT IS ORDERED** that Plaintiff's latest motions (Docs. 40, 44, 45) are **STRICKEN**.  This case remains closed.

Dated this 14th day of October, 2020.

Douglas L. Rayes
United States District Judge