# EXHIBIT X-17



# EXHIBIT X-18

# Exhibit

# F-2

1   **In the Matter of Elston L. Stephenson**
2   **Complaint Number: NPS-18-0460**
3   **Agency: United States Department of Interior**
4   **National Park Service**
5
6   **SUPPLEMENTAL STATEMENT OF BRIAN DRAPEUX**
7   **RESPONSIBLE MANAGEMENT OFFICIAL**
8
9   My name is Brian Drapeaux. My job title is Deputy Superintendent; grade GS- 15,
10  National Park Service, Grand Canyon National Park, Grand Canyon, AZ. I have been in
11  my position since June 2014. I have worked for the Agency since June 2014. My
12  telephone number during the day is 928-638-7903.
13
14
15  I HAVE BEEN ADVISED OF THE FOLLOWING:
16
17  I am required by Federal regulations and United States Department of Interior policy and
18  National Park Service policy to cooperate fully and promptly with the investigator who
19  has been assigned to conduct a thorough and impartial investigation into a complaint of
20  discrimination against the Untied States Department of Interior and National Park
21  Service. I must provide a statement for the investigative report, which is true, and
22  complete to the best of my knowledge and which discloses all of my firsthand knowledge
23  having a bearing on the merits of the complaint. My statement is provided under oath (or
24  affirmation), without a pledge of confidentiality, in accordance with Equal Employment
25  Opportunity Commission rules and regulation as well as those of the United States
26  Department of Interior and National Park Service. The Complainant and the appropriate
27  Departmental officials involved in the EEO complaint process will receive the entire
28  investigative file. I have the right to review my statement prior to signing it and may
29  make initialized corrections if it is incomplete or inaccurate. I have the right to receive a
30  copy of the signed statement.
31
32  Having been advised of the above information about my role as a witness in the
33  investigative process, I solemnly swear the statement that follows is true and complete to
34  the best of my knowledge and belief, and addresses the issues and concerns raised with
35  me by the investigator.
36
37  I have the right to review my statement prior to signing it, and may make initialed
38  corrections if it is incomplete or inaccurate. I have a right to receive a copy of the signed
39  statement.
40
41  **Issue/s:**
42
43        **Whether the complainant was subjected to harassment and discriminated**
44        **against on the basis of reprisal (this EEO complaint) when:**
45
46        **11.    His Supervisor threatened him with suspension for arriving to work**
47               **early, and denied him extra/comp time hours.**

1

Initials 

# Exhibit

## F-3

1
2   A.   Director's Order #50B outlines the NPS, Regional, Park Unit Managers, Safety
3        Managers, and Supervisors responsibilities related to creating and maintaining
4        safe activities and promoting a safety culture.  GRCA's safety plan would include
5        site specific issues not necessarily covered by the Director's Order.
6
7   Q.   Do you have any knowledge of the Superintendent refusing to approve/sign the
8        GRDA park Safety Plan and Strategy?
9
10  A.   No.  To my knowledge no safety plan was submitted for approval.
11
12  Q.   Is the Superintendent required to approve/sign a GRDA Park Safety Plan and
13       Safety Strategy?
14
15  A.   Upon final drafting and review documents will be sent to the Superintendent for
16       signature.
17
18  Q.   Has the Superintendent in the past approved/signed off on GRDA Park Safety
19       Plan and Safety Strategies?  If so, when did he/she sign off on such GRDA Park
20       Safety Strategies?
21
22  A.   I am unaware of past activities related to the Superintendent and Safety Managers
23       activities.
24
25  Q.   What is the significance of the Superintendent refusing to sign approve/sign off
26       on the GRDA Park Safety Plan and Safety Strategy?
27
28  A.   When a completed and vetted document is produced, the Superintendent would
29       sign.
30
31       The NPS has a policy, Director's Order #50B that provides guidance to parks on
32       how to implement occupational safety and health management policies and
33       procedures.  It is available on line.
34
35       **14.   In July 2019,the Superintendent denied his request to be removed**
36       **from the direct report of his supervisor.**
37
38  Q.   Has Complainant requested to be removed from being a direct report of yours? If
39       so, what is the stated reason he has provided?
40
41  A.   It is my understanding that Elston has met with Woody Smeck, Acting
42       Superintendent,  and made that request and I am unaware of the reasoning.  Elston
43       sent an email on February 8, 2019 advising me to "Please save your time and
44       energy on supervising me."   I responded that I had not been informed by anyone
45       that his supervisor had changed and that I would remain his supervisor.
46

3                    Initials 

1       **In the Matter of Elston L. Stephenson**
2       **Complaint Number: NPS-18-0460**
3     **Agency: United States Department of Interior**
4       **National Park Service**
5
6       **STATEMENT OF WOODY SMECK**
7     **RESPONSIBLE MANAGEMENT OFFICIAL**
8
9   My name is Woody Smeck.  My job title is Superintendent; grade GS-0025-15, National
10  Park Service, Sequoia and Kings Canyon National Parks, Three Rivers, CA.  I have been
11  in my position since April 2013. I have worked for the Agency since July 1991.  My
12  telephone number during the day is 559-565-3101.
13
14
15  I HAVE BEEN ADVISED OF THE FOLLOWING:
16
17  I am required by Federal regulations and United States Department of Interior policy and
18  National Park Service policy to cooperate fully and promptly with the investigator who has
19  been assigned to conduct a thorough and impartial investigation into a complaint of
20  discrimination against the Untied States Department of Interior and National Park Service.
21  I must provide a statement for the investigative report, which is true, and complete to the
22  best of my knowledge and which discloses all of my firsthand knowledge having a bearing
23  on the merits of the complaint.  My statement is provided under oath (or affirmation),
24  without a pledge of confidentiality, in accordance with Equal Employment Opportunity
25  Commission rules and regulation as well as those of the United States Department of
26  Interior and National Park Service. The Complainant and the appropriate Departmental
27  officials involved in the EEO complaint process will receive the entire investigative file.  I
28  have the right to review my statement prior to signing it and may make initialized
29  corrections if it is incomplete or inaccurate.  I have the right to receive a copy of the signed
30  statement.
31
32  Having been advised of the above information about my role as a witness in the
33  investigative process, I solemnly swear the statement that follows is true and complete to
34  the best of my knowledge and belief, and addresses the issues and concerns raised with me
35  by the investigator.
36
37  I have the right to review my statement prior to signing it, and may make initialed
38  corrections if it is incomplete or inaccurate.  I have a right to receive a copy of the signed
39  statement.
40
41  **Background**
42
43  Q.    What is your race?
44
45  A.    White
46
47  Q.    What is your job title?

1Initials  *WS*

1    A.    No.
2
3    Q.    As Acting Superintendent were you required to approve/sign a GRDA Park
4          Safety Plan and Safety Strategy?
5
6    A.    The unit superintendent is the approving official for the safety plan.
7
8    Q.    Have you as Acting Superintendent approved/signed off on GRDA Park Safety
9          Plan and Safety Strategies?  If so, when ?
10
11   A.    No.  Mr. Stephenson had prepared a draft plan prior to my arrival.  The plan was
12         reviewed by the deputy superintendents.  They provided to me a copy of their
13         handwritten comments and notations for revisions in June 2019.  I reviewed the
14         comments and notations and provided the original to Mr. Stephenson on July 29,
15         2019, along with written instructions to complete revisions by December 31,
16         2019.
17
18
19         **14.    In July 2019, the Superintendent denied his request to be removed**
20               **from the direct report of his supervisor.**
21
22   Q.    Has Complainant requested to be removed from being a direct report of Mr.
23         Drapeaux? If so, what is the stated reason he has provided?
24
25   A.    Yes.  The reason provided was that he had filed a formal EEO complaint against
26         Mr. Drapeaux and, as a result, should be supervised by the Superintendent.
27
28   Q.    Was Complainant's request denied by you?
29
30   A.    Yes.  I responded via email on June 27, 2019 and through direct conversation that
31         as Acting Superintendent, I did not have capacity to provide direct supervision of
32         the safety officer and safety program.  I also stated that the permanent
33         superintendent may choose to review the current reporting structure and make
34         changes based on what they felt would promote the efficiency of the government.
35
36         **15.    He was denied performance counseling, EPAP development, and IDP**
37               **development and maintenance.**
38
39   Q.    What is meant by "performance counseling"?
40
41   A.    Counseling about performance is a supervisory function to provide performance
42         support to a subordinate employee.  Performance support may include addressing
43         performance concerns, clarify performance expectations, or providing
44         performance support aids or training.
45

4Initials   _WS_

# Exhibit

# F-4

1    **In the Matter of Elston L. Stephenson**
2    **Complaint Number: NPS-18-0460**
3    **Agency: United States Department of Interior**
4    **National Park Service**
5
6    **STATEMENT OF SARAH CREACHBAUM**
7    **RESPONSIBLE MANAGEMENT OFFICIAL**
8
9    My name is Sarah Creachbaum.  My job title is Superintendent, grade GS-15, National
10   Park Service, Olympic National Park; Port Angeles, WA. I have been in my position
11   since November of 2012. I have worked for the Agency since 1998.  From March 28th to
12   May 30th I served as acting superintendent, Grand Canyon National Park, Grand Canyon,
13   AZ.  My telephone number during the day is (360) 565-3002.
14
15
16   I HAVE BEEN ADVISED OF THE FOLLOWING:
17
18   I am required by Federal regulations and United States Department of Interior policy and
19   National Park Service policy to cooperate fully and promptly with the investigator who
20   has been assigned to conduct a thorough and impartial investigation into a complaint of
21   discrimination against the Untied States Department of Interior and National Park
22   Service.  I must provide a statement for the investigative report, which is true, and
23   complete to the best of my knowledge and which discloses all of my firsthand knowledge
24   having a bearing on the merits of the complaint.  My statement is provided under oath (or
25   affirmation), without a pledge of confidentiality, in accordance with Equal Employment
26   Opportunity Commission rules and regulation as well as those of the United States
27   Department of Interior and National Park Service. The Complainant and the appropriate
28   Departmental officials involved in the EEO complaint process will receive the entire
29   investigative file.  I have the right to review my statement prior to signing it and may
30   make initialized corrections if it is incomplete or inaccurate.  I have the right to receive a
31   copy of the signed statement.
32
33   Having been advised of the above information about my role as a witness in the
34   investigative process, I solemnly swear the statement that follows is true and complete to
35   the best of my knowledge and belief, and addresses the issues and concerns raised with
36   me by the investigator.
37
38   I have the right to review my statement prior to signing it, and may make initialed
39   corrections if it is incomplete or inaccurate.  I have a right to receive a copy of the signed
40   statement.
41
42   **Background**
43
44   Q.    What is your race?
45
46   A.    White
47

1                                         Initials  MSC 10/21/19

| 1 | Q. | To your knowledge did Complainant routinely arrive at his duty station early? |
|---|----|------|
| 2 | | |
| 3 | A. | I have no knowledge about when Mr. Stephenson routinely arrived at his duty |
| 4 | | station. |
| 5 | | |
| 6 | Q. | Does Complainant begin his shift at the time of his arrival at his duty station?  If |
| 7 | | not, is he permitted to do so if he wishes to? |
| 8 | | |
| 9 | A. | I have no knowledge about when Mr. Stephenson begins his shift. I do not know |
| 10 | | if he is permitted to begin his shift when he wishes to. |
| 11 | | |
| 12 | Q. | Do you have knowledge of Mr. Drapeaux threatening Complainant for beginning |
| 13 | | his duty shift early?  Explain |
| 14 | | |
| 15 | A. | I do not have any knowledge of Mr. Drapeaux threatening Mr. Stephenson for |
| 16 | | beginning his duty shift early. |
| 17 | | |
| 18 | | **12.     His supervisor excluded him from a GRCA helicopter drill:** |
| 19 | | |
| 20 | Q. | What is a GRCA helicopter drill? |
| 21 | | |
| 22 | A. | I am not sure what a GRCA helicopter drill is. I assume it is a training of some |
| 23 | | kind. |
| 24 | | |
| 25 | Q. | Has Complainant in the past participated in GRCA helicopter drills? |
| 26 | | |
| 27 | A. | I do not know if Mr. Stephenson has participated in GRCA helicopter drills. |
| 28 | | |
| 29 | Q. | Did Complainant request authorization to participate in the GRCA helicopter |
| 30 | | drill?  If so, was his request granted or denied? |
| 31 | | |
| 32 | A. | I do not know if Mr. Stephenson requested authorization to participate in the |
| 33 | | GRCA helicopter drill. |
| 34 | | |
| 35 | Q. | Was Complainant provided with an explanation for the denial? |
| 36 | | |
| 37 | A. | I do not know if he was provided with an explanation. |
| 38 | | |
| 39 | | **13.     The Superintendent refused to approve/sign the GRCA Park Safety** |
| 40 | | **Plan and Safety Strategy, which is required by OSHA law and** |
| 41 | | **DOI/NPS/50B.** |
| 42 | | |
| 43 | Q. | What is the GRCA Park Safety Plan and Safety Strategy? |
| 44 | | |
| 45 | A. | I am unclear which plan or version of the plan is being referred to - there is no |
| 46 | | date cited. When I worked with Mr. Stephenson, we were working with draft v2 |

3                    Initials  MSC 10/22/19

1    of the Grand Canyon National Park Health and Wellness Plan and Safety
2    Strategy. In that plan the document was described as:
3
4         *The primary purpose of the Safety, Health, and Wellness Management Plan*
5         *(SHW Plan) is to document actions needed to manage a comprehensive*
6         *Safety, Health and Wellness Program (SHW Program) with goals of*
7         *preventing workplace injuries and illnesses; preventing the suffering these*
8         *events can cause for staff, their families, and employers; and improving the*
9         *overall well-being of employees. The Grand Canyon National Park (GRCA)*
10        *SHW Plan establishes a proactive approach to managing workplace safety,*
11        *health, and wellness. This Plan must be understood not as a sum of isolated*
12        *actions but as an organizational system that identifies, assesses, and remedies*
13        *risks arising from the day-to-day work activities at GRCA."*
14
15   Q.   Did you refuse to approve/sign the GRCA Park Safety Plan and Strategy?
16
17   A.   I did not refuse to sign or approve the Safety Plan and Strategy. It is true that I did
18        not sign the document. I did not sign the document because it wasn't finished. I
19        received draft v2 in late March via email from Mr. Stephenson. I reviewed the
20        document and based on my review I suggested that Mr. Stephenson do some
21        editing and make a few additions. I also suggested that he address some
22        comments that the former superintendent Chris Lehnertz had made during her
23        time at Grand Canyon. The safety plan is based on a standard template and the
24        additions we discussed were not lengthy.
25
26   Q.   As Superintendent were you required to approve/sign a GRDA Park
27        Safety Plan and Safety Strategy?
28
29   A.   A superintendent is required to *have* a safety plan and strategy in place. The plan
30        at Grand Canyon was underway and not too far from completion (my judgement).
31        To my knowledge a superintendent is not required to approve or sign a plan that is
32        not complete.
33
34   Q.   Have you as Superintendent approved/signed off on GRCA Park Safety
35        Plan and Safety Strategies?  If so, when ?
36
37   A.   No.
38
39   **14.    In July 2019, the Superintendent denied his request to be removed**
40        **from the direct report of his supervisor.**
41
42   Q.   Has Complainant requested to be removed from being a direct report of Mr.
43        Drapeaux? If so, what is the stated reason he has provided?
44
45   A.   During my tenure at Grand Canyon which was before July, Mr. Stephenson
46        requested that he be removed from the supervision of Mr. Drapeaux on May 20[th.]

4                                    Initials _MSC 10/22/19_

1  [2019]. He stated in an email to me that it was to avoid retaliation and obstruction by
2  his supervisor Mr. Drapeaux.

4  Q.   Was Complainant's request denied by you?

6  A.   No, but to be clear I did defer the decision so that the incoming (and returning)
7       superintendent Woody Smeck could be involved in the decision making. I was
8       ending my detail assignment and returning to Olympic National Park within a
9       week. The issues surrounding Mr. Stephenson's claims about Mr. Drapeaux, and
10      the ongoing investigations against Mr. Drapeaux and Mr. Stephenson were very
11      complicated and it was important to proceed carefully and fairly. I spoke with ER
12      specialist Sean Quinn and with incoming acting superintendent Woody Smeck
13      about Mr. Stephenson's most recent claim. They concurred with my thinking.

15  15.   He was denied performance counseling, EPAP development, and IDP
16        development and maintenance.

18  Q.   What is meant by "performance counseling"?

20  A.   To my knowledge performance counseling is performed by an employee's
21       supervisor. The supervisor works closely with the employee provides feedback
22       and coaching and recommends training with the objective of improving the
23       employee's job performance.

25  Q.   Did Complainant make a request for performance counseling?  If so, was his
26       requested denied?  How so?

28  A.   Mr. Stephenson did not request performance counseling from me. I believe he had
29       requested such counseling from Mr. Drapeaux. I also believe (but cannot find the
30       email to verify) that it was part of an earlier settlement agreement between the
31       two parties.

33  Q.   What is meant by EPAP development?

35  A.   An Employee Performance Annual Plan or EPAP is developed by a supervisor
36       and an employee collaboratively. It describes critical work elements to be
37       completed by the employee and the standards that work will be evaluated against.

39  Q.   Did Complainant make a request for EPAP development?  If so, was his request
40       denied?  How so?

42  A.   Not of me (that I recall). I understood it to be a part of an earlier complaint made
43       by Mr. Stephenson. I asked Mr. Stephenson if Mr. Drapeaux completed the EPAP
44       process with him. Mr. Stephenson replied that he had.

46  Q.   What is meant by IDP development and maintenance?

5                                                    Initials  MSC 10/22/19



Creachbaum, Sarah <sarah_creachbaum@nps.gov>

## CL comments on - Fwd: Pleas Review/Input: Draft - GRCA Safety Plan
1 message

Christine Lehnertz <chris_lehnertz@nps.gov>                                                   Mon, Apr 1, 2019 at 8:22 AM
To: Sarah Creachbaum <Sarah_Creachbaum@nps.gov>
Cc: Nicole Koehlinger <nicole_koehlinger@nps.gov>

Hi Sarah,

A couple of comments that I promised on the draft safety plan for the park.

The new parkwide strategic plan for 2020-2025 includes two action items for safety, health, and wellness. Perform an
updated self assessment with the national safety web tool, and prioritize safety actions based on the results in order to
bite off doable chunks in a parkwide safety plan. The connection between these two plans needs to be intentional.

Comments:

(1) The draft safety plan that Elston has shared is modified slightly from the national template. However, it lists 45 different
safety programs without differentiating priorities like high-medium-low, to make their development realistic at GRCA. If all
are listed as "due now" and deficient if not immediately done, it creates a tremendous "gotcha" scenario. If the GRCA
safety program could get onto a priority setting path it would really help the park.

(2) We are trying to build a park Safety, Health and Wellness Office at GRCA, not just a single Safety and Health Officer
position. As long as we lean toward the "safety hero" model it will be difficult to build a system for safety that can be
integrated and owned by all employees. My suggestion would be to use the plan to delineate the roles and responsibilities
of the SH&W *Office* (which has two positions for now, with the GS-11 still vacant) rather than solely the S&H Officer. Also,
there may be a misunderstanding that collateral duty applies to GRCA.  As you know, that is the model for small parks
that don't have full time safety professionals.

Thanks so much.

Chris

Chris Lehnertz
415-652-8811

*Grand Canyon National Park's priority is to create a respectful and inclusive workplace
where employees can be safe, feel secure, and find support.*

Begin forwarded message:

> **From:** "Stephenson, Elston" <elston_stephenson@nps.gov>
> **Date:** March 26, 2019 at 6:04:20 AM MST
> **To:** NPS GRCA Executive Team <grca_executive_team@nps.gov>
> **Subject: Pleas Review/Input: Draft - GRCA Safety Plan**
>
> Good Morning Everyone,
>
> Please receive and review this GRCA Safety Plan draft.
>
> This is straight from the format forwarded to me from WASO.

Recommend we make as few changes as possible, and 'put us on the board'. Then come to the table semi-annually—using the 6 months to formulate inputs at for the end of each 6 month period.

Thank You.


Sincerely,

Elston
928-255-8727

2 attachments

 noname.html
1K

GRCA SHW-Management Plan - Grand Canyon Draft v2.docx
110K



## Re: PSET Material for Consideration 4/2/2019 - Red Cross Training, GRCA Safety Plan

1 message

Stephenson, Elston <elston_stephenson@nps.gov>
To: "Drapeaux, Brian" <brian_drapeaux@nps.gov>
Cc: Sarah Creachbaum <sarah_creachbaum@nps.gov>

Fri, Apr 5, 2019 at 3:16 PM

Brian,

Thank You.

Respectfully, the goal at this stage is simply to buy ourselves the 'Christmas tree'. That's why no language was changed from the WASO template.

The process that You recommend seems ideal for 'hanging the ornaments, the popcorn, the lights'—the language on the 'Christmas tree' later as part of the review process—of which there will be several that should, ideally, include the Safety Health & Wellness Committee.

I'd simply like to get us on the board without delay. Ditto for the remaining 5 outstanding Written Programs.

Most parks that I've polled don't even have this.

Respectfully, we must create momentum.

This creates momentum which will cause other things to flow.

Thank You.

Sincerely,

Elston
928-255-8727

On Fri, Apr 5, 2019 at 3:00 PM Drapeaux, Brian <brian_drapeaux@nps.gov> wrote:
Hi Elston,
Looking to formulate specific language for the GRCA Safety Plan at PSET is probably not the correct forum. I would recommend something to the extent that Robin Martin used in finalizing the Strategic Plan. Announce at PSET, get concurrence for a date and time and then provide the team with language that you consider to be appropriate and suggest edits and updates to that language. I find here it is always better to give people something to discuss rather than an open ended discussion. These are my suggestions and you can take them or leave them, but I have found this approach to be successful.

Let me know what you think.

thanks,
Brian

Brian Drapeaux
Deputy Superintendent, Business Operations
Grand Canyon National Park

P.O. Box 129
Grand Canyon AZ 86023
928-638-7945  Phone
928-638-7815  Fax
Brian_Drapeaux@nps.gov

On Tue, Apr 2, 2019 at 7:02 AM Stephenson, Elston <elston_stephenson@nps.gov> wrote:
   Good Morning PSET,

   Please receive these 'pieces' for your review, thoughts and discussion (GRCA Safety Plan draft, Red Cross first aid/CPR/AED sign up as of April 2, 2019)

   As mentioned in the Friday March 29, 2019 email, we have very few 'committeds' for the training. And that Red Cross apportions their instructors (1:12) based on the number of attendees.

   The estimate that we gave Red Cross was for approximately 100 persons.

   As of today there are 27 people signed up (across all days offered), with another 17 pledged, but needing to secure a date.

   If approximately 50 persons total is the reality, we must communicate this to Red Cross immediately so that they are not turning down other training assignments base on overly optimistic estimates on our part.

   Please pass along updates to the Excel sheet (in red) by Thursday so that I can share with Red Cross by Friday.

   GRCA Safety Plan.  Please take a look at the draft of the GRCA Safety Plan. We don't have a Plan.  As far as I can tell, we've never had a Plan.

   As I shared a couple of weeks ago, this is a standard template that I received from WASO. All that was changed was to insert GRCA in the appropriate places.

   Please formulate your thoughts and inputs for a discussion at next week's input so that we can pass it to the Superintendent for signature.

   Please view this as not an end point, but as a starting point with review semi-annually.

   But we must get 'on the board'.

   Thank You.


   Sincerely,

   Elston
   928-255-8727

# EXHIBIT X-19

## ONPS Budget Presentation Request for Strategic Focus

Lewis, Jill K <Jill_Lewis@nps.gov>

Wed 2/12/2020 4:28 PM

**To:** NPS GRCA Executive Team <grca_executive_team@nps.gov>; Ringsven, Sharon K <Sharon_Ringsven@nps.gov>

Hello All,

We wanted to get this out to you sooner than later so you would have a little time to prepare. We are asking Division Chiefs to do a 30 min. max presentation on your ONPS budget to the group. You may bring a budget person if you wish. We anticipate covering the budget the first day of the strategic focus meeting, but I will let the Green Team get back to us on that.

Ground Rules:

- Presenting only for ONPS FY 2020.
- Presentations are informational only.
- Provide Power Point presentations to include:
  - Division Allocation.
  - Budget breakdown by object class.
  - Position Management to include current staffing, planned vacancies to fill this year and future hopes.
  - Update on critical information about your budget and staffing that affects other divisions.
  - Summary and closing remarks.

Thanks!

Below are Division's FY20 ONPS allocations, we are expecting a flat budget of $21.6 million. Adjustments may be necessary depending on the final ONPS allocation to the park (Exhibit B).

| FC | Division | FY 2019 | FY20 Initial Proposed | FY20 Requests | | FY20 Final Allocation |
|---|---|---|---|---|---|---|
| GRCA00 | Parkwide Ops | $2,343,695 | $1,670,000 | $1,670,000 | | $1,670,000 |
| GRCA00 | Contingency Reserve | 0 | $270,000 | $270,000 | | $270,000 |
| GRCA00 | Computers | $100,000 | | $190,000 | | $190,000 |
| GRCA00 | Safety, Health and Wellness | | | $40,000 | | $40,000 |
| GRCA00 | Perf. Awards | $230,000 | | $200,000 | | $200,000 |
| GRCA00 | Parkwide Training | $100,000 | | $100,000 | | $100,000 |
| GRCAS0 | Supt | $1,868,800 | $1,750,000 | $1,650,000 | | $1,650,000 |
| GRCA10 | Admin | $1,159,050 | $1,595,000 | $1,562,115 | | $1,550,000 |
| GRCA20 | SRM | $1,930,320 | $2,146,000 | $2,501,178 | | $2,100,000 |
| GRCA30 | Conc. | $16,455 | $16,500 | $16,500 | | $16,500 |
| GRCA50 | PEP | $450,600 | $450,000 | $450,000 | | $450,000 |
| GRCA60 | VRP | $6,061,290 | $5,700,000 | $7,259,614 | | $5,646,000 |
| GRCA70 | Aviation | $527,260 | $580,000 | $801,102 | | $525,000 |
| GRCA80 | Interp | $2,572,860 | $2,500,000 | $3,007,946 | | $2,500,000 |
| GRCA90 | FMD | $4,677,170 | $5,000,000 | $5,648,078 | | $4,700,000 |
| | Total | $21,607,500 | $21,607,500 | $25,366,533 | | $21,607,500 |
| | | | | $3,759,033 | | |

Additional Guidance:

Divisions need to balance/program 10-575s to match these numbers by February 4, 2020 so the budget office can run and save a parkwide 10-575. These will also be due to Region at some point. Authorized amounts in local account should be set to match these numbers by budget staff.

Divisions are allowed to over program based on historic/known attrition, however, you cannot over spend. Historically the park has had about 15-17% lapse rate.

Divisions will need to update your org charts to reflect this budget. Color coded as follows:
Green = Permanent Occupied, Yellow = Permanent Vacant (Plan to fill in current FY) Red = Permanent & Seasonal Vacant not sure when will fill (inside box also says PFT or Seasonal) Blue = Seasonal Occupied

The budget office will hold a meeting in January with all budget staff to go over programming and executing allocated budgets in AFS4 this year so all are on the same page. Programming will be actively reconciled using CCR and updated throughout the fiscal year.

# EXHIBIT P-1



Stephenson, Elston <elston_stephenson@nps.gov>

## Meeting to discuss outcomes of OIG OI-HQ-19-0668-R

Stephenson, Elston <elston_stephenson@nps.gov>
To: "Drapeaux, Brian" <brian_drapeaux@nps.gov>
Cc: Woody Smeck <woody_smeck@nps.gov>

Tue, Aug 20, 2019 at 7:49 AM

Woody, Brian, Lisa,

Good Morning.

Please let's take a look at this to review, in particular, the 'jurisdictional issues', and what actually happened,

She still remain open in my SMIS.

I must answer questions to close out the SMIS entry.

Please take another look at what the supervisor sent to me. Clearly this, by his description is/was an entrapment. She was overrun by the fire in his description. The reason that she drove through the fire is clearly because she felt trapped.

Clearly, in 50B it says that a SAIT can be done. National Fire Director's call.

By the supervisor's description there were many---at least 7 things that went horribly wrong.

I have yet to see an 'investigation'.

I understand that there were 'Lessons Learned'. I would like to see what happened. We would have to reverse engineer the Lessons Learned to understand exactly what happened. Seeing the investigation would be more meaningful.

This sounds like it can happen during wildland firefighting on GRCA

Please see that the entire point of the safety investigation is to determine what happened and apply it to Our operations.

Respectfully, We must decide as a matter of policy, of jurisdiction, of Our Identity how much care for Our People we abdicate to others.

Respectfully, she's Ours.

We put her in that situation.

At the very least we owe her, her Parents, her Family, her Husband, her Wife, her Sister, her Brother, her Friends our best determination of what happened so we do not put her in that situation again---or other 'hers'/'hims' in the future.

Thank You.

Elston
928-255-8727


On Thu, Jul 25, 2019 at 11:25 AM Drapeaux, Brian <brian_drapeaux@nps.gov> wrote:
[Quoted text hidden]

 **GRCA Wildland Firefighter Burn Incident June 4, 2019.pdf**
694K



Stephenson, Elston <elston_stephenson@nps.gov>

## Meeting to discuss outcomes of OIG OI-HQ-19-0668-R

**Stephenson, Elston** <elston_stephenson@nps.gov>
To: Mary Risser <Mary_Risser@nps.gov>

Tue, Jan 7, 2020 at 3:09 PM

Mary,

Good Afternoon,

Here is the 'package' regarding the Wildland Firefighter who was separated from her crew on an ATV during a control burn, cut off and forced to drive through the burn to save her own life.

Reading her supervisor's description; she was in a very desperate and dangerous situation which should never have happened.

Respectfully, the passage by Mr. Rowe is vacant and seeks to minimize the fact that we literally put her in a situation where she felt it necessary to drive through fire to save her life.

Smeck said that he would run down the Lessons Learned. He never got back to me.

Kacie is Ours. And she is still 'open' in SMIS.

As we spoke this morning, it would be Horrible and Inexcusable if we 'repeated' this.

Had this been a fatality, we would be having an entirely different conversation. It appears that it was only Luck which prevented this from being worse.

Thank You.


Sincerely,

Elston
928-255-8727


---------- Forwarded message ----------
From: **Stephenson, Elston** <elston_stephenson@nps.gov>
Date: Tue, Aug 20, 2019 at 7:49 AM
Subject: Re: Meeting to discuss outcomes of OIG OI-HQ-19-0668-R
To: Drapeaux, Brian <brian_drapeaux@nps.gov>
Cc: Woody Smeck <woody_smeck@nps.gov>

[Quoted text hidden]

📄 **GRCA Wildland Firefighter Burn Incident  June 4, 2019.pdf**
694K



Stephenson, Elston <elston_stephenson@nps.gov>

## Meeting to discuss outcomes of OIG OI-HQ-19-0668-R

**Smeck, Woody** <woody_smeck@nps.gov>                              Tue, Aug 20, 2019 at 8:59 AM
To: "Stephenson, Elston" <elston_stephenson@nps.gov>
Cc: "Drapeaux, Brian" <brian_drapeaux@nps.gov>

Elston,

Thank you. Let me obtain a copy of the Final Lessons Learned Report from the Wildland Fire Center and we can go from there.

Woody Smeck
Acting Superintendent
Grand Canyon National Park
P.O. Box 129
Grand Canyon, AZ 86023
~~~
(928) 638-7945 office
(559) 788-9247 mobile

[Quoted text hidden]

From: "Rowe, Louis" <louis_rowe@nps.gov>
Date: July 25, 2019 at 8:58:33 AM EDT
To: Woodrow Smeck <woody_smeck@nps.gov>
Cc: Aaron Roth <aaron_roth@nps.gov>, Michael May
<Michael_May@nps.gov>, Palmer Jenkins <chip_jenkins@nps.gov>, Malia Bruyneel
<malia_bruyneel@nps.gov>, William Kaage <william_kaage@nps.gov>
Subject: OIG OI-HQ-19-0668-R

Woody, Chip:
I received the subject line OIG yesterday. This was filed by GRCA Safety Manager
Elston Stephenson and requested that an SAIT should be called out, or that an
immediate Safety Standdown of the GRCA Wildland Fire program should occur as a
result of an injured FF on the Coldwater fire on the Coconino National Forest on June 4
2019.

This was an ember burn on the cheek of a FF while on an ATV checking fire line. First
aid was rendered by an EMT on the engine, Medics looked at it at the Div level, and the
FF was accompanied by the Forest Hospital Liaison to get checked at Flagstaff Hospital
to ensure FF burn protocols were followed. FF was sent back to the fire on full duty by
the Physician that same day.

A Lessons Learned Report was generated on the Wildfire Lessons Learned Center with
information on what occurred and recommendations to prevent recurrence. GRCA
AFMO confirms the GRCA south rim FF personnel met and talked about the lessons
learned.

Elston states this evoke "Yarnell" and that he reviewed DOI NPS Serious Accident
Course material and "can find no SOP, jurisdictional, or investigative
guidance". RM50B provides a definition for serious accidents, and when an SAIT is
called out: *Serious accidents: A work related fatality of an employee (NPS, other
agency under NPS jurisdiction, or contractors and volunteers directly supervised by
NPS), overnight hospitalization of three or more employees from a single occurrence
and/or incidental damage to NPS property of $250,000 or more.*

Please refer Elston to the RM50B for guidance so that he can address these incidents
effectively and appropriately in the future. Elston also states that "I don't know a darn
thing about wildland firefighting" so perhaps this can be added to his IDP so he can
learn about this subject next spring when the "S" classes take place there at GRCA

I have closed this OIG, and no response is necessary from IMR.

Louis Rowe
Associate Director (A)
Visitor and Resource Protection
National Park Service
Office 202 513-7082
Cell 703 994-5816

*(handwritten)* "Entrapment"
DOI RM 50B
Chapter 1  Serious Accident
Investigations
Pg 44, D(3)

 SMIS

**OSHA'S FORM 300 (DOI Facsimile)**
Log of Work-Related Injuries and Illnesses   Year: 2019

**Establishment Name: Grand Canyon National Park**
**City: Grand Canyon National Park    State: AZ**

| | Identify the person | | | Describe the case | | | Classify the case | | | | Number of Days | | Injury or Illness Classification | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Xfer/ Restr | IN | SD | RE | PO | HL | IL |
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | TRANSFER STATION IN THE GRAND CANYON | Laceration Sngle 1st finger Hand tools (non-powered) | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000149 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Sngle 2nd finger Hand tools (non-powered) | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Sngle 2nd finger Windows, Doors | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Sngle 1st finger Metal item, mineral | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC. CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | ✔ | | 3 | ? | | | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | | | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2..5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working | ✔ | | 3 | ? | | | ✔ | | | | | |

Duplicate
Duplicate

DOI: SMIS

| Case | Name | Job Title | Date | Location | Injury | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Surface (floor, street, etc.) | | | | | |
| 2019-1000819 | BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✔ | 0 | 0 | ✔ |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites Human (Communicable Disease) | | ✔ | 0 | 0 | ✔ |
| 2019-1000616 | TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✔ | 0 | 0 | ✔ |
| 2019-1000822 | NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON, SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✔ | 0 | 0 | ✔ |
| 2019-1000821 | DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Single Intern Insufficient Data | ✔ | | 5 | 0 | ✔ |
| 2019-1000659 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602, N36.4470 W112. | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✔ | 0 | 0 | ✔ |
| 2019-1001774 | NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow, Single Metal item, mineral | | ✔ | 0 | 0 | ✔ |
| Pending Case | ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✔ | | 9 | 4 | ✔ |
| 2019-1000828 | DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | | ✔ | 0 | 0 | ✔ |
| 2019-1000829 | DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | | ✔ | 0 | 0 | ✔ |
| 2019-1000827 | DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✔ | 0 | 0 | ✔ |
| 2019-1000826 | ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001108 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✔ | | 1 | 14 | ✔ |
| 2019-1001109 | ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| Pending Case | KACIE DODDS | FORESTRY TECHNICIAN | Jun/4 | COLDWATER FIRE DIVISON ZULU | Burn, sunburn Face | | ✔ | 0 | 0 | ✔ |

DOI: SMIS

| Claim # | Name | Position | Date | Location | Injury | ✔ | ✔ | # | # | ✔ | ✔ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FOREST R | Fire, Flame, Smoke (not Tobacco) | | | | | | |
| 2019-1001111 | PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✔ | | 3 | 0 | ✔ | |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✔ | 0 | 0 | ✔ | |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✔ | 0 | 0 | ✔ | |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Single Intern Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ | |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✔ | | 15 | 0 | ✔ | |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✔ | | 1 | 0 | ✔ | |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✔ | | 7 | ? | ✔ | |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 7 | ✔ | |
| Pending Case | VERN GARRISON | UTILITY SYS REPAIR-OPER | Jul/26 | 1622 BARRY HANCE CIR. GRAND CANYON | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD, AUTO SHOP GRAND | Obj in eye Eye Sngle Extern Liquid Chemical, Toxic | | ✔ | 0 | 0 | | ✔ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Sngle Intern Vehicle, Privately-Owned (Includes Rental) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✔ | | 8 | 8 | ✔ | |

DOI: SMIS

| Case | Name | Job Title | Date | Location | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | 0 | 0 | ✔ | |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material Handling Equipment | | | ✔ | 0 | 0 | ✔ | |
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | | 13 | 13 | ✔ | |
| Pending Case | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kaibab Trail, 1. | Injured | | | ✔ | 0 | 0 | ✔ | |
| Pending Case | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj in eye Eye Single Extern Insect | ✔ | | | 5 | 0 | ✔ | |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Nati | Obj in eye Eye Single Intern Insect | | | ✔ | 0 | 0 | ✔ | |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj in eye Eye Single Extern Dust (Silica, Coal, etc. ) | | | ✔ | 0 | 0 | ✔ | |
| Pending Case | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Training -Tactical, Exercising, Pack Test, etc. | | | ✔ | 0 | 0 | ✔ | |
| Pending Case | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | | ✔ | 0 | 0 | ✔ | |
| Pending Case | HEATHER HADAWAY | | Oct/2 | Trail between Residential Housing an | Injured | | ✔ | | 0 | 1 | ✔ | |
| Pending Case | KENNETH GAYDUSEK | | Oct/28 | back of building of the auto shop bl | Injured | | | ✔ | 0 | 0 | ✔ | |
| Pending Case | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Injured | | | ✔ | 0 | 0 | ✔ | |

Totals: 0　12　2　39　73　47　46　0　0　3　1　3

43

Duplicate

Duplicate Page

1/11/2020                                                DOI: SMIS

 **SMIS**

**OSHA'S FORM 300 (DOI Facsimile)**
**Log of Work-Related Injuries and Illnesses   Year: 2019**

Establishment Name: Grand Canyon National Park
City: Grand Canyon National Park        State: AZ

**Identify the person**                                      **Describe the case**                 **Classify the case**   **Number of Days**   **Injury or Illness Classification**

| Case no. | Employee's Name | Job Title | Date of Injury | Where Event Occurred | Description of Injury/Illness | Death | Days Away | Job Xfer | Other | Away From Work | On Restr | IN | SD | RE | PO | HL | IL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1000664 | DAVID SPENCER | FACILITY MANAGEMENT | Feb/12 | JLAKEACOB LAKE FOREST SERVICE COMPOU | Strain, multiple Single shoulder Vehicle, Government-Owned | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000830 | JESSE BAILEY | ELECTRICAL WORKER | Feb/15 | Transfer Station | Laceration Hand tools (non-powered) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1001773 | PAUL KOENIG | UTILITY SYS REPAIR-OPER | Feb/21 | CORNER OF ALBRIGHT AND COCONINO GRAN | Strain, multiple Single shoulder Machine or Tool | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000147 | GRACE LILLY | PARK GUIDE | Feb/21 | Desert View Watchtower | Puncture Single 2nd finger Windows, Doors | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000179 | GRACE LILLY | PARK GUIDE | Feb/21 | DESERT VIEW WATCHTOWER INSIDE FRONT | Puncture Single 1st finger Metal item, mineral | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000825 | ANDREW PODANY | PARK RANGER (PROTECTION) | Feb/28 | RIVER OPERATIONS BUILDING GRAND CANY | Laceration Head Ext, Other Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000824 | SHANE BARTON | PARK RANGER (PROTECTION) | Feb/28 | GRAND CANYON RIVER OPERATIONS GRAND | Tooth Inj Teeth Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000823 | DANIEL HOVANEC | PARK RANGER (PROTECTION) | Feb/28 | RIVER SHOP, SHUTTLE BUS ROAD GRAND C | Injury - NEC Head Ext Multipl Physical Training -Tactical, Exercising, Pack Test, etc. | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000663 | IVA TORIVIO | MISC CLERK AND ASSISTANT | Mar/14 | SOUTH ENTRANCE STATION GRAND CANYON | Laceration Arm or wrist Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | 7 | ✔ | | | | | |
| 2019-1000668 | VERN GARRISON | UTILITY SYS REPAIR-OPER | Mar/14 | PARKING LOT FACILITIES MAINTENANCE 1 | Laceration Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | | | ✔ | 0 | 0 | ✔ | | | | | |
| 2019-1000660 | CATHERINE MERRITT | PARK RANGER (INTERPRETATION) | Mar/26 | APPROXIMATELY 2 5 MILES DOWN THE BR | Fracture Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | | | 3 | ? | ✔ | | | | | |
| 2019-1000820 | HANNAH ORFE | PARK RANGER (PROTECTION) | Apr/10 | Grand Canyon Auto Shop Grand Canyon, | Expo Chem/Toxin Mlp Body Sites | | | | ✔ | 0 | 0 | | | | ✔ | | |

**1/11/2020**

DOI: SMIS

| Case / Name | Job Title | Date | Location | Injury | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019-1000819 BRIAN DENSMORE | SUPERVISORY PARK RANGER | Apr/10 | Grand Canyon Auto Shop | Human (Communicable Disease) Expo Chem/Toxin Arm(s), Multiple Human (Communicable Disease) | | ✓ | 0 | 0 | | ✓ |
| 2019-1000816 TIMOTHY HOPP | PARK RANGER (PROTECTION) | Apr/14 | Conducted scenario training on 4/12/ | Insect bite Single Hip/Thigh Tick Bite (Single) | | ✓ | 0 | 0 | | ✓ |
| 2019-1000822 NATHAN SILVIS | BIOLOGICAL SCIENCE TECHNICIAN | Apr/18 | GRAND CANYON, SOUTH RIM GRAND CANYON | Dermatitis Mlp Body Sites Plant, trees, vegetation | | ✓ | 0 | 0 | ✓ | |
| 2019-1000821 DANIEL BOUGHTER | BIOLOGIST | Apr/19 | ON COLORADO RIVER AT CAMP GRAND CANY | Obj in eye Eye Sngle Intern Insufficient Data | ✓ | | 5 | 0 | ✓ | |
| 2019-1000859 MATTHEW KRUPP | PARK RANGER (PROTECTION) | Apr/19 | STATE ROUTE 67 MM602. N36 4470 W112 | Strain, multiple Mlp Body Sites Vehicle, Government-owned as driver | | ✓ | 0 | 0 | ✓ | |
| 2019-1001774 NICHOLAS WILLIAMS | MOTOR VEHICLE OPERATOR | Apr/24 | 1577 SHUTTLEBUS RD AUTO SHOP BAY GRA | Puncture Elbow. Single Metal Item. mineral | | ✓ | 0 | 0 | ✓ | |
| 2019-1002898 ETHAN BERRY | MAINTENANCE WORKER | Apr/26 | WORK SITE RIGHT ABOUT SKINNY HELI-SP | Fracture Ribs, Multiple Hoist, Sling Chain, Jack | ✓ | | 9 | 4 | ✓ | |
| 2019-1000828 DANA BELCHER | MISC. CLERK AND ASSISTANT | May/16 | BIKESHARE BIKE STORAGE BARN GRAND CA | Muscuskeletal NC Single Wrist Machine or Tool | | ✓ | 0 | 0 | ✓ | |
| 2019-1000829 DOLLY SANCHEZ | MISC. CLERK AND ASSISTANT | May/16 | Grand Canyon Visitor Center | Muscuskeletal NC Single knee Inanimate objects | | ✓ | 0 | 0 | ✓ | |
| 2019-1000827 DAVID GISHIE | CARPENTER | May/21 | OUT IN FIELD, PALACE CALL SOUTH GATE | Strain, multiple Single shoulder Inanimate objects | | ✓ | 0 | 0 | | ✓ |
| 2019-1000826 ZASHA WELSH | VOLUNTEER | May/22 | EMBANKMENT ON BRIGHT ANGEL CREEK ABO | Tooth Inj Mouth/lips Walking/Working Surface (floor, street, etc.) | | ✓ | 0 | 0 | ✓ | |
| 2019-1001108 CHARLES PARKER | MISC. CLERK AND ASSISTANT | May/29 | DESERT VIEW ENTRANCE STATION GRAND C | Strain, multiple Arm(s), Multiple Stress (physical) | ✓ | | 1 | 14 | ✓ | |
| 2019-1001109 ROE BAKER | PARK RANGER (GENERAL) | Jun/4 | DESERT VIEW CAMPGROUND; SITE 38 GRAN | Superficial Woun Mlp Body Sites Walking/Working Surface (floor, street, etc.) | | ✓ | 0 | 0 | ✓ | |
| 2019-1001111 PHYLLIS EVANS | ADMIN SUPPORT ASSISTANT | Jun/6 | 2ND FLOOR COCONINO BLDG 1824 S THOMP | Strain, multiple Single shoulder Box, barrel, container, etc. | ✓ | | 3 | 0 | ✓ | |
| Pending Case BRIAN ROBERTS | PARK MANAGEMENT | Jun/7 | | Injury - NEC Mlp Body Sites Physical Training -Tactical, | | | 0 | 0 | | |

*(handwritten:)* Kacie Dodds missing - Deleted

*(handwritten:)* compare with 11/13/2019

1/11/2020                                    DOI: SMIS

| Case | Name | Job Title | Date | Location | Injury | | | | | |
|------|------|-----------|------|----------|--------|---|---|---|---|---|
| | | | | | Exercising Pack Test, etc. | | | | | |
| 2019-1001517 | JOSEPH DAWSON | PARK RANGER (INTERPRETATION) | Jun/19 | Grand Canyon South Rim Village Waldr | Pain/Swell Joint Arm or wrist Hoist, Sling Chain, Jack | | ✔ | 0 | 0 | ✔ |
| 2019-1001519 | KELLY CONFER | UTILITY SYS REPAIR-OPER | Jun/24 | ROARING SPRINGS PUMP HOUSE GRAND CAN | Back strain Lower back Wood | | ✔ | 0 | 0 | ✔ |
| 2019-1001764 | KEVIN DILLON | PARK RANGER (PROTECTION) | Jun/29 | IN THE STREET IN FRONT OF MY RESIDEN | Scratch/Abrasion Single hand Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001765 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Jul/3 | AT WORK. GRAND CANYON AZ | Strain, multiple Fingers Sngl Hnd Stress (physical) | | ✔ | 0 | 0 | ✔ |
| 2019-1001554 | CHRISTOPHER AHNLUND | FORESTRY TECH | Jul/11 | MURRY WILDLAND FIRE NORTH RIM | Obj in eye Eye Single Intern Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1001766 | JEROME CHAVEZ | UTILITY SYS REPAIR-OPTR | Jul/16 | 2ND FLOOR. PRWWTP,PUMP ROOM GRAND CA | Strain, multiple Lower back Equipment Layout (Ergonomic) | ✔ | | 15 | 0 | ✔ |
| 2019-1001767 | AVERY THOMAS | FORESTRY TECHNICIAN | Jul/20 | LARGE FIRE SUPPORT FOR THE CELLER FI | Strain, multiple Single knee Inanimate objects | ✔ | | 1 | 0 | ✔ |
| 2019-1001768 | MICHAEL HARRINGTON | LABORER (MOTOR VEHICLE OPERATOR) | Jul/21 | NORTH KAIBAB TRAIL GRAND CANYON, AZ | Strain, multiple Single knee Walking/Working Surface (floor, street, etc.) | ✔ | | 7 | ? | ✔ |
| 2019-1001769 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Jul/24 | BRIGHT ANGEL TRAIL BETWEEN 1.5 AND 3 | Strain, multiple Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 7 | ✔ |
| 2019-1001770 | JOSE MARTINEZ | MISC TRANS/MOBILE EQUIP MAINT | Jul/30 | 1577 SHUTTLE BUS RD, AUTO SHOP GRAND | Obj in eye Eye Sngle Extern Liquid Chemical Toxic | | ✔ | 0 | 0 | | ✔ |
| 2019-1001771 | JANA IRVING | MISC. CLERK AND ASSISTANT | Jul/31 | GRCA, SOUTH ENTRANCE, LANE 5 GRAND C | Injury - NEC Ear Single Intern Vehicle, Privately-Owned (Includes Rental) | | ✔ | 0 | 0 | | ✔ |
| 2019-1001772 | DANTE FOWLER | LABORER | Aug/9 | NORTH KAIBAB TRIAL GRAND CANYON NORT | Strain, multiple Abdomen Nonmetallic, rocks, sand | ✔ | | 8 | 8 | ✔ |
| 2019-1002113 | ANDREW SHOUSE | FORESTRY TECHNICIAN | Aug/10 | GRAND CANYON SOUTH RIM HELIBASE GRAN | Hernia Pelvis Physical Training -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | ✔ |
| 2019-1002114 | PATRICK MURPHY | MAINTENANCE WORKER LEADER | Aug/13 | KILAUEA IKI TRAIL VOLCANO, HAWAII | Inflam Joints Single knee Material | | ✔ | 0 | 0 | ✔ |

1/11/2020
DOI: SMIS

| Case | Name | Job Title | Date | Location | Nature | | | | |
|------|------|-----------|------|----------|--------|---|---|---|---|
| 2019-1002115 | MICHAEL HARRINGTON | MAINTENANCE WORKER | Aug/27 | HIKING ALONG KEN PATRICK TRAIL ON NO | Handling Equipment Fracture Rib Walking/Working Surface (floor, street, etc.) | ✔ | | 13 | 13 | ✔ |
| 2019-1002803 | BRYAN STRUBLE | UTILITY SYS REPAIR-OPTR | Aug/30 | Inner Canyon, North Kaibab Trail, 1. | Hearing Loss Ear Single Intern Welding Equipment | | ✔ | 0 | 0 | ✔ |
| 2019-1002806 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | NORTH KAIBAB TRAIL GRAND CANYON | Obj in eye Eye Single Extern Insect | ✔ | | 5 | 0 | ✔ |
| 2019-1002188 | KAYLEE NEWCOMB | PARK RANGER | Sep/7 | North Kaibab trail Grand Canyon Natl | Obj in eye Eye Single Intern Insect | | ✔ | 0 | 0 | ✔ |
| 2019-1002187 | CHARLES PARKER | MISC. CLERK AND ASSISTANT | Sep/7 | TRAFFIC LANE A & B BOOTHS AT DESERT | Obj in eye Eye Single Extern Dust (Silica, Coal, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002805 | LEONARD RIOS | BIOLOGICAL SCIENCE TECHNICIAN | Sep/10 | NORTH RIM EMERGENCY SERVICES FACILIT | Strain, multiple Single knee Physical Tra ning -Tactical, Exercising, Pack Test, etc. | | ✔ | 0 | 0 | ✔ |
| 2019-1002801 | SHANE BARTON | PARK RANGER (PROTECTION) | Sep/17 | INDIAN GARDEN DAY USES AREA GRAND CA | Strain, multiple Single Lower Leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002899 | HEATHER HADAWAY | VISITOR USE ASSISTANT | Oct/2 | Trail between Residential Housing an | Laceration Both hands Walking/Working Surface (floor, street, etc.) | ✔ | | 0 | 1 | ✔ |
| 2019-1002897 | RYAN MCDONALD O'LEAR | PARK RANGER (PROTECTION) | Oct/21 | Garden Creek Slot Canyon | Muscuskeletal NC Single leg Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002900 | KENNETH GAYDUSEK | HEAVY MOBILE EQUIPMENT MECHANIC | Oct/28 | back of building of the auto shop bl | Muscuskeletal NC Single Foot Walking/Working Surface (floor, street, etc.) | | ✔ | 0 | 0 | ✔ |
| 2019-1002902 | CLAIRE SCHULER | VISITOR USE ASSISTANT | Oct/28 | North Rim Entrance Station | Laceration Single hand Animal, Dog bite | | ✔ | 0 | 0 | ✔ |
| 2019-1002905 | ADAM DOCKERY | MAINTENANCE WORKER LEADER | Nov/14 | Grand Canyon National Park - Thunder | Diarrhea/Vomit Intestines Insect | | ✔ | 0 | 0 | | ✔ |
| 2019-1002906 | CAMDEN SHAKESPEARE | LABORER (MOTOR VEHICLE OPERATOR) | Nov/18 | Below oohah point, Grand Canyon Natl | Bruise Single hand Hand tools (non-powered) | | ✔ | 0 | 0 | ✔ |
| 2019-1002907 | NATHANIEL PHELPS | MAINTENANCE WORKER LEADER | Nov/19 | South Kaibab Trail, 2 switchbacks be | Laceration Single 4th finger Hand tools (non-powered) | | ✔ | 0 | 0 | ✔ |

1/11/2020

DOI: SMIS

| 2019-1002908 | MATTHEW KRUPP | PARK RANGER (PROTECTION) | Dec/6 | W-1 Road near the Intersection of W- | Pain/Swell Joint Arm or wrist Vehicle, Government-Owned | | | ✓ | 0 | 0 | ✓ |
| 2019-1002977 | HANNAH ORFE | PARK RANGER (PROTECTION) | Dec/24 | Station One  Women | Bruise Single Upper Arm Human (Violence) | | | ✓ | 0 | 0 | ✓ |
| 2019-1002976 | CHARLES PARKER | MISC  CLERK AND ASSISTANT | Dec/26 | Desert View Office Parking Lot | Musculoskeletal NC Single shoulder Vehicle, Government-Owned | | | ✓ | 0 | 0 | ✓ |

Totals:  0    12  2   43  73  47   50 0  0  3  1  3

Previous Page

# EXHIBIT D

EXHIBIT D



Stephenson, Elston <elston_stephenson@nps.gov>

## URGENT HELP: Uranium Exposure at Grand Canyon National Park

Stephenson, Elston <elston_stephenson@nps.gov>                 Thu, Dec 20, 2018 at 5:07 AM
To: Secretary Zinke <secretary_zinke@los.doi.gov>
Cc: David Bernhardt <dwbernhardt@los.doi.gov>, Mary Kendall <mary_kendall@dololg.gov>

Secretary Zinke,

Sir Good Morning.

I was sorry to hear of your imminent departure. But, Sir, I'm respectfully asking you, as an Operator, to 'service' one more target before you go.

Please consider this a continuation of my Formal Complaint.

Sir, 1000s of Grand Canyon National Park (GRCA) workers and visitors—particularly young children appear to have been exposed to uranium levels that appear to be 100s of times the NRC limits for the general public as they attended tours and shows here. The same is likely true for our workers.

Sir, in pictures (attached) you will see a large case with taxidermied animals. Just to the left (facing) of the case is where three 5 gallon buckets of uranium were stashed. One bucket was piled so high with uranium that it could not be completely closed. On the floor just in front of the case is where tours of children would sit to take in animal shows—just a few inches to a few feet (at most) from the buckets of emitting uranium.

At least one NPS employee working in the vicinity of the material contracted cancer and survived. At least one NPS employee working in the vicinity of the material contracted cancer and died.

The three 5 gallons buckets of uranium were stashed away in the GRCA Museum Collections building back in 2000. I started working here June 26, 2017, it was reported to me on June 11, 2018, I instantly contacted the InterMountain Regional Headquarters (IMR) for help. They sent out an NPS IMR uranium 'expert'. Immediately upon his arrival, the GRCA Superintendent, the IMR Safety Manager, and the responding IMR uranium expert made a pact to explicitly secret and hide any of their findings, measurements, etc from me—and from the employees working in the building—in violation of the OSHA 'Right-to-Know Law'.

Please receive this report that I just received last night (pdf). It was hidden from me until now.

Sir, when you compare the numbers on page 1 to the Nuclear Regulatory Commission's (NRC) limits on their webpage 10CFR §20.1302 Compliance With Dose Limits For Individual Members of the General Public; You will see that the 0.02 mSv/hr hourly limit listed in 10CFR §20.1302(b)(2)(ii) is exceeded several thousand times over—especially as you consider the kids sitting there on the floor for the show.

But, Sir, it gets worse when you consider that NRC's webage 10CFR §20.1207 Occupational Dose Limits for Minors states that minor-aged children are limited to just 1/10th the exposure of adults.

Sir, between 2000 and June 18, 2018 we have likely exposed 1000s of Americans to excessive levels of uranium at Grand Canyon National Park.

Beyond the retaliation and hostility that I have faced as a result of trying to bring this forward and protect my workers—in violation of the Whistleblower Law; the attempts to cover this up, and the amateurish IMR response may be criminal.

I have already described the secret pact made between the GRCA Superintendent and the IMR personnel—there may be others in IMR beyond just these three that I know of. Please receive this other 'report' (MSWord) that the IMR responding 'expert' forwarded 2 weeks ago when pressed. Clearly, you can see that he deliberately deleted items 4 thru 7 in an attempt to hide those potentially deadly exposure readings.

Respectfully Sir, what may be also criminal is that the GRCA Superintendent and the IMR personnel knew of these exposures to our workers for thes past 6 months and did nothing to inform, advise, or care for them. In fact, the departing IMR uranium expert told them that they had nothing to worry about—they were "good".

The workers were also told that they had nothing to worry about when the uranium was first dumped on them back in 2000.

My concerns were raised when not only did it take the IMR uranium expert 4 days to get here (June 14, 2018), but he had to divert to another park to borrow a radiation measuring device (Ludlum). As you may know, Sir, uranium 'off-gasses' radon. Yet he brought no radon measuring equipment. He brought his wife who is also a non-NPS uranium expert. Although she assisted him, she does not appear anywhere in the 'report'. Neither of them had what would be expected personal protective equipment (PPE). It was such an amateurish response that they had to go to the tourist General Store here at the Park and purchase several pairs of common dishwasher gloves as their PPE. They resorted to tearing off the head of a mop and using the mop handle to move the buckets of uranium (pic).

Between the June incident and August, I kept pestering for information in order to inform my workers, but received none. I was told to await the report.

In an August EEO federal mediation session, the GRCA Superintendent slipped and revealed the secretive pact that she made with the IMR Safety Manager and IMR responding uranium expert.

When I found this out, I decided to call OSHA, the NRC, and notified Congress with a formal complaint in order to get the help and information I needed to help my workers. OSHA responded like pros. They even came with a detachment of active duty USAF uranium experts fully equipped and clad to measure and ensure our safety (November 29, 2018). However this was 6 months after the fact. The uranium had already been removed and dumped at a local mine. There was little for them to measure—except for the fact that the amateurish IMR crew brought the buckets back to the office space where they continued emitting.

Sir, respectfully, I know and understand that you are busy. I know your're leaving.

Respectfully, your country needs you to do one more thing before you go; take care of this.

Sir, I need your help. Please. My workers need your help. The 1000s of Americans who were exposed for over 18 years to uranium—particularly the children need your help.

Thank You.

And, Sir, Thank You for Your Service.

Very Sincerely & Respectfully,

CW4(ret) Elston "Swede" Stephenson, OHST
Safety Health & Wellness Manager
Grand Canyon National Park
928-255-8727

References

NRC (2018). Nuclear Regulatory Commission, *Regulation of radioactive materials*. Retrieved from https://www.nrc.gov/about-nrc/radiation/protects-you/reg-matls.html

NRC (2018). Nuclear Regulatory Commission, 10CFR §20, *Standards for protection against radiation*. Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1207, *Occupational dose limits for minors*. Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1207.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1302, *Compliance with dose limits for individual members of the public*. https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1302.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1801 *Control and storage of licensed material*. Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1801.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1802 *Control of material not in storage*. Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1802.html

Translater's Café (2017). TranslatorsCafe.com. *Unit converter*. Retrieved from https://www.translatorscafe.com/unit-converter/en/radiation/27-24/milliroentgen/hour-microsievert/hour/?mobile=1

---

**17 attachments**



**Stephenson GRCA Uranium 1.jpg**
703K



**Stephenson GRCA Uranium 2.jpg**
525K



**Stephenson GRCA Uranium 3.jpg**
1010K



**Stephenson GRCA Uranium 4.jpg**
893K

**Stephenson GRCA Uranium 6.jpg**
913K





Stephenson GRCA Uranium 7.jpg
894K



Stephenson GRCA Uranium 8.jpg
904K



Stephenson GRCA Uranium 9.jpg
654K



Stephenson GRCA Uranium 10.jpg
585K

Stephenson GRCA Uranium 11.jpg
601K





**Stephenson GRCA Uranium 12.jpg**
665K



**Stephenson GRCA Uranium 13.jpg**
622K



**Stephenson GRCA Uranium 14.jpg**
595K



**Stephenson GRCA Uranium 15.jpg**
582K

**Stephenson GRCA Uranium 16.jpg**
606K



📄 **Stephenson GRCA - Trip Report - GRCA Radiation Concerns - June 2018.pdf**
   71K

📄 **Stephenson Grand Canyon - Rad Resp- Uranium report (1).docx**
   183K

# EXHIBIT D-1

EXHIBIT D-1



Stephenson, Elston <elston_stephenson@nps.gov>

## Update (12/28/2018): URGENT HELP: Uranium Exposure at Grand Canyon National Park

Stephenson, Elston <elston_stephenson@nps.gov>                     Mon, Dec 31, 2018 at 11:38 AM
To: Secretary Zinke <secretary_zinke@ios.doi.gov>
Cc: David Bernhardt <dwbernhardt@ios.doi.gov>, Mary Kendall <mary_kendall@doioig.gov>

Mr. Secretary,

Good Morning, Sir.

Please receive this update to the uranium exposure at Grand Canyon National Park as of December 28, 2018.

Conferring with the NRC, and the state of Arizona's equivalent nuclear regulatory body, Arizona Department of Health Services - Bureau of Radiation Control (ADHS) has determined that dangerous levels of uranium radiation were emitted onto an unknowing public---particularly children, NPS minor-aged workers, and NPS adult workers as they toured, conducted research, and worked at the Museum Collections Building, Grand Canyon National Park between the year 2000 and June 18, 2018.

Please recall that I am also working with Fed OSHA. Their report is still due.

However, Sir, I have not conferred with any professional or expert who does not concur, or who is not alarmed.

Sir the numbers (facts) are not going to change. According to IMR's 'expert' the uranium in the three 5 gallon buckets (one bucket so full that the lid could not be closed) were emitting between 1,400 and 4,000 times the NRC safe rate limit per hour for general public children ([800 mR/hr ÷ 0.02 mSv/hr] x 10, [230mR/hr ÷ 0.02 mSv/hr] x 10) and between 140 and 400 times the NRC safe rate limit per hour for adults (800 mR/hr ÷ 0.02 mSv/hr, 230mR/hr ÷ 0.02 mSv/hr) . The animal shows that they were attending lasted between 30 minutes to 1 hour. The shows were a routine feature of the tours to the general public. There were between 800 to 1000 persons attending tours every year. While children and show attendees are relatively easy to assess because they were captivated in the confined area just inches away from uranium (at the taxidermied animal case), the workers are more difficult to determine because of their changing proximity and time duration to the uranium in the course of their work---some for the entire 18+ years that the uranium was stashed in their office space. NRC and ADHS confirm those numbers (stated in the report) and that interpretation.

One expert said "I've never seen exposure readings that high."

Please find the report and applicable links to NRC (along with conversion app) attached and below.

Sir, regrettably, it is not hyperbole to say that based on exposure rates and number of victims; Grand Canyon National Park may have suffered one of worst nuclear incidents in the Nation's history.

To date; No workers have been informed of the rates or the potential impacts to their health in accordance with the Right-to-Know law. No public notification has been made.

As such, and given what I have discovered and sought to solve and bring forward as serious safety issues in the course of my job; the uranium, attempts to hide/cover up the this uranium incident by GRCA and IMR

Case 3:19-cv-08268-DLR   Document 47-2   Filed 10/16/20   Page 47 of 51

11/23/2019            DEPARTMENT OF THE INTERIOR Mail - Update (12/28/2018): URGENT HELP: Uranium Exposure at Grand Canyon National Park

Regional Headquarters, the death of a visitor in the botched AED incident at DesertView, the expired, obsolete, and discontinued AEDs across the Park and NPS-wide, the near fatality with the saw to the face of a worker because of a GRCA history of ignoring OSHA JHA requirements---just to name a few, years of having no safety program (audit attached), the fact that I had to resort to an EEO settlement to force the leadership to comply with the most fundamental safety requirements as a result of the audit (attached), because of the enormous litigation issues that may lay ahead---and because of what Grand Canyon National Park means to the Nation and to the World; perhaps it is time for a more intensified Congressional involvement and Congressional oversight.

Otherwise, my fear is that rather than owning up and addressing this tragedy, efforts will be made to discredit or re-write the report, discredit me, or minimize the incident by 'switcheroo'---"see, we check last week and there's no uranium, so we're good", ignoring/denying it and moving on.

Sir, because of this, I respectfully insist that all Whistleblower provisions (by all respective Agencies and Congress) remain in full effect.

Finally Sir, I made a mistake in the earlier email as I stated "...1000s of Americans who were exposed...". As You know, Sir, it was not just Americans who were exposed, but people---particularly little kids visiting Grand Canyon National Park from all over the world who were exposed to uranium by us.

Sir, Thank You.

Congratulations on your tenure.

Happy New Year.

And, especially, Thank You for Your Service.


Very Sincerely,

CW4(ret) Elston "Swede" Stephenson, OHST
Safety Health & Wellness Manager
Grand Canyon National Park
928-255-8727


References

NRC (2018). Nuclear Regulatory Commission, *Regulation of radioactive materials*. Retrieved from https://www.nrc.gov/about-nrc/radiation/protects-you/reg-matls.html

NRC (2018). Nuclear Regulatory Commission, 10CFR §20, *Standards for protection against radiation*. Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1207, *Occupational dose limits for minors*. Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1207.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1302, *Compliance with dose limits for individual members of the public*. https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1302.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1801 *Control and storage of licensed material*.  Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1801.html

NRC (2018). Nuclear Regulatory Commission 10CFR §20.1802 *Control of material not in storage*.  Retrieved from https://www.nrc.gov/reading-rm/doc-collections/cfr/part020/part020-1802.html

Translater's Café (2017). TranslatorsCafe.com. *Unit converter*. Retrieved from https://www.translatorscafe.com/unit-converter/en/radiation/27-24/milliroentgen/hour-microsievert/hour/?mobile=1

Case 3:19-cv-08268-DLR   Document 47-2   Filed 10/16/20   Page 48 of 51

**20 attachments**



**Stephenson GRCA Uranium 1.jpg**
703K



**Stephenson GRCA Uranium 2.jpg**
525K



**Stephenson GRCA Uranium 3.jpg**
1010K



**Stephenson GRCA Uranium 4.jpg**
893K



**Stephenson GRCA Uranium 6.jpg**
913K

Case 3:19-cv-08268-DLR   Document 47-2   Filed 10/16/20   Page 49 of 51



**Stephenson GRCA Uranium 7.jpg**
894K



**Stephenson GRCA Uranium 8.jpg**
904K



**Stephenson GRCA Uranium 9.jpg**
654K



**Stephenson GRCA Uranium 10.jpg**
585K



**Stephenson GRCA Uranium 11.jpg**
601K

**Stephenson GRCA Uranium 12.jpg**
665K

Case 3:19-cv-08268-DLR   Document 47-2   Filed 10/16/20   Page 50 of 51





**Stephenson GRCA Uranium 13.jpg**
622K

**Stephenson GRCA Uranium 14.jpg**
595K



**Stephenson GRCA Uranium 15.jpg**
582K

**Stephenson GRCA Uranium 16.jpg**
606K

**Stephenson GRCA Uranium 17.jpg**
692K

**Stephenson GRCA - Trip Report - GRCA Radiation Concerns - June 2018.pdf**
71K

**Stephenson Grand Canyon - Rad Resp- Uranium report (1).docx**
183K

**Stephenson Settlement Agreement_NPS-18-0460_GRCA FINAL (signed).pdf**
254K

**Stephenson - GRCA 2018 Safety Audit Findings and Final Report.pdf**
833K