# EXHIBIT X-25

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson, | No. CV-19-08268-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Brian Drapeaux, | |
| Defendant. | |

The Court has reviewed United States' Motion for Relief from Mandatory Initial Discovery Pilot (MIDP) Requirements and Motion to Vacate Rule 16 Conference and Associated Deadlines. (Doc. 12.) For good cause shown,

**IT IS ORDERED** as follows:

The Court excuses the Parties from the MIDP requirements and vacates the Rule 16 Scheduling Conference set for November 22, 2019 at 10:30 a.m. as well as the associated deadlines tied to the Rule 16 Conference.

Dated this 14th day of November, 2019.

Douglas L. Rayes
United States District Judge

MIME–Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Message–Id: Subject:Activity in Case 3:19–cv–08268–DLR Stephenson v. Drapeaux Order on Motion to Vacate Content–Type: text/html

*This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.*
*\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.*

### U.S. District Court

### DISTRICT OF ARIZONA

**Notice of Electronic Filing**

The following transaction was entered on 11/14/2019 at 5:21 PM MST and filed on 11/14/2019

| | |
|---|---|
| *Case Name:* | Stephenson v. Drapeaux |
| *Case Number:* | 3:19–cv–08268–DLR |
| *Filer:* | |
| *Document Number:* | 15 |

*Docket Text:*
 **ORDER granting [12] Motion for Relief from Mandatory Initial Discovery Pilot (MIDP) Requirements and Motion to Vacate rule 16 Conference and Associated Deadlines. The Court excuses the Parties from the MIDP requirements and vacates the Rule 16 Scheduling Conference set for 11/22/2019 as well as the associated deadlines tied to the Rule 16 Conference. Signed by Judge Douglas L Rayes on 11/14/2019. (MMO)**

**3:19–cv–08268–DLR Notice has been electronically mailed to:**

Laurence G Tinsley, Jr    laurence.tinsley@usdoj.gov, glenna.millsaps@usdoj.gov

**3:19–cv–08268–DLR Notice will be sent by other means to those listed below if they are affected by this filing:**

Elston L Stephenson
PO Box 129
Grand Canyon, AZ 86023

The following document(s) are associated with this transaction:

*Document description:*Main Document
*Original filename:*n/a
*Electronic document Stamp:*
[STAMP dcecfStamp_ID=1096393563 [Date=11/14/2019] [FileNumber=19997889
–0] [57f8bdcf4081d2dfb8d9b979ddaddbe4f61eacf5d1b8717c7fa40d3c2415caaf8
b173313803056949b880f2a34b719a32b92e1d9b6c887d7b67c8b4b3968505e]]

# EXHIBIT X-26

## Fw: Update (Data and Research) / Fw: Important Awareness (Recommend Not for Action Yet) - Worker Hardship No Pay for 2 Months / Fw: Request for back pay due to Corona Virus

Stephenson, Elston L <elston_stephenson@nps.gov>

Mon 7/13/2020 4:10 PM

**To:** theswedepilot64@hotmail.com <theswedepilot64@hotmail.com>

📎 3 attachments (1 MB)

Johns Hopkins COVID Trend Tracker (7-13-2020).pptx; CDC Navajo Nation COVID Tracker (7-13-2020).pptx; ADHS COVID-19 Data Dashboard (7-13-2020).pptx;

---

**From:** Stephenson, Elston L <elston_stephenson@nps.gov>
**Sent:** Monday, July 13, 2020 8:58 AM
**To:** Keable, Edward T <edward_keable@nps.gov>
**Cc:** Burnette, Chris C <chris_burnette@nps.gov>
**Subject:** Update (Data and Research) / Fw: Important Awareness (Recommend Not for Action Yet) - Worker Hardship No Pay for 2 Months / Fw: Request for back pay due to Corona Virus

Ed,

Good Morning.

Please receive the updated data and research into this matter.

According to CDC and Arizona Department of Health Services the entire Navajo Nation's percent of positives of 13.7%  (8,142/59,331) is AMAZINGLY exactly the same 13.7% (123,824/899,994) percent positive as Arizona's. (refs. 1, 2, attached). This, of course means that Navajo Nation's rate is most likely lower as the entire Nation is comprised of Arizona, Utah, and New Mexico.

But as Arizona's John's Hopkins show an alarming---nation/world leading 26.6% rate of positives. (ref. 3, 5, attached)

The application of protection measures applied to Navajo Nation workers by GRCA is disparate, much more restrictive, and counter to science and data than what we apply to non-Navajo GRCA workers. Despite the fact that while President Nez himself describes "...really stringent public health orders"; there is no such uniform protection measures (public health orders) between here and Phoenix. (ref. 4)

Please also know that I received a call from Norm Johnson this morning---more upset as he opened his LES over the weekend to find that 80 hours of Annual Leave was deducted without his permission and consultation.

Ed, in Norm's own words; beyond the financial hardship and stress, it looks like and feels like GRCA is discriminating against him because he is Navajo.

Again, I'm optimistic the Big Brains and Good People of this morning's meeting can find an equitable solution which is good for Norm and good for the Park. Hopefully the data informs and helps.

Thank You


Very Sincerely,

Elston
928-255-8727


References


1. Department of Health and Human Services (2020). CDC. Navajo nation tracker. Retrieved from
https://www.ndoh.navajo-nsn.gov/COVID-19

2. Arizona Department of Health Services (2020). ADHS Arizona data dashboard. Retrieved from
https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/

3. John Hopkins University & Medicine (2020). Coronavirus Resource Center. *Testing hub, testing trends tool (Arizona)*. Retrieved from https://coronavirus.jhu.edu/testing/tracker/overview

4. McMorris-Santoro E (2020). CNN. *What states can learn from navajo nation's case rebound*. Retrieved from https://www.cnn.com/videos/health/2020/07/12/navajo-nation-coronavirus-case-study-arizona-spike-jonathan-nez-mcmorris-santoro-nr-vpx.cnn/video/playlists/coronavirus/

5. Leingang R, Steinbach A. (2020) Arizona Republic Arizona. *Arizona has highest percentage of positive COVID-19 tests in the US. here's what it means*. Retrieved from https://www.azcentral.com/story/news/local/arizona-health/2020/07/07/why-arizonas-percent-positive-tests-highest-country/5386600002/


---

**From:** Stephenson, Elston L <elston_stephenson@nps.gov>
**Sent:** Friday, July 10, 2020 7:41 AM
**To:** Keable, Edward T <edward_keable@nps.gov>
**Cc:** Burnette, Chris C <chris_burnette@nps.gov>
**Subject:** Important Awareness (Recommend Not for Action Yet) - Worker Hardship No Pay for 2 Months / Fw: Request for back pay due to Corona Virus

Ed,

Good Morning.

Please receive this Awareness brief with recommendation of 'Not For Action'................yet. Please also know that this situation has outsized implications for GRCA's reputation (internally and externally) for looking after its workers, GRCA's reputation with Native Tribes, and in particular; GRCA's reputation and relationship with the Navajo Nation.

A GRCA FMD worker is seeking to have some form of COVID-19 options or EFMP retroactively applied because he has not been paid in 2 months as he has had to care for his ailing mother and negotiate the COVID-19 tragedy striking the Navajo Nation, the Nation's quarantine/lockdown/curfew restrictions, and the GRCA quarantine protocols upon returning to GRCA.

This worker has spoken with his supervisory chain; Zane Johnson and Donna Richardson. He has also contacted Mike Collins and Lisa Carrico. There is a meeting scheduled with Zane, Donna, Mike, and Lisa on Monday July 13, 2020. I do not know if the worker will be at the meeting.

Ed, yesterday evening an FMD AutoShop worker, Norm Johnson came to me (extremely upset) to share that he has not been paid in 2 months and that it is creating an unbearable economic hardship to him personally and his family on the Navajo Reservation. He left to take care of his mother on the Navajo Reservation sometime on or before March 25, 2020 and has not been paid between then and June 11, 2020.

Norm (a solid worker and person, a veteran who has been at GRCA for nearly 20 years) has an ailing mother (elderly with lung cancer) who lives on the Navajo Nation. He has had a longstanding arrangement worked out with his siblings where they take care of her during the week, and Norm returns and takes care of her during the weekends. He also contributes financially.

Apparently, somehow none of the options created precisely to avoid just this type of such hardship (e.g. EFMP, Admin Leave, Weather Leave, Safety Leave) were applied.

Also, in the time that this situation first developed until now, the 'earth has shifted' in the awareness and application of the options in the course of the COVID-19 pandemic which best expresses our consideration and care of our workers.

A complicating matter is that other workers who came along later appear to be currently negotiating the COVID tragedy and quarantine/curfew restrictions of the Navajo Nation may be benefiting from the later, more considerate application of the options.

Lastly, as an auto mechanic, there seems to be a 'penalty' insofar as Norm is precluded from 'quarantining' while working (as many others can telework) simply by virtue of his job.

I had a conversation with Mike Collins immediately after my conversation with Norm Johnson. He seems to agree in principle that there options that may be able to retroactively apply which are equitable, take care of Norm, take care of the Park, and which may even provide a word-of-mouth reputational benefit to the Park.

Donna is one of our best leaders. Lisa and Dr. Mike are among our best minds. I am optimistic that they will do what is best and equitable for Norm.

My hope is that it is realized that what is equitable and best for Norm is also what is best for the Park and the NPS.

Again, Sir, my recommendation is that this is for Awareness. Between Donna, Dr. Mike, and certainly Lisa, I am confident that a successful solution will be found. Ordinarily, I would have felt that in the hands of these leaders to sit still. Respectfully, however; this *does* potentially have far reaching, oversized implications for GRCA's reputation (internally and externally) for looking after its workers, GRCA's reputation with Native Tribes, and in particular; GRCA's reputation and relationship with the Navajo Nation. As You know, these will be invaluable during the years ahead in dealing with the development and turns of this pandemic.

Please receive the summary that Norm Johnson forwarded to me (below).

Thank You.


Very Sincerely,


Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

---

**From:** Johnson, Norman NJ <Norman_Johnson@nps.gov>
**Sent:** Thursday, July 9, 2020 4:14 PM
**To:** Stephenson, Elston L <elston_stephenson@nps.gov>
**Subject:** Request for back pay due to Corona Virus

I am requesting back pay and annual leave for (4) pay periods starting on March 25th till June 11th. I was placed on stay at home orders on March 25th and told to come back to work on April 20th.I came back on that date and was notified to take two weeks quarantine before starting work posted on my shop door.I talked to Donna Richardson on that day and told her this was not possible for me to work and quarantine every week due to me commuting to the reservation every week end to take care of my elderly mother whom was diagnosed with lung cancer. I told Donna that I will stay on the reservation to take care of my mom and stay there till the pandemic is over. I asked her if I will still be getting admin pay referring to the weather&safety leave per the Navajo Nation public health authority memo sent by Mary Risser. Donna told me that I will not be getting admin pay because I am going back to the Reservation on my own decision. My immediate supervisor Zane Johnson also told me that I have to either use annual or sick leave to get payed. I informed Donna and Zane that I will instead take leave without pay because I did not want to utilize my hard earned annual leave and sick leave because of the Corona virus. I was on leave without pay for (4) pay periods on the reservation where we were subject to nightly and week end curfews. I was informed to came back to work on June 15th but told my supervisor Zane Johnson that I wanted to take sick leave that week due to my allergy problem.I finally went back to work on June 22nd and was informed by my supervisor that there was no more quarantine required and only a 25 question check list that my supervisor completed prior to me coming back to work. Due to this Corona virus pandemic I had a pay stoppage. Upon coming back to work I informed Donna and Zane that I would like to request back pay.Donna said that she will mention it to Zane. I asked Zane what Donna told him and he said that Donna neither said yes or no to the back pay request before she went on leave. I had previously notified Lisa Carrico on this matter and also informed Mike Collins. As a federal employee,a tribal member,and a military veteran this Corona virus pandemic should not cause a pay disruption or pay stoppage to myself or anyone. No employee should be subject to unwillfull quarantine and told to utilize their annual&sick leave because of this Corona pandemic.All employees should be treated fairly and equally throughout this pandemic.

# EXHIBIT X-32

Ed,

Good morning.

On Thursday August 27, 2020 Louis Rowe stopped by to phone Ms Kat Thompson of the U.S. Postal Service because she was investigating a complaint by someone in the U.S. Postal Service.

I planned to call her Friday August 28, 2020 but an airplane was in the middle of Hwy 64 and prevented me from getting to the pad of information in my office.

When I checked her information with documents I found that Rowe was wrong. Risser and Quinn lied to me as well —— I met Ms Thompson before.

I am counsel for Stephenson in the matters of Stephenson v. in federal Court, and before the EEOC. Quinn & Risser have been told that the witness list of Ms. Thompson's investigation are witnesses in those matters. And that I am in legal jeopardy in each.

No counsel is subject to such "interview", it is Unconstitutional as well as the jeopardy i.s. the U.S. Attorney.

Ms Thompson seems like a very nice lady. Please express my thanks in her understanding.

I will write this out in a formal email once my situation gets squared away

Thank you
Elton Stephen-

# EXHIBIT X-33

7:00 pm.

Louis

Thank you for your visit last Wednesday

You asked me to list the Top 6 Safety Program things for GRCA. My last address to the PSET asked that we stay with The Fundamentals: JHA's, Training, & Legal & Other

I suffer from being 'blind' for the past 3 weeks. Please lets focus on these Top 3, then one complete move to the next Top 3:

1. Building Inspections. The Chiefs must inspect their facilities and adjust last year's Lists to fit what they know to be highly trafficked/used facilities. I had this discussion with Donna as I was walking out the door to go to N. Rim. Donna let me know that the 'List' does not make any sense. Buildings that don't belong clutter the list and buildings that do belong are not on the list. Other Chiefs probably feel the same way. I was not included in compiling the list. I do not even have a copy of the List. I believe Brian Drapeaux and May Risser made the list. I believe Brian has the list

2. Pin Down the DOI Talent online safety training that we (PSET) MDMP'd and agreed to. At last word Dr. Mike was in talks with the DOI Talent agent in charge of setting up the access, automated tracking, and automated notification to supervisors. of people's progress. His ETA was end of year.

3. SMIS/ECOMP - Chiefs have their workers and supervisors close out the SMIS portions of accidents/injuries with me by September 30, 2020. This includes COVID positives and 'suspecteds' by NPS protocols. Because (unlike Worker's Comp) ECOMP is not connected to SMIS — many workers go directly to ECOMP and I am 'blind' as to what is active or happening. And because our COVID protocols have COVID suspecteds reporting directly to Public Health, I am blind to that as well. Also, would also like to know of any ECOMP hangups/bureaucratic frustrations or holdups that we can help with. While Safety operates on a calendar year, it would be most professional and worldclass to have these outstanding issues closed out by the end of the FY. Please.

DOI IG/USPS Investigation

I would like to put in writing for the Investigator (so that there is no misconstruing) my concerns as I expressed them in the last letter to Ed, and my as I expressed them to you both out on the Buffalo Field on Wednesday. I should be able to get my PIV and computing/writing ability Tuesday (9/8/2020)

I appreciate Ed's and your promise that I was not the Target/Subject of the investigation.

I appreciate Ed's observation that he does not see how the investigation could include matters before the federal courts.

Again, my concerns, however are the very serious
matters of 'back douting' of Discovery violations, And
per Federal Rules, and violation of 'Attorney Client/
vigorous representation and confidentiality being violated
perpetuated of my case before the federal court and
beyond.

Louis on a more personal matter, I came down with
something that became noticible on my drive from N. Rim.
sniffles, headache, a little overheaty. Could be - hopefully
nothing. Got a little worse Saturday and seems to be
levatly off today, I did not go home because of it.
So Probably just getting used to the change in temp at
night. I will put in for Sick Leave just to make sure
that I don't have — and more importantly not spreading
anything. I would like to attend the PSET/meeting after I
get my PIV and can find a computer (desperately need to
synch in) Then have the sick Leave go from Tuesday,
and Wednesday, possible Thursday depending on how I feel.
I will text to Ms. Shenk the dates so she can enter into
QuickTime if I am Unable.
        — But I really expect to be 100% by Wednesday night.

Thank You.
        Elston

P.S. I received a text from Cherryl's supervisor. It was not
a broken wrist but a broken thumb. She is in a cast. Her head
is fine from the bump.

# EXHIBIT X-30

September 15, 2020

Mr. Secretary,

Sir, good morning.

As you know, I have a federal US District Court case against GRCA Dep Superintendent Drapeaux for stalking my home, and an EEOC case against DOI in its final stage awaiting a hearing before a federal Administrative Judge.

I request that these legal proceedings be allowed to move to their conclusions without interference.

Much bad has gone on here at Grand Canyon National Park which can be determined while awaiting the court cases to come to their conclusions. Nothing is lost. In fact, much is gained.

Respectfully, wait for these conclusions before forcing me to 'interview'.

Forcing me to 'interview' with the Inspector General (or third parties) violates the law, the courts, and Discovery in both cases, and my Constitutional right against 'self-incrimination'.

Insofar as the U.S. Attorney—prosecutors are the opposing counsel in the stalking case; in addition to violating my 5th Amendment right, it creates jeopardy for me.

My intention all along has been to go through the courts to seek justice and to protect my workers and visitors, and my park from getting hurt, and to end Grand Canyon National Park's Racism.

While I am representing myself pro se; acts of intimidation, retaliation, and attempts to undermine my rights or the cases in federal court will be reported to the courts, and force me to very publicly seek legal representation.

Respectfully, the story right now is that bad people running Grand Canyon National Park did bad things. And that new people have shown up to fix it.

Retaliation, of any sort, and/or attempts to undermine my cases, harm or intimidate me changes the story and puts everyone involved in jeopardy.

Respectfully, I ask and recommend that whatever investigation takes place, takes place without me until the court cases resolve and can be used as facts and findings added to the investigations. And that my rights are not violated, and no intimidation or retaliation are directed at me.

Thank You.

Sincerely,

Elton L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727


Cc: Douglas L. Rayes, United States District Judge
     Equal Employment Opportunity Commission

# EXHIBIT X-36





GCNP Jeanne Calhoun

The days all track! My arrival date. That I was direct report to Chris then to Brian! That transfer date! The date of the suspension was the date after our mediation where My never getting a performance counseling or appraisal despite begging for nearly monthly came up!!!

Jeanne I had no idea!!!

I just kept my focus on the uranium and safety stuff!!!

I feel HORRIBLE!!!

We lost Chris because Brian was such a flop, then he got pissy and filed a bogus claim against HER because HE wasn't doing the right thing!!!

God Jeanne, I feel HORRIBLE!!!

No reason for You to feel bad, Elston!  This is totally Brian's doing. Might help explain why folks are so upset at him.

# EXHIBIT X-37



●●○○○ Verizon 🛜                    3:17 AM                    ⁕ ▪️▶

‹ 14                                 G                                ⓘ

                              GRCA Louis Rowe

                              Yesterday 9:41 AM

Louis, Good Morning. Upon arriving here it's become clear that we have work to do to keep My Family safe. I must stay to get us voted, but more importantly fortify our COVID-18 'Second Wave/Flu crash, and most importantly; post election security

...I will put in for Leave to include Wed, Thurs, Friday

October 14-16

Thank You.    Sincerely Elston

Good morning, Elston.  How much leave do you have on the books right now?

I believe it's about 10 days after what I've used so far

Ok.  I will approve annual leave after you let me know you made phone contact with the contract investigator and you and she are both in agreement with where we stand on this investigation interview.



●●○○○ Verizon 🗢          3:18 AM

‹ 14                    G                    ⓘ

GRCA Louis Rowe

Ok.  I will approve annual leave after
you let me know you made phone
contact with the contract
investigator and you and she are
both in agreement with where we
stand on this investigation interview.
You can do this without driving
back.
If you do not make contact, I will not
approve further leave.  This is
because the NPS and DOI both
have policies to close these
investigations as soon as feasible,
and this one needs to be
completed.  Without an approved
leave authorization, I would be
forced by policy to place you in an
absent without leave status.
Let me know if you have questions.
V/R
Louis Rowe

We talk Thurs. interviewed Friday

Oct 8-9

Great, thanks.  I will go into
QuickTime tomorrow at work.  Did
you get your QuickTime entered?

    iMessage 



●●○○○ Verizon 🗢     3:18 AM     ✶ ▪▶

‹ 14          G          ⓘ

GRCA Louis Rowe

stand on this investigation interview.
You can do this without driving
back.
If you do not make contact, I will not
approve further leave.  This is
because the NPS and DOI both
have policies to close these
investigations as soon as feasible,
and this one needs to be
completed.  Without an approved
leave authorization, I would be
forced by policy to place you in an
absent without leave status.
Let me know if you have questions.
V/R
Louis Rowe

We talk Thurs. interviewed Friday

Oct 8-9

Great, thanks.  I will go into
QuickTime tomorrow at work.  Did
you get your QuickTime entered?

Yes before I left. And coordinated w
Ms Sharla

Delivered

Thanks👌

📷   ✏️   Ⓐ   iMessage   🎤

# EXHIBIT X-31



# EXHIBIT X-28

**Fw: Update (Data and Research) / Fw: Important Awareness (Recommend Not for Action Yet) - Worker Hardship No Pay for 2 Months / Fw: Request for back pay due to Corona Virus**

Stephenson, Elston L <elston_stephenson@nps.gov>

Mon 7/13/2020 4:10 PM

To: theswedepilot64@hotmail.com <theswedepilot64@hotmail.com>

🔋 3 attachments (1 MB)

Johns Hopkins COVID Trend Tracker (7-13-2020).pptx; CDC Navajo Nation COVID Tracker (7-13-2020).pptx; ADHS COVID-19 Data Dashboard (7-13-2020).pptx;

---

**From:** Stephenson, Elston L <elston_stephenson@nps.gov>
**Sent:** Monday, July 13, 2020 8:58 AM
**To:** Keable, Edward T <edward_keable@nps.gov>
**Cc:** Burnette, Chris C <chris_burnette@nps.gov>
**Subject:** Update (Data and Research) / Fw: Important Awareness (Recommend Not for Action Yet) - Worker Hardship No Pay for 2 Months / Fw: Request for back pay due to Corona Virus

Ed,

Good Morning.

Please receive the updated data and research into this matter.

According to CDC and Arizona Department of Health Services the entire Navajo Nation's percent of positives of 13.7%  (8,142/59,331) is AMAZINGLY exactly the same 13.7% (123,824/899,994) percent positive as Arizona's. (refs. 1, 2, attached). This, of course means that Navajo Nation's rate is most likely lower as the entire Nation is comprised of Arizona, Utah, and New Mexico.

But as Arizona's John's Hopkins show an alarming---nation/world leading 26.6% rate of positives. (ref. 3, 5, attached)

The application of protection measures applied to Navajo Nation workers by GRCA is disparate, much more restrictive, and counter to science and data than what we apply to non-Navajo GRCA workers. Despite the fact that while President Nez himself describes "...really stringent public health orders"; there is no such uniform protection measures (public health orders) between here and Phoenix. (ref. 4)

Please also know that I received a call from Norm Johnson this morning---more upset as he opened his LES over the weekend to find that 80 hours of Annual Leave was deducted without his permission and consultation.

Ed, in Norm's own words; beyond the financial hardship and stress, it looks like and feels like GRCA is discriminating against him because he is Navajo.

Again, I'm optimistic the Big Brains and Good People of this morning's meeting can find an equitable solution which is good for Norm and good for the Park. Hopefully the data informs and helps.

Thank You

Very Sincerely,

Elston
928-255-8727

References

1. Department of Health and Human Services (2020). CDC. Navajo nation tracker. Retrieved from https://www.ndoh.navajo-nsn.gov/COVID-19

2. Arizona Department of Health Services (2020). ADHS Arizona data dashboard. Retrieved from https://www.azdhs.gov/preparedness/epidemiology-disease-control/infectious-disease-epidemiology/covid-19/dashboards/

3. John Hopkins University & Medicine (2020). Coronavirus Resource Center. *Testing hub, testing trends tool (Arizona)*. Retrieved from https://coronavirus.jhu.edu/testing/tracker/overview

4. McMorris-Santoro E (2020). CNN. *What states can learn from navajo nation's case rebound*. Retrieved from https://www.cnn.com/videos/health/2020/07/12/navajo-nation-coronavirus-case-study-arizona-spike-jonathan-nez-mcmorris-santoro-nr-vpx.cnn/video/playlists/coronavirus/

5. Leingang R, Steinbach A. (2020) Arizona Republic Arizona. *Arizona has highest percentage of positive COVID-19 tests in the US. here's what it means*. Retrieved from https://www.azcentral.com/story/news/local/arizona-health/2020/07/07/why-arizonas-percent-positive-tests-highest-country/5386600002/

---

**From:** Stephenson, Elston L <elston_stephenson@nps.gov>
**Sent:** Friday, July 10, 2020 7:41 AM
**To:** Keable, Edward T <edward_keable@nps.gov>
**Cc:** Burnette, Chris C <chris_burnette@nps.gov>
**Subject:** Important Awareness (Recommend Not for Action Yet) - Worker Hardship No Pay for 2 Months / Fw: Request for back pay due to Corona Virus

Ed,

Good Morning.

Please receive this Awareness brief with recommendation of 'Not For Action'................yet. Please also know that this situation has outsized implications for GRCA's reputation (internally and externally) for looking after its workers, GRCA's reputation with Native Tribes, and in particular; GRCA's reputation and relationship with the Navajo Nation.

A GRCA FMD worker is seeking to have some form of COVID-19 options or EFMP retroactively applied because he has not been paid in 2 months as he has had to care for his ailing mother and negotiate the COVID-19 tragedy striking the Navajo Nation, the Nation's quarantine/lockdown/curfew restrictions, and the GRCA quarantine protocols upon returning to GRCA.

This worker has spoken with his supervisory chain; Zane Johnson and Donna Richardson. He has also contacted Mike Collins and Lisa Carrico. There is a meeting scheduled with Zane, Donna, Mike, and Lisa on Monday July 13, 2020. I do not know if the worker will be at the meeting.

Ed, yesterday evening an FMD AutoShop worker, Norm Johnson came to me (extremely upset) to share that he has not been paid in 2 months and that it is creating an unbearable economic hardship to him personally and his family on the Navajo Reservation. He left to take care of his mother on the Navajo Reservation sometime on or before March 25, 2020 and has not been paid between then and June 11, 2020.

Norm (a solid worker and person, a veteran who has been at GRCA for nearly 20 years) has an ailing mother (elderly with lung cancer) who lives on the Navajo Nation. He has had a longstanding arrangement worked out with his siblings where they take care of her during the week, and Norm returns and takes care of her during the weekends. He also contributes financially.

Apparently, somehow none of the options created precisely to avoid just this type of such hardship (e.g. EFMP, Admin Leave, Weather Leave, Safety Leave) were applied.

Also, in the time that this situation first developed until now, the 'earth has shifted' in the awareness and application of the options in the course of the COVID-19 pandemic which best expresses our consideration and care of our workers.

A complicating matter is that other workers who came along later appear to be currently negotiating the COVID tragedy and quarantine/curfew restrictions of the Navajo Nation may be benefiting from the later, more considerate application of the options.

Lastly, as an auto mechanic, there seems to be a 'penalty' insofar as Norm is precluded from 'quarantining' while working (as many others can telework) simply by virtue of his job.

I had a conversation with Mike Collins immediately after my conversation with Norm Johnson. He seems to agree in principle that there options that may be able to retroactively apply which are equitable, take care of Norm, take care of the Park, and which may even provide a word-of-mouth reputational benefit to the Park.

Donna is one of our best leaders. Lisa and Dr. Mike are among our best minds. I am optimistic that they will do what is best and equitable for Norm.

My hope is that it is realized that what is equitable and best for Norm is also what is best for the Park and the NPS.

Again, Sir, my recommendation is that this is for Awareness. Between Donna, Dr. Mike, and certainly Lisa, I am confident that a successful solution will be found. Ordinarily, I would have felt that in the hands of these leaders to sit still. Respectfully, however; this *does* potentially have far reaching, oversized implications for GRCA's reputation (internally and externally) for looking after its workers, GRCA's reputation with Native Tribes, and in particular; GRCA's reputation and relationship with the Navajo Nation. As You know, these will be invaluable during the years ahead in dealing with the development and turns of this pandemic.

Please receive the summary that Norm Johnson forwarded to me (below).

Thank You.


Very Sincerely,

Elston

Elston L Stephenson, OHST
Safety Health & Wellness Manager
Tort Claims Officer
Grand Canyon National Park
928-255-8727

---

**From:** Johnson, Norman NJ <Norman_Johnson@nps.gov>
**Sent:** Thursday, July 9, 2020 4:14 PM
**To:** Stephenson, Elston L <elston_stephenson@nps.gov>
**Subject:** Request for back pay due to Corona Virus

I am requesting back pay and annual leave for (4) pay periods starting on March 25th till June 11th. I was placed on stay at home orders on March 25th and told to come back to work on April 20th.I came back on that date and was notified to take two weeks quarantine before starting work posted on my shop door.I talked to Donna Richardson on that day and told her this was not possible for me to work and quarantine every week due to me commuting to the reservation every week end to take care of my elderly mother whom was diagnosed with lung cancer. I told Donna that I will stay on the reservation to take care of my mom and stay there till the pandemic is over. I asked her if I will still be getting admin pay referring to the weather&safety leave per the Navajo Nation public health authority memo sent by Mary Risser. Donna told me that I will not be getting admin pay because I am going back to the Reservation on my own decision. My immediate supervisor Zane Johnson also told me that I have to either use annual or sick leave to get payed. I informed Donna and Zane that I will instead take leave without pay because I did not want to utilize my hard earned annual leave and sick leave because of the Corona virus. I was on leave without pay for (4) pay periods on the reservation where we were subject to nightly and week end curfews. I was informed to came back to work on June 15th but told my supervisor Zane Johnson that I wanted to take sick leave that week due to my allergy problem.I finally went back to work on June 22nd and was informed by my supervisor that there was no more quarantine required and only a 25 question check list that my supervisor completed prior to me coming back to work. Due to this Corona virus pandemic I had a pay stoppage. Upon coming back to work I informed Donna and Zane that I would like to request back pay.Donna said that she will mention it to Zane. I asked Zane what Donna told him and he said that Donna neither said yes or no to the back pay request before she went on leave. I had previously notified Lisa Carrico on this matter and also informed Mike Collins. As a federal  employee,a tribal member,and a military veteran this Corona virus pandemic should not cause a pay disruption or pay stoppage to myself or anyone. No employee should be subject to unwillfull quarantine and told to utilize their annual&sick leave because of this Corona pandemic.All employees should be treated fairly and equally throughout this pandemic.

# EXHIBIT X-29

Elston L Stephenson
P.O. Box 1702
Grand Canyon National Park, AZ 86023
September 11, 2020

Honorable President Nez


Dear Mr. President,

Good Morning Sir.

My name is Elston Stephenson. I am Plaintiff in a case that is in federal US District in Phoenix.

Sir, respectfully,  I would like to ask that You consider asking your Attorney General to submit an *amicus curiae* brief in support of my Motion to have the Court issue a Mandatory Injunction forcing Grand Canyon National Park (GRCA) to fix dangerous safety, health, wellness, and environmental issues. And to bring the entire safety program under court oversight for 5 years.

Sir, respectfully, this is not an esoteric, academic, or notional endeavor.

I must admit that I am new to this entire 'world'.

I am not a Tribal member.

But, Sir, what I have witnessed—what Tribal members have brought to me for remedy and redress is shocking in its disparate, insensitive, and frankly racist treatment.

I believe that if You were to contact and poll Tribal people working here—respectfully, including the Navajo; the number of people feeling targeted and discriminated against would be shocking.

Sir, a very proud Navajo—a very good man, came to me with a 'situation' which illuminated disparate treatment that GRCA subjected Tribal members to as they traveled home and back to work since this COVID-19 pandemic began. Our quarantine, isolation, and stay-at-home protocols were much more stringent and discriminatory toward Native Americans. This was only recently changed as my push to the GRCA Superintendent pointedly showed that the measures that You put in place—as a matter of math, public safety, and science demonstrated that a person coming from the Navajo Nation was quantitatively less a risk of spread or contagion than someone spending a weekend in Phoenix, and making stops along the way.  Yet, we imposed draconian measures on GRCA's Navajo and Hopi workers while imposing nothing on travelers to 'Red Zone' areas.

This resulted in this man and his family suffering extraordinary hardship. He asked that I enclose his email.

But this abject disparate treatment and discrimination seems to have gone on for years, and years.

Sir, I try to be a good person. This man gave me what I felt was one of the most meaningful compliments of my life when, some time ago, he told me that "You have the Tribal Spirit in your heart."

That said, Sir, I'm still learning about the Native American life and culture. I feel inadequate to best represent Native interests, and the rich culture with the expert advocacy that it deserves.

Native people reach out to me to describe hostility, persecution, humiliations, and a lack of agency which seems chronic and hopeless as a condition of working here—especially in the eyes of someone new and from the 'outside' like me.

I've visited and reached out to NACA and asked their help. But I have yet to hear back.

In the meantime, Mr. President, I would like to ask that The Nation considers submitting an *amicus* brief which speaks to the Native experience of workers here at Grand Canyon National Park and the impacts and injury of a history of disparate, undignified, discriminatory treatment. With an emphasis that these are as much an impactful health danger as falling off a roof while working. And also possible remedies.

Please, Sir, also consider lending expert voice to the environmental damages of the 'uranium problem' identified in the Motion—its violations of Native values, the water, and gamut of health dangers.

Sir, please share this with the heads of state of other Nations freely, with the open invitation to join.

Sir, if I may; even if it is not possible to submit an *amicus* brief supporting this Motion, these Native American workers need help from someone of power, and shared cultural knowledge, experience, and identity to make their situation………………human.

Please, the man in the letter asks that someone reach out to him. If need be, I can identify Tribal workers to contact to share their own experiences.

Please be well.

Thank You, Mr. President.


Very Sincerely,