IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elston L Stephenson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Brian Drapeaux, et al.,<br><br>　　　　　Defendants. | No. CV-19-08268-PCT-DLR<br><br>**ORDER** |

The Court closed this case on February 21, 2020. Since, Plaintiff has repeatedly made unsanctioned filings (Docs. 28, 29, 30, 31, 32, 36, 37, 38, 40, 41, 42, 43, 44, 45), despite guidance from the Court that, if he wishes to request a new injunction or to file motions other than those that seek Rule 60 relief from the Court's February 21, 2020 order, he must bring a new case. (Docs. 33, 39, 46.) Most recently, on October 16, 2020, Plaintiff filed a nearly 300-page motion for an emergency injunction. (Doc. 47.)

The Court again reminds Plaintiff that this case is closed and, should he wish to seek relief other than Rule 60 relief from the Court's February 21, 2020 order, he must do so by first filing a new case. Given Plaintiff's history of ignoring these reminders and making unsanctioned filings, Plaintiff will be required to obtain permission from the Court before making further filings in this case.

**IT IS ORDERED** that Plaintiff's motion for an injunction (Doc. 47) is **STRICKEN.**

1    **IT IS FURTHER ORDERED** that Plaintiff is enjoined from making further filings
2 in this case without first obtaining leave of the Court.  To obtain leave of the Court, Plaintiff
3 must submit with his moving papers an affidavit certifying that he is filing a motion that
4 seeks Rule 60 relief from the Court's February 21, 2020, only.  Failure to comply with the
5 Court's Order will constitute sufficient grounds to deny Plaintiff's request for leave.
6    Dated this 21st day of October, 2020.

_____
Douglas L. Rayes
United States District Judge