Case: 3:19-cv-08268-DLR

```
____ FILED    ____ LODGED
____ RECEIVED ____ COPY

    OCT 26 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Elston L Stephenson
PO Box 129
Grand Canyon, AZ 86023

(Doc 46)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
15 OCT 2020 PM 11 L

NEOPOST
10/15/2020
US POSTAGE $000.50⁰

RECEIVED
OCT 26 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Refused
SM 10/20/20

NIXIE      850 DC 1          0010/22/20
            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD
BC: 85003213099    *1779-00317-22-26