Case: 2:20-cv-00385-DGC-CDB

```
____ FILED    ____ LODGED
____ RECEIVED ____ COPY

    OCT 26 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Cole Joseph Spencer #226871
FLORENCE-AZ-EYMAN-ASPC-RYNNING
RYNNING UNIT
P.O. BOX 3100
FLORENCE, AZ 85132

(Doc 80)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
2 OCT 2020 PM 5 L

NEOPOST            FIRST-CLASS MAIL
10/02/2020
US POSTAGE  $000.50⁰

ZIP 85003
041M11297591

RECEIVED
OCT 26 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ASPC YUMA
P,O,BOX 13004
YUMA, AZ 85366

NIXIE    850   DC 1       000716/20
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 8500321399    *1779-00761-16-22