Case: 3:19-cv-08268-DLR

FILED ____ LODGED
____ RECEIVED ____ COPY

NOV 0 2 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Elston L Stephenson

P.O. Box 129
Grand Canyon, AZ 86023

(Doc 48)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
22 OCT 2020 PM 11 L

NEOPOST          FIRST-CLASS MAIL
10/22/2020
US POSTAGE  $000.50⁰

ZIP 85003
041M11297591

RECEIVED
NOV 0 2 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Refused
MZ 10/26/2020

NIXIE