Name: _____

ADC# _____

Address: _____

_____

_____

```
                FILED      ___ LODGED
            ___ RECEIVED   ___ COPY

                 FEB 1 6 2023

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
            BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Elston L. Stephenson

          Plaintiff,

    v

Brian Drapeaux

          Defendant(s),

Case No. CV-19-08268-PCT-DLR

**Notice of Change of Address**

I, Elston L. Stephenson, Plaintiff in the above entitled and numbered action, hereby give notice of change of address. My new mailing address is:

Elston L. Stephenson
41551 Ventana Drive
Palmdale, CA 93551

Respectfully submitted this 15th day of February, 2023.

Signed by Elston Linton Stephenson

Copy of the foregoing mailed this 15th day of February, 2023, to:

Elston L Stephenson (Plaintiff Pro se)
Case 3:19-cv-08268-DLR
41551 Ventana Drive
Palmdale, CA 93551
February 15, 2023

U.S. District Court Clerk's Office
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 1
Phoenix, AZ 85003-2118

Dear Clerk of the Court,

Thank You for informing me of the Rule 83.3(d) Local Rules of Civil Procedure of the change of address requirement and forwarding me the appropriate form.

Please receive this filled form for the Court's record.

Thank You.

Respectfully,

*[signature]*
Elston L. Stephenson