

Form 1B

# Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court

United States District Court for the
District of Arizona
Docket Number   CV-19-08268-PCT-DLR

| | |
|---|---|
| Elston Stephenson, Plaintiff | |
| v. | Notice of Appeal |
| Brian Drapeaux, Defendant | |

    Elston Stephenson appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on February 7, 2023.

(s) _Elston Lidus Stephenson_
Attorney for   Elston Stephenson (pro se)
Address:   41551 Ventana Drive
Palmdale, CA 93551
808-590-3626

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]