Generated: May 11, 2023 1:17PM                                                                                                           Page 1/1

**CV19-8268-PCT-DLR**

# U.S. District Court

### Arizona - Phoenix

FILED ✓  LODGED ___
RECEIVED ___ COPY ___

MAY 1 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Receipt Date: May 11, 2023 1:17PM

ELSTON STEPHENSON

| Rcpt. No: 200006353 | | Trans. Date: May 11, 2023 1:17PM | | | Cashier ID: #LB |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | | 1 | 505.00 | 505.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #1069 | 05/10/2023 | | $505.00 |
| | | | Total Due Prior to Payment: | | $505.00 |
| | | | Total Tendered: | | $505.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** CASE 219CV8268

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.