UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELSTON L. STEPHENSON,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>BRIAN DRAPEAUX and UNITED STATES OF AMERICA,<br><br>        Defendants - Appellees. | No. 23-15366<br><br>D.C. No. 3:19-cv-08268-DLR<br>U.S. District Court for Arizona, Prescott<br><br>**ORDER** |

A review of the docket demonstrates that appellant has failed to respond to the March 13, 2023 order of this court.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT